IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Joan Faulk Owens and Karen Lynn Hubbard,

    Plaintiff,

v.

STATE OF ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION, et al.,

    Defendants,

CASE NO. 2:07cv650-WHA

RECEIVED 2007 JUL 17 P 1:23

## CONFLICT DISCLOSURE STATEMENT

COMES NOW **Joan Faulk Owens**, a **Plaintiff** in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☒ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

**Reportable Entity**    **Relationship to Party**

Date: 7/17/07

Signature: *J. Flynn Mozingo*

J. Flynn Mozingo/MOZ003
(Counsel's Name)

Joan Faulk Owens and Karen Lynn Hubbard
Counsel for (print names of all parties)

P.O. Box 5130
Montgomery, AL 36103-5130
Address, City, State Zip Code

334-263-6621
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

### CERTIFICATE OF SERVICE

I, J. Flynn Mozingo, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th day of July, 20 07 to:

State of Alabama Department of Mental Health & Mental Retardation

c/o John Houston, Commissioner, 100 N. Union Street, Montgomery, AL 36104

John Houston, P.O. Box 65, Coosada, AL 36020

Otha Dillihay, 210 Hamptons Grant Court, Columbia, SC 29209

Henry E. Ervin, 1600 Wakefield Drive, Tuscaloosa, AL 35405

Marilyn Benson, 1078 16th Place, Alexander City, AL 35010

Honorable Troy King, 11 S. Union St., 3rd Floor, Montgomery, AL 36130

7/17/07
Date

Signature