AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

JOAN FAULK OWENS and
KAREN LYNN HUBBARD

**SUMMONS IN A CIVIL ACTION**

V.
STATE OF ALABAMA DEPARTMENT OF
MENTAL HEALTH & MENTAL RETARDATION, et.al.

CASE NUMBER: 2:07 cv 650 -WHA

TO: (Name and address of Defendant)

State of Alabama Department of Mental Health and Mental Retardation
c/o John Houston, Commissioner
100 N. Union Street
Montgmery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Flynn Mozingo
Melton, Espy & Williams, P.C.
P.O. Box 5130
Montgomery, AL 36103-5130

an answer to the complaint which is served on you with this summons, within ~~45~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*        7/18/07
CLERK                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

JOAN FAULK OWENS and
KAREN LYNN HUBBARD

V.

STATE OF ALABAMA DEPARTMENT OF
MENTAL HEALTH & MENTAL RETARDATION, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv650-WHA

TO: (Name and address of Defendant)

John Houston
P.O. Box 65
Coosada, AL  36020

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Flynn Mozingo
Melton, Espy & Williams, P.C.
P.O. Box 5130
Montgomery, AL  36103-5130

an answer to the complaint which is served on you with this summons, within ~~15~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  7/18/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

JOAN FAULK OWENS and
KAREN LYNN HUBBARD

**SUMMONS IN A CIVIL ACTION**

V.

STATE OF ALABAMA DEPARTMENT OF
MENTAL HEALTH & MENTAL RETARDATION, et. al.

CASE NUMBER: 2:07 CV 650 -WHA

TO: (Name and address of Defendant)

Otha Dillihay
210 Hamptons Grant Court
Columbia, SC  29209

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Flynn Mozingo
Melton, Espy & Williams, P.C.
P.O. Box 5130
Montgomery, AL  36103-5130

an answer to the complaint which is served on you with this summons, within ~~20~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  7/18/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

JOAN FAULK OWENS and
KAREN LYNN HUBBARD

V.

STATE OF ALABAMA DEPARTMENT OF
MENTAL HEALTH & MENTAL RETARDATION, et.al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07 cv 650 - WHA

TO: (Name and address of Defendant)

**Henry R. Ervin
1600 Wakefield Drive
Tuscaloosa, AL 35405**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Flynn Mozingo
Melton, Espy & Williams, P.C.
P.O. Box 5130
Montgomery, AL 36103-5130

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                            7/18/07
CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, NORTHERN DIVISION__

JOAN FAULK OWENS and
KAREN LYNN HUBBARD

V.

STATE OF ALABAMA DEPARTMENT OF
MENTAL HEALTH & MENTAL RETARDATION, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv650 – WHA

TO: (Name and address of Defendant)

Marilyn Benson
1078 16th Place
Alexander City, AL  35010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Flynn Mozingo
Melton, Espy & Williams, P.C.
P.O. Box 5130
Montgomery, AL  36103-5130

an answer to the complaint which is served on you with this summons, within ~~*~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 7/18/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

JOAN FAULK OWENS and
KAREN LYNN HUBBARD

**SUMMONS IN A CIVIL ACTION**

V.

STATE OF ALABAMA DEPARTMENT OF
MENTAL HEALTH & MENTAL RETARDATION, et.al.

CASE NUMBER: 2:07cv650-WHA

TO: (Name and address of Defendant)

Honorable Troy King, Alabama Attorney General
Office of the Attorney General
Alabama State House
11 South Union Street, Third Floor
Montgomery, AL  36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    7/18/07
CLERK                                                DATE

(By) DEPUTY CLERK