**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Henry R. Ervin
    1600 Wakefield Drive
    Tuscaloosa, AL 35405

2. Article Number *(Copy from service label)*
    7000 1530 0000 7391 8877

PS Form 3811, July 1999 — Domestic Return Receipt — 102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*: Bettie C. Ervin
B. Date of Delivery: 7/20/07
C. Signature: X Bettie C. Ervin
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:07cv650
   S&C
   (20)

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes