**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    State of Alabama Dept. Of Mental
    Health & Retardation
    c/o John Houston, Commissioner
    100 N. Union Street
    Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1?  ☒ Yes
   If YES, enter delivery address below:  ☐ No

   2:07cv650
   SKC

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7000 1530 0000 7391 8907

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952