**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Otha Dillihay
   210 Hamptons Grant Court
   Columbia, SC 29209

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): O.R. DILLIHAY II
B. Date of Delivery: 7/21/07
C. Signature: X O.R.D. II
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:07 650
   Ste

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7000 1530 0000 7391 8891

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952