IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULK OWENS and KAREN LYNN HUBBARD, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  CASE NO- 2:07-cv-650<br>) |
| STATE OF ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION, et al., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF FILING PLAINTIFFS' FIRST AMENDED COMPLAINT

COME NOW the Plaintiffs, and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file their First Amended Complaint. The First Amended Compliant is identical in all respects to the Complaint except that a typographical error in paragraph 33 has been corrected to properly refer to Joan Faulk Owens as "Plaintiff Owens."

Respectfully submitted this the __26th__ day of July, 2007.

                         s/J. Flynn Mozingo
                         J. Flynn Mozingo (MOZ003)
                         Attorney for Plaintiffs
                         Melton, Espy & Williams, P.C.
                         P. O. Drawer 5130
                         Montgomery, AL  36103-5130
                         Telephone:   (334) 263-6621
                         Facsimile:   (334) 263-7525
                         fmozingo@mewlegal.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I have filed the foregoing electronically with Clerk of the Court using the ECF/CM system and a copy of the foregoing has been served on the below listed Defendants via USPS, properly addressed and postage prepaid on this 26th day of July, 2007:

State of Alabama -
Department of Mental Health and Mental Retardation
c/o John Houston, Commissioner
RSA Tower
100 N. Union Street
Montgomery, AL 36104

John Houston
P.O. Box 65
Coosada, AL 36020

Otha Dillihay
210 Hampton Grant Court
Columbia, SC 29209

Henry Ervin
1600 Wakefield Drive
Tuscaloosa, AL 35405

Marilyn Benson
1078 16th Place
Alexander City, AL 35010

Honorable Troy King
Alabama Attorney General
Office of the Attorney General
Alabama State House
11 South Union Street, Third Floor
Montgomery, AL 36130

       s/J. Flynn Mozingo
       OF COUNSEL