**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marilyn Benson
1078 16th Place
Alexander City, AL 35010

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature
  ☐ Agent
  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:07cv650 2007
See

3. Service Type
  ☑ Certified Mail    ☐ Express Mail
  ☐ Registered       ☑ Return Receipt for Merchandise
  ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7000 1530 0000 7391 8860

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952