IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULK OWENS and KAREN LYNN HUBBARD, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) ) |
| STATE OF ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION, et al., | ) ) ) ) ) ) |
| Defendants. | ) |

CASE NO. 2:07-cv-650

## NOTICE OF APPEARANCE AND MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND

1. The undersigned, Courtney W. Tarver, a Deputy Attorney General and General Counsel for the Alabama Department of Mental Health and Mental Retardation (hereinafter referred to as DMH/MR), enters an appearance of counsel for each defendant named in this cause.

2. The named defendants, through counsel, move this court to grant an extension of time in which to respond to this complaint for up to 60 days from the service of the original complaint upon each defendant and in support of this motion offer the following:

3. DMH/MR is a department of the State of Alabama and each individual named as a defendant in this cause is a past or present official of DMH/MR;

4. In accord with State of Alabama law and policies, the undersigned has been notified of the defendants' being sued and has requested of the Alabama Attorney General that counsel be appointed to represent each defendant;

**MOTION GRANTED TO AND INCLUDING** Sept. 26, 2007
THIS 13th DAY OF Aug., 2007
_/s/ Harold Albritton_
UNITED STATES DISTRICT JUDGE