**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| JOAN FAULK OWENS and KAREN LYNN HUBBARD, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   2:07-cv-650 ) |
| STATE OF ALABAMA DEPT. OF MENTAL HEALTH AND MENTAL RETARDATION, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COME NOW the undersigned counsel, and give notice of their appearance as additional counsel for Defendants, the State of Alabama Department of Mental Health and Mental Retardation, John Houston, Henry Ervin, Otha Dillihay, and Marilyn Benson and request service of all pleadings, orders, motions, notices, and correspondence.

    /s/H. E. Nix, Jr.
H.E. NIX, JR. (ASB-6988-X54H)


    /s/Brandy F. Price
BRANDY F. PRICE (ASB-4691-A63P)

Of Counsel:
*Nix Holtsford Gilliland Higgins & Hitson, P. C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 - Facsimile
cnix@nixholtsford.com

bprice@nixholtsford.com

## CERTIFICATE OF SERVICE

      I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm e-mail to

J. Flynn Mozingo, Esq.
*Melton, Espy & Williams, P.C.*
P. O. Drawer 5130
Montgomery, AL 36103-5130

Courtney W. Tarver, Esq.
Dept. of Mental Health & Mental Retardation
P. O. Box 301410
Montgomery, AL 36130-1410

on this the 19th day of September 2007.

                                       /s/Brandy F. Price
                                       OF COUNSEL