IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOAN FAULK OWENS and** <br> **KAREN LYNN HUBBARD,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **STATE OF ALABAMA DEPT. OF** <br> **MENTAL HEALTH AND MENTAL** <br> **RETARDATION,** *et al.*, <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> )    2:07-cv-650 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Otha Dillihay, Defendant in the above-captioned matter, and in accordance with General Order No. 3047, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries) affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual.

Respectfully, submitted this the 20th day of September, 2007.

                                               /s/Brandy F. Price
                                               H.E. NIX, JR. (ASB-6988-X54H)
                                               BRANDY F. PRICE (ASB-4691-A63P)

Of Counsel:
*Nix Holtsford Gilliland Higgins & Hitson, P. C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 - Facsimile
cnix@nixholtsford.com
bprice@nixholtsford.com

**CERTIFICATE OF SERVICE**

      I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm e-mail to

J. Flynn Mozingo, Esq.
*Melton, Espy & Williams, P.C.*
P. O. Drawer 5130
Montgomery, AL 36103-5130

Courtney W. Tarver, Esq.
Dept. of Mental Health & Mental Retardation
P. O. Box 301410
Montgomery, AL 36130-1410

on this the 20th day of September 2007.

                                           /s/Brandy F. Price
                                           OF COUNSEL