IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULT OWENS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 2:07cv650-WHA |
| | ) |
| STATE OF ALABAMA DEPT. OF MENTAL | ) |
| HEALTH, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Uniform Scheduling Order (Doc. #23) set the pretrial hearing date in this case for September 29, 2008. That date is CORRECTED to read September 25, 2008. The time for the pretrial hearing will be set by later order. Any deadline determined by the pretrial date shall be governed by this new date.

DONE this 22nd day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE