IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULK OWENS and KAREN LYNN HUBBARD, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CASE NO- 2:07-cv-650 |
| STATE OF ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION; et al., | ) ) ) ) ) ) |
| Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

**COME NOW** the Plaintiffs, **JOAN FAULK OWENS** and **KAREN LYNN HUBBARD** and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Plaintiff Joan Faulk Owens is an individual

Plaintiff Karen Lynn Hubbard is an individual

To the best of the Plaintiffs' present knowledge and information, there are no "reportable relationships" that would infer a conflict of interest between the parties, the Court and the parties' attorneys.

1

Respectfully submitted this the 7th day of December, 2007

    s/J. Flynn Mozingo
J. Flynn Mozingo (MOZ003)
Attorney for Plaintiffs
Melton, Espy & Williams, P.C.
P. O. Drawer 5130
Montgomery, AL   36103-5130
Telephone:     (334) 263-6621
Facsimile:     (334) 263-7525
fmozingo@mewlegal.com

**CERTIFICATE OF SERVICE**

_____I HEREBY CERTIFY that I have filed the foregoing electronically with Clerk of the Court using the ECF/CM system and a copy of the foregoing has been served on the below listed counsel of record via USPS, properly addressed and postage prepaid on this  _7th_  day of December, 2007:

H.E. NIX, JR.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
4001 Carmichael Road, Suite 300
Montgomery, AL 36103-4128


   __s/J. Flynn Mozingo__
   OF COUNSEL