IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULK OWENS and<br>KAREN LYNN HUBBARD, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )Civ. Action No. 2:07-CV-650-WHA<br>) |
| STATE OF ALABAMA, DEPT. OF<br>MENTAL HEALTH AND MENTAL<br>RETARDATION, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

# **ORDER**

Upon consideration of Defendant's *Motion for Entry of HIPAA Order* (Doc. #30; June 20, 2008), it is hereby

**ORDERED** that the **Plaintiff file a response by June 30, 2008** to show any cause why the motion should not be granted.

Done this 23rd day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE