IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULK OWENS and KAREN LYNN HUBBARD, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) CASE NO- 2:07-cv-650-WHA ) |
| STATE OF ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION, et al. | ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF CONSENT TO ENTRY OF**
**HIPAA ORDER**

**COME NOW**, the Plaintiffs, Joan Faulk Owens and Karen Lynn Hubbard, and give notice that they consent to the entry of a HIPAA Order in this cause.

Respectfully submitted this the  23rd   day of June, 2008.

       s/J. Flynn Mozingo
J. Flynn Mozingo (MOZ003)
Attorney for Plaintiffs
Melton, Espy & Williams, P.C.
P. O. Drawer 5130
Montgomery, AL   36103-5130
Telephone:   (334) 263-6621
Facsimile:    (334) 263-7525
fmozingo@mewlegal.com

## **CERTIFICATE OF SERVICE**

_____I HEREBY CERTIFY that I have filed the foregoing electronically with Clerk of the Court using the ECF/CM system and a copy of the foregoing will be served on the below listed counsel of record via such system on this the  23rd  day of June, 2008:

| | |
|---|---|
| H.E. NIX, JR.<br>Nix, Holtsford, Gilliland,<br>Higgins & Hitson, P.C.<br>Post Office Box 4128<br>Montgomery, AL 36103-4128 | COURTNEY W. TARVER<br>Deputy Atty. General and Gen. Counsel<br>Bureau of Legal Services<br>ADMH/MR<br>RSA Union Building<br>100 N. Union Street<br>Montgomery, AL 36130 |

　　　　　　　　　　　　　　　　　　　　　　　　  s/J. Flynn Mozingo  
　　　　　　　　　　　　　　　　　　　　　　　　OF COUNSEL