## ASSESSMENT FOR
## DEPARTMENTAL ASSISTANT PERSONNEL MANAGER
### February 28, 2006

**Panelists:** Eranell Wilson, Susan Chambers, Kent Hunt, & David, Bennett, Doug Lunsford

|          | Marilyn Benson | Commie Carter | Danielle Coteat |
|----------|---------------|---------------|-----------------|
| Wilson   | 32            | 24            | 7               |
| Chambers | 27            | 21            | 10              |
| Hunt     | 32            | 26            | 8               |
| Lunsford | 35            | 27            | 6               |
| Bennett  | 38            | 28            | 10              |
| Total    | 164           | 126           | 41              |
| Average  | 32.8          | 25.2          | 8.2             |

Ranking of Candidates:
1. Marilyn Benson
2. Commie Carter
3. Danielle Coteat



DEFENDANT'S EXHIBIT 24

ADMH 04-00076