**The Tuscaloosa News**
315 28th Ave PO Box 20587
Tuscaloosa, Alabama 35402-0587
TEL (205) 722-0111  FAX (205) 722-0109
FED ID# 63-0530933

The New York Times Company

| BILLING PERIOD | ADVERTISER/CLIENT NAME |
|---|---|
| 11/01/05 - 11/30/05 | STATE MENTAL HEALTH DEPT. |

| TOTAL AMOUNT DUE | UNAPPLIED AMOUNT | TERMS OF PAYMENT |
|---|---|---|
| 1,256.52 | | NET 10 |

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 197.14 | 780.59 | .00 | 278.79 |

| INVOICE # | PAGE # | BILLING DATE | BILLED ACCOUNT # |
|---|---|---|---|
| 229985 | 1 | 11/30/05 | 24902302 |

STATE MENTAL HEALTH DEPT.
PO BOX 301410
MONTGOMERY AL  36130-1410

REMITTANCE ADDRESS:

(404) 0003398
6308309330

THE TUSCALOOSA NEWS
PO BOX 116477
ATLANTA GA 30368-6477

01-30-06

*mailed*

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| DATE | NEWSPAPER REFERENCE | DESCRIPTION-OTHER COMMENTS/CHARGES | SAU SIZE BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 10/31 | | BALANCE FORWARD | | | | 1,829.15 |
| 11/02 | 60057962 | Payment on Account | | | | -769.77 |
| 10/30 | 290290 | CurrentOpeningAlabama Dept o | 1x227.9L | 9 | | 197.14 |
| 11/05 | | LDO# 6-081/M. Benson | 342L | | | |
| | | 2260 480893 | | | | |
| | | betty beck | | | | |

RAN  10-30-05 THRU 11-5-05     404-4065
                               0800-04

205-722-0156  N

            SA  N

MINIMUM FINANCE CHARGE $.50.
THANK YOU FOR YOUR ADVERTISING!!!

**STATEMENT OF ACCOUNT** AGING OF PAST DUE AMOUNTS

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | UNAPPLIED AMOUNT | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 197.14 | 780.59 | .00 | 278.79 | | 1,256.52 |

The Tuscaloosa News
315 28th Ave PO Box 20587
Tuscaloosa, Alabama 35402-0587
TEL (205) 722-0111   FAX (205) 722-0109   FED ID# 63-0530933

*UNAPPLIED AMOUNTS ARE INCLUDED IN TOTAL AMOUNT DUE

| INVOICE # | BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NAME |
|---|---|---|---|
| 229985 | 11/01/05 - 11/30/05 | 24902302 | STATE MENTAL HEALTH |

**DEFENDANT'S EXHIBIT 28**

ADMH 08-00005