IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULK OWENS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv650-WHA |
| ) | |
| STATE OF ALABAMA DEPARTMENT OF ) | |
| MENTAL HEALTH AND MENTAL ) | |
| RETARDATION, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of motions currently pending, it is hereby ORDERED as follows:

1. Defendants are given **until July 2, 2008**, to show cause, if any there be, why Plaintiffs' Motion for Leave of Court to Amend Complaint to Conform to the Evidence (Doc. #33), filed on June 27, 2008, should not be granted.

2. Plaintiffs are given **until July 2, 2008**, to show cause, if any there be, why the Defendants' Motion to Supplement Exhibits to Brief on Motion for Summary Judgment (Doc. #38), filed on June 28, 2008, should not be granted.

DONE this 30th day of June, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE