IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOAN FAULK OWENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:07cv650WHA |
| | ) | (WO) |
| STATE OF ALABAMA DEPARTMENT | ) | |
| OF MENTAL HEALTH AND MENTAL | ) | |
| RETARDATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the court on the Plaintiffs' Motion for Leave of Court to Amend

Complaint to Conform to the Evidence (Doc. #33), and Defendants' Motion to Supplement

Exhibits to Brief on Motion for Summary Judgment (Doc. #38).

Plaintiffs do not object to the Defendants' Motion to Supplement and, therefore, it is

hereby

ORDERED that the motion is GRANTED, and Defendants are allowed to supplement

their exhibits as requested.

As to Plaintiffs' Motion for Leave to Amend Complaint, the court finds that such a

motion is untimely and is due to be denied. The time for moving to amend the pleadings has

long since passed under both the Report of Parties Planning Meeting filed by the attorneys and

the Uniform Scheduling Order entered on October 12, 2007 effectively adopting the requested

deadline. A Motion for Summary Judgment is currently pending before the court. Plaintiffs

have shown no good cause why depositions could not have been taken earlier in this case and the

deadline for amending the pleadings complied with.  Since the Plaintiffs say that this proposed

amendment does not change the Plaintiffs' claims, but is intended merely to clarify, there is no

need for an Amended Complaint.  Any clarification may be included in the Plaintiffs' response

to the Defendants' Motion for Summary Judgment and, if the case survives the Motion for

Summary Judgment, in the pretrial order.  Accordingly, it is hereby

ORDERED that the Motion for Leave of Court to Amend Complaint to Conform to the

Evidence is DENIED.

DONE this 2nd day of July, 2008.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE