**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                TELEPHONE (334) 954-3600

```
July 2, 2008
```

# NOTICE OF ERROR

To:     All Counsel of Record

**Case Style:   Owens et al v. State of Alabama Department of Mental Health and Mental Retardation et al**

**Case Number:    2:07-cv-00650-WHA**

**Referenced Pleading:    Second Amended Complaint**
**Docket Entry Number:    34**

**The referenced pleading was filed on \*\*\*June 27, 2008\*\* in this case and
is hereby STRICKEN as you do not have leave of court to amend the complaint.  Please see
order entered on 7/2/08.**