IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULK OWENS and KAREN LYNN HUBBARD, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STATE OF ALABAMA DEPT. OF )<br>MENTAL HEALTH AND MENTAL )<br>RETARDATION, et al., )<br>Defendants. ) | Civil Action No. 2:07cv650-WHA |

### ORDER

Upon consideration of the Motion for Leave to File Supplemental and Substitute Brief in Support of Defendants' Motion for Summary Judgment (Doc. #46), the Motion is hereby ORDERED GRANTED.

Done this 10th day of July, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE