IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULK OWENS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 2:07-cv-650-WHA |
| | ) |
| STATE OF ALABAMA, DEPT. OF | ) |
| MENTAL HEALTH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is *Defendants' Motion to Take Trial Deposition of Dr. Kathy Lindsey* (Doc. 49, filed July 18, 2008). Having been advised that there is no objection, the motion is hereby **GRANTED**.

DONE this 21st day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE