**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JOAN FAULK OWENS and KAREN LYNN HUBBARD,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| **v.** | )        **CASE NO- 2:07-cv-650** |
| | ) |
| **STATE OF ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION; JOHN HOUSTON; HENRY R. ERVIN,** | ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE

Counsel for the parties in the above-styled case have complied with the Court's Scheduling Order to schedule a conference regarding settlement. The parties are currently unable to reach a settlement agreement. Nonetheless, the parties are mutually interested in pursing Mediation in the event the Defendants' Motion for Summary Judgment is not granted.

Respectfully submitted this the 21st  day of July, 2008.

  s/J. Flynn Mozingo
J. Flynn Mozingo (MOZ003)
Attorney for Plaintiffs
Melton, Espy & Williams, P.C.
P. O. Drawer 5130
Montgomery, AL  36103-5130
Telephone:    (334) 263-6621
Facsimile:    (334) 263-7525
fmozingo@mewlegal.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have filed the foregoing electronically with Clerk of the Court using the ECF/CM system and a copy of the foregoing will be served on the below listed counsel of record via such system on this the <u>21st</u> day of July, 2008:

H.E. NIX, JR.                             COURTNEY W. TARVER
Nix, Holtsford, Gilliland,              Deputy Atty. General and Gen. Counsel
Higgins & Hitson, P.C.               Bureau of Legal Services
Post Office Box 4128                 ADMH/MR
Montgomery, AL 36103-4128       RSA Union Building
                                           100 N. Union Street
                                         Montgomery, AL 36130

                                         <u> s/J. Flynn Mozingo  </u>
                                         OF COUNSEL