IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULK OWENS and<br>KAREN LYNN HUBBARD,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF ALABAMA DEPT. OF<br>MENTAL HEALTH AND MENTAL<br>RETARDATION, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   2:07-cv-650<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' SUPPLEMENTATION AND CLARIFICATION OF THE
PLAINTIFFS' NOTICE CONCERNING SETTLEMENT CONFERENCE**

COME NOW the Defendants, by and through counsel, and supplement and clarify the Plaintiffs' Notice Concerning Settlement Conference as follows:

1. **QUOTE OF FIRST TWO SENTENCES AS SUBMITTED BY PLAINTIFFS:**

These Defendants do not propose to supplement or clarify these two sentences. They are acceptable to these Defendants.

"Counsel for the parties in the above-styled case have complied with the Court's Scheduling Order to schedule a conference regarding settlement. The parties are currently unable to reach a settlement agreement."

2. **SUPPLEMENTATION AND CLARIFICATION OF LAST SENTENCE OF PLAINTIFFS' NOTICE:**

These Defendants offer the following sentence as their supplementation and clarification of the last sentence of Plaintiffs' Notice Concerning Settlement Conference:

1

The parties discussed the question of whether mediation would help resolve the case at this time and report to the Court that mediation would not assist or facilitate settlement at this time.

WHEREFORE, the Defendants submit this Supplementation and Clarification of the last sentence of the Plaintiffs' Notice Concerning Settlement Conference.

_____
H.E. NIX, JR. (NIX007)
BRANDY F. PRICE (PRI079)
Counsel for Defendants

OF COUNSEL:
*Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.*
P.O. Box 4128
Montgomery, AL 36103-4128
334-215-8585
334-215-7101 - facsimile
cnix@nixholtsford.com
bprice@nixholtsford.com

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by e-mail to

| J. Flynn Mozingo<br>*Melton, Espy & Williams, P.C.*<br>P. O. Drawer 5130<br>Montgomery, AL 36103-5130 | Courtney W. Tarver<br>Deputy Atty. General and Gen. Counsel<br>Bureau of Legal Services<br>Dept. of Mental Health<br> and Mental Retardation<br>RSA Union Building<br>100 N. Union Street<br>Montgomery, AL 36130-1410 |
|---|---|

on this the 30th day of July, 2008.

_____
OF COUNSEL

2