Attachments to

<u>Defendants' Exhibit "61"</u>
<u>Declaration of Commissioner John M. Houston</u>

August 4, 2008

Current Job Specifications Numbered:

ADMH 06-03-00001 through ADMH 06-03-00301

## *Administrative Assistant I*

**Job Code: G5000**                                      **Pay Range:**

### Definition:

This is highly responsible secretarial work.

Employees in this class perform secretarial duties requiring considerable initiative, discretion, and judgment in making decisions in a variety of areas for an executive in the Department. Work includes critical and sensitive public contact and effective public relations. Employees act with authority on a variety of matters and receive policy guidance from the executive.

### Qualifications:

Associate's degree in Business, Secretarial Science, or a related field with considerable experience (48 months or more) in an increasingly responsible secretarial or administrative capacity including some (12 months or more) supervisory experience. Applicants may substitute additional education for required experience or experience for required education at the rate of two years of specific job-related experience for each year (30 semester credits) of formal education.

ADMH_06-03-00001

## *Administrative Assistant II*

***Job Code: G6000***                                    ***Pay Range: 67***

**Definition:**

    This is advanced secretarial work.

    Employees in this class perform responsible secretarial and administrative assistant duties requiring extensive initiative, discretion, and judgment in making decisions in a wide variety of areas for a top-level executive in the Department. Work includes critical and extremely sensitive public contact and effective public relations. Employees act with authority on a wide variety of matters and receive policy guidance from the executive.

**Qualifications:**

Associate's degree in Business, Secretarial Science, or a related field with extensive experience (72 months or more) in an increasingly responsible secretarial or administrative capacity including experience (24 months or more) supervisory experience. Applicants may substitute additional education for required experience or experience for required education at the rate of two years of specific job-related experience for each year (30 semester credits) of formal education.

ADMH_06-03-00002

# Administrative Assistant III

**Job Code: G7000**                                      **Pay Range: 68**

### Definition:

This is advanced secretarial and administrative work.

An employee in this class performs administrative duties requiring considerable initiative, discretion, and judgment in making decisions in a variety of areas for a top executive in the department. Work includes critical and extremely sensitive public contact and effective public relations. Employee acts with authority on administrative functions and receives professional guidance from the executive.

### Qualifications:

Associate's degree in Business, Secretarial Science, or a related field with extensive experience (72 months or more) in an increasingly responsible secretarial or administrative capacity including considerable (48 months or more) supervisory experience. Applicants may substitute additional education for required experience or experience for required education at the rate of two years of specific job-related experience for each year (30 semester credits) of formal education.

ADMH_06-03-00003

# Administrative Assistant IV

**Job Code: G7000**                                           **Pay Range: 70**

### Definition:

This is advanced secretarial and administrative work.

An employee in this class performs administrative duties requiring considerable initiative, discretion, and judgment in making decisions in a variety of areas for a top executive in the department. Work includes critical and extremely sensitive public contact and effective public relations. Employee acts with authority on administrative functions and receives professional guidance from the executive.

### Qualifications:

Associate's degree in Business, Secretarial Science, or a related field with extensive experience (72 months or more) in an increasingly responsible secretarial or administrative capacity including considerable (48 months or more) supervisory experience. Applicants may substitute additional education for required experience or experience for required education at the rate of two years of specific job-related experience for each year (30 semester credits) of formal education.

ADMH_06-03-00004

# *Administrator I*

**Job Code: A1000**                                              **Pay Range: 67**

## Definition:

This is professional administrative work in the mental health program for the state of Alabama.

Employees in the class perform a variety of administrative duties involving the exercise of independent judgment.  Work may include supervising a moderate size staff.  Work is performed under the general direction of an administrative supervisor and is reviewed through conferences, reports, and results achieved.

## Qualifications:

Bachelor's degree in the area of the academic specialization.

## *Administrator II*

**Job Code: A1500**                                       **Pay Range: 74**

### Definition:

This is responsible professional administrative work in the mental health program for the State of Alabama.

Employees in this class perform a variety of responsible administrative duties requiring the exercise of a high degree of independent judgement. Work includes the supervision of professional and non-professional employees; however, the size and type of staff supervised will depend upon the specific nature of the assignment. Employees work under the general direction of an administrative supervisor and work is reviewed through conferences, reports, and results achieved.

### Qualifications:

Bachelor's degree in the area of the academic specialization with experience (24 months or more) in the area of specialization including some (12 months or more) supervisory experience.

## *Administrator III*

**Job Code: A2000**                                    **Pay Range: 77**

### Definition:

This is highly responsible professional administrative work in the mental health program for the State of Alabama.

Employees in this class perform a variety of responsible administrative duties requiring the exercise of a high degree of independent judgement. Work includes the supervision of professional and non-professional employees; however, the size and type of staff supervised will depend upon the specific nature of the assignment. Duties require frequent contact with high level officials in the state mental health system, other agencies, and the general public. Work is performed with considerable independence and is reviewed by an administrative supervisor through conferences, reports, and results achieved.

### Qualifications:

Master's degree in the area of the academic specialization with experience (24 months or more) in the area of specialization including some (12 months or more) supervisory experience.

### Administrator IV

**Job Code: A2500**                                                    **Pay Range: 79**

**Definition:**

    This is highly responsible professional administrative work of considerable scope and complexity in the mental health program of the state.

    Employees in this class are responsible for directing a segment of the State's Mental Health program requiring the exercise of a high degree of independent judgement. Work includes the supervision of professional and non-professional employees; however, the size and type of staff supervised will depend upon the specific nature of the assignment. Duties require frequent contact with high level officials in the state mental health system, other agencies, and the general public. Work is performed with considerable independence and is reviewed by an administrative supervisor through conferences, reports, and results achieved.

**Qualifications:**

Master's degree in the area of the academic specialization with considerable experience (48 months or more) in the area of specialization including experience (24 months or more) supervisory experience.

## *Administrator V*

**Job Code: A3000**                                                    **Pay Range: 80**

### Definition:

This is advanced professional administrative work of extensive scope and complexity in the mental health program for the State of Alabama.

Employees in this class are responsible for directing and coordinating a large segment of the State's Mental Health program or assisting in the operation of a mental health facility. Work is characterized by the complex variety and scope of problems. Work includes the supervision of administrative and professional employees; however, the size and type of staff supervised will depend upon the specific nature of the assignment. Duties require constant contact with high level officials in the state mental health system, other agencies, and the general public. Work is assigned with general instructions and objectives by a high level administrative supervisor who provides policy guidelines and who evaluates work for adherence to program goals and effectiveness of results.

### Qualifications:

Master's degree in the area of the academic specialization with considerable experience (48 months or more) in the area of specialization including experience (24 months or more) of progressively responsible experience in the mental health field.

## *Administrator VI*

**Job Code: A3500**                                                      **Pay Range: 83**

**Definition:**

This is major professional administrative work of the highest level in the mental health program for the State of Alabama.

An employee in this class is responsible for directing a major segment of the State's Mental Health program. The emphasis of the position is on management of the assigned administrative division. Work is characterized by the complex variety and major scope of problems.    Work follows the guidelines established by the administrative supervisor or applicable state and federal standards, but the employee is expected to exercise a high degree of initiative and ingenuity in dealing with administrative problems. Work involves the supervision of administrative employees; however, the size of staff supervised will depend on the specific nature of the assignment. Duties require constant contact with top level officials of the state mental health system, other agencies, and the general public. General supervision is received from a top-level administrative supervisor with whom the employee confers on unusual problems and who reviews work through conferences and reports for program effectiveness and conformity with objectives.

**Qualifications:**

Master's degree in the area of the academic specialization with extensive experience (72 months or more) in the area of specialization including considerable (48 months or more) of progressively responsible experience in the mental health field.

## *Administrator VII*

**Job Code: A3600**                                    **Pay Range: 88**

**Definition:**

  This is executive level professional and administrative work of the highest level in the Alabama Department of Mental Health and Mental Retardation for the State of Alabama. An employee in this capacity *serves in the capacity of "Chief of Staff"* and reports directly to the Commissioner.

  Work follows applicable state and federal standards and guidelines as well as standard operating procedures set forth by the Department of Mental Health and Mental Retardation. The employee is expected to exercise a high degree of initiative and ingenuity in dealing with a variety of complex and unusual problems. Work is reviewed by the Commissioner through conferences and reports for program effectiveness and conformity with goals and objectives.

**Examples of Work Performed:**

- Responsible for planning, coordinating, and directing program services and providing administrative direction to various bureau and division heads at the Central Administration Office.
- Interacts with top-level departmental officials within the state mental health system, other governmental agencies, local and public officials, legislative entities, as well as the general public.
- The employee acts as a liaison for the Commissioner with other agencies as well as representing in the Commissioner's absence at various board/agency meetings.
- Assists and advises in the development, review, and implementation of policies, procedures, and proposals to further enhance departmental goals and objectives.
- Coordinates cross divisional activities and products related to service delivery.
- Attends various meetings, and conferences in the absence of the Commissioner
- Responsible for administrative decision making on behalf of the Commissioner in his absence

**Knowledge, Skills, and Abilities:**

- Knowledge of Alabama Mental Health and Mental Retardation service delivery system
- Knowledge of State government structure
- Knowledge of cross divisional activities relating to service delivery
- Knowledge of DMH/MR polices and procedures
- Ability to provide administrative direction and supervision to program activities and services
- Ability to monitor and assess program effectiveness
- Ability to provide supervision, direct, assign, and evaluate the work of others

Administrator VII
Page 2

- Ability to interact with all levels of state and federal agencies, task forces, advisory committees, and serve as liaison for the Commissioner
- Ability to work independently with minimum supervision
- Ability to deal with sensitive and confidential matters
- Ability to communicate effectively both orally and in writing
- Ability to establish and maintain working relationships with associates, subordinates, agencies, government officials as well as service providers and consumers

**Qualifications:**

Master's degree in a behavioral science, any human service field, Business Administration or Public Administration with extensive experience (72 months or more) in the administration of mental health programs and services, including extensive (72 months or more) progressively responsible supervisory experience.

ADMH_06-03-00012

## Director of Advocacy Services

**Job Code: Q7500**                                                    **Range: 86**

**Definition:**

This is highly responsible professional administrative work in directing the DMH/MR Rights Protection and Advocacy Services Program.

Employees in this class work independently under the administrative supervision of the DMH/MR Commissioner. The employee keeps the supervisor informed of progress, potentially controversial matters, or far-reaching implications. Completed work is reviewed only from an overall standpoint in terms of feasibility or effectiveness in meeting expected results.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Directs the overall administration, design, and implementation of a statewide rights protection and advocacy program.
- Supervises and evaluates professional and volunteer staff.
- Reviews and makes recommendations involving departmental policies, procedures, and standards relating to rights issues.
- Negotiates and monitors contracts with other agencies, individuals, or groups.
- Develops and maintains operational budgets for the Advocacy Program.
- Conducts special certification, compliance, and appeal reviews.
- Provides for rights education and training programs.
- Evaluates Program effectiveness periodically.
- Publish annual reports for Program's activities.
- Serve as member on DMH/MR Boards, Committees, or Work Groups.

**Knowledge, Skills, and Abilities:**

- Ability to coordinate and determine program effectiveness.
- Ability to develop and maintain operational budgets for the Advocacy Program.
- Ability to effectively plan, organize, direct, and evaluate the activities of others.
- Ability to plan and allocate funding resources.

Director of Advocacy Services
Page 2

- Knowledge and understanding of rights issues and concerns of persons with serious mental illness, mental retardation, or substance abuse problems.
- Ability to work with culturally diverse groups of people, including families, consumers/clients, and professionals.
- Knowledge of DMH/MR services, as well as other health and human/social services which impact the lives of persons with serious mental illness, mental retardation, and/or substance abuse problems.
- Ability to analyze information and recommend appropriate action.
- Knowledge and experience in using a personal computer and related software programs.
- Ability to plan, organize, and prioritize work activities.
- Ability to analyze complex data and interpret complex policies and standards pertaining to clients/consumers' rights.
- Extensive oratory skills in doing presentations.

## Qualifications:

Master's Degree in social work, special education, psychology, public administration or related field. Extensive (72 months or more) professional administrative work experience, including a minimum of five years in mental health/retardation services, five of which must be mental disability advocacy services.

## *Advocate*

**Job Code: Q7000**                                    **Range: 72**

**Definition:**

    This responsible and highly confidential work serving as an Advocate of persons served in DMH/MR state in-patient facilities and in community programs through contract with the DMH/MR. Employees in this class are responsible for conducting investigations of alleged rights violations; participating in DMH/MR certification reviews adherence.

    The work is reviewed by the Advocacy Services Coordinator, the employee uses initiative in carrying out assignments, but refers deviations, problems, and unfamiliar situations not covered by instructions to the supervisor. Final work is reviewed for accuracy and adherence to instructions.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Conducts periodic monitoring of rights issues in DMH/MR facilities and programs.
- Prepares comprehensive reports of rights investigations, monitoring and standards compliance reviews.
- Resolves issues pertaining to rights of client/consumers.
- Provides rights education and training programs for consumers.
- Provides technical assistance to Advocacy Advisory Boards/Committees.
- Conducts investigations, monitoring, and certification work.

**Knowledge, Skills, and Abilities:**

- Ability to plan, organize, and prioritize work activities.
- Knowledge and understanding of rights issues and concerns of persons with serious mental illness, mental retardation, or substance abuse problems.
- Ability to work with culturally diverse groups of people, including families, consumers/clients, and professionals.
- Ability to communicate effectively, both orally and in writing.
- Knowledge of DMH/MR services, as well as other health and human/social services which impact the lives of persons with serious mental illness, mental retardation, and/or substance abuse problems.
- Ability to analyze information and recommend appropriate action.
- Knowledge and experience in using a personal computer and related software programs.

Advocate
Page 2

- Ability to analyze complex data and interpret complex policies and standards pertaining to clients/consumers' rights.

## Qualifications:

Bachelor's degree in a human services field, one of the social or behavioral sciences, plus a minimum of four years (48 months) experience in disability advocacy work, two of which must be paid work experience. Experience requirement as a consumer or caretaker* of a consumer with serious mental illness, mental disability or substance abuse problems may be substituted for degree requirements at the rate of two years of specific job related experience for one year formal education. (This experience must be in addition to the four-year work experience requirement as stated above.)

## Necessary Special Requirements:

Must demonstrate knowledge and experience in using a personal computer and related software programs.

Must have a valid driver's license to operate a vehicle in the State of Alabama.

Human Services Field to include but not limited to:
Special Education
Nursing
Criminal Justice
Public Health

* Caretaker can be defined as an individual who has taken a primary role in providing ongoing care, treatment and support of a consumer with a major mental disability.

### *Advocate Senior*

*Job Code: Q7200*                                    *Range: 78*

**Definition:**

      This is highly responsible administrative and supervisory work serving as Service Area Coordinator of the Advocacy Program of the DMH/MR Advocacy Office.

      Employees is this class work with the Director of Advocacy Services in the implementation of a statewide Rights Protection and Advocacy Service System. Duties are above average difficulty and employees in this class are assigned directly to and accountable to the Director of Advocacy Services; work is subject to review by the Director's Office.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Coordinates and supervises the advocacy services performed by the employees and volunteers in designated service areas.
- Conducts monitorings and certification reviews of DMH/MR state in-patient facilities and certified community programs.
- Trains, supervises, and evaluates a team of professional staff and volunteers.
- Interprets and makes recommendations concerning DMH/MR rights, policies, and certification standards.
- Provides extensive oral presentations and conducts various education and training programs.

**Knowledge, Skills, and Abilities:**

- Ability to plan, organize, and coordinate program services.
- Ability to communicate effectively, both orally and in writing.
- Ability to effectively plan, organize, direct, and evaluate the activities of others.
- Knowledge and understanding of rights issues and concerns of persons with serious mental illness, mental retardation, or substance abuse problems.
- Ability to work with culturally diverse groups of people, including families, consumers/clients, and professionals.
- Knowledge of DMH/MR services, as well as other health and human/social services which impact the lives of persons with serious mental illness, mental retardation, and/or substance abuse problems.

Advocate Senior
Page 2

- Ability to analyze information and recommend appropriate action.
- Knowledge and experience in using a personal computer and related software programs.
- Ability to analyze complex data and interpret complex policies and standards pertaining to clients/consumers' rights.
- Extensive oratory skills in doing presentations.

## Qualifications:

Master's Degree in a human services field, one of the social or behavioral sciences, hospital administration or Doctorate of Juris Prudence with a clinical concentration. Extensive (72 months or more) professional work experience in a DMH/MR setting with a minimum of five years' administrative and supervisory experience, two of which must be in mental disability advocacy services.

## Necessary Special Requirements:

Must demonstrate knowledge and experience in using a personal computer and related software programs.

Must have a valid driver's license to operate a vehicle in the State of Alabama.

Human Services Field to include but not limited to:
Special Education
Nursing
Criminal Justice
Public Health

## *Associate Advocate*

**Job Code: Q6500**                                                    **Range: 65**

**Definition:**

    This is responsible and highly confidential work serving as an Advocate of persons served in DMH/MR state in-patient facilities and in community programs through contract with the DMH/MR. Employees in the class are responsible for serving as intake workers to identify rights issues and assist persons with solutions to rights problems and concerns. The work is closely controlled and reviewed by the Advocacy Service Coordinator. This may involve checking progress or reviewing completed work for accuracy and adherence to instructions and established policies.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Provides general information to persons requesting from service area.
- Initiates referrals and links persons to other service resources dependent upon service needs.
- Provides information and support to consumers and family support/advocacy groups regarding rights of persons with serious mental illness, mental retardation, or substance abuse problems.
- Assists in conducting consumer/client interviews and surveys, rights complaints investigations, and DMH/MR rights compliance reviews.
- Conducts all intakes and screenings, as well as maintains records, files, and reports.

**Knowledge, Skills, and Abilities:**

- Ability to plan, organize, and prioritize work activities.
- Knowledge and understanding of rights issues and concerns of persons with serious mental illness, mental retardation, or substance abuse problems.
- Ability to work with culturally diverse groups of people, including families, consumers/clients, and professionals.
- Ability to communicate effectively, both orally and in writing.
- Knowledge of DMH/MR services, as well as other health and human/social services which impact the lives of persons with serious mental illness, mental retardation, and/or substance abuse problems.
- Ability to analyze information and recommend appropriate action.
- Knowledge and experience in using a personal computer and related software programs.

Associate Advocate
Page 2

## Qualifications:

Bachelor's degree in a human services field, one of the social or behavioral sciences, plus a minimum of two years (24 months) proven experience in disability advocacy work. Experience (24 months or more) as a consumer or caretaker* of a consumer with serious mental illness, mental disability or substance abuse problems may be substituted for degree requirements at the rate of two years of specific job related experience for one year formal education. (This experience must be in addition to the two-year work experience requirement as stated above.)

## Necessary Special Requirements:

Must demonstrate knowledge and experience in using a personal computer and related software programs.

Must have a valid driver's license to operate a vehicle in the State of Alabama.

Human Services Field to include but not limited to:
Special Education
Nursing
Criminal Justice
Public Health

* Caretaker can be defined as an individual who has taken a primary role in providing ongoing care, treatment and support of a consumer with a major mental disability.

ADMH_06-03-00020

## *Assistant Facility Director*

**Job Code: A4000**                    **Pay Range: 83**

### Definition:

This is highly responsible administrative work assisting in directing services and programs within the mental health system or at a departmental facility of 150 beds or more.

An employee in this class assists the director in planning, coordinating, and directing services and programs at a facility of 150 beds or more. Work involves participation in the development of overall plans and policies of the facility. Work also includes acting for the director in the director's absence. Supervision is exercised over staff of administrative and clerical employees engaged in various specialized activities. Work is performed under the general direction of the director, and is reviewed through conferences and reports for effectiveness and conformity with policies and objectives.

### Examples of Work Performed: (May not include all the duties performed.)

- Provides leadership and directs the work of professionals and administrative employees engaged in the management and the operation of management of programs and services in the absence of the Facility Director.
- Serves as an appointing authority in the absence of the Facility Director.
- Attends various meetings, conferences, and hearings and represents the Facility Director.
- Consults with various officials concerning policies, rules, and regulations and laws when needed.

### Knowledge, Skills, and Abilities:

- Knowledge of administration and management in the field of mental health and mental retardation.
- Knowledge of principles, methods, and techniques related to the treatment of the mentally ill and/or mentally retarded.
- Knowledge of laws, rules, and regulations to include JCAHO, and Title XIX.
- Ability to direct and evaluate the work of professional and administrative employees engaged in the management and operation of a mentally ill and/or mentally retarded facility.
- Ability to communicate orally and in writing.
- Ability to react quickly and make rational decisions in emergency situations.

Assistant Facility Director
Page 2

**Qualifications:**

Master's degree in one of the Social or Behavioral Sciences, Business, Public Administration, Health Services, Hospital Administration, or a related field. Considerable (48 months or more) recent progressive experience in a hospital and/or developmental center setting.

ADMH_06-03-00022

### *Director of Facility Operations*

**Job Code: A4800**                                           **Range: 88**

**Definition:**

This is highly responsible administrative work directing services and programs at all state mental health or mental retardation facilities.

Employees in this class are responsible for planning, implementing, and directing services and programs at facilities for a division of the Department. Work involves responsibility for developing overall plans and policies for facilities and responsibility for implementation of decisions as they apply to services and programs for the clients of those facilities. Employees directly supervise a staff of Facility Directors. Work is performed independently within the framework of laws, rules, and policies established by the Department and other agencies. Supervision is received from the Associate Commissioner. Employees may confer with the Deputy Commissioner of Commissioner in resolving unusual problems. Work is reviewed through conferences and reports for program effectiveness and conformity with policies and objectives.

**Examples of Work Performed: (May not include all the duties performed)**

- Provides leadership for and oversees all mental health facilities of a particular division; plans and directs a staff of Facility Directors engaged in the management and the operation of the facility
- Directs and coordinates the facility planning to encompass the identification of needs on a long and short term basis
- Develops and formulates policies and procedures for the management and operation of facilities
- Supervises the administration of the facility budgets
- Serves as an appointing authority for facilities
- Serves as liaison between the facilities and the community based program providers in a designated area of the state
- Attends and represents the facilities at hearings, conferences, and official meetings
- Consults with various other officials concerning policies, rules, regulations and laws when needed
- Performs work as assigned

Director of Facility Operations
Page 2

**Knowledge, Skills, and Abilities:**

- Thorough knowledge of administration and management in the field of mental health/mental retardation
- Thorough knowledge of the principles, methods, and techniques related to the treatment of the mentally ill and/or mentally retarded
- Knowledge of recent developments in the field of mental health and/or mental retardation
- Knowledge of laws, rules, and regulations to include JCAHO and Title XIX for mentally ill and/or mentally retarded
- Ability to direct the work of professional and administrative employees engaged in the management operation of a facility for the mentally ill and/or mentally retarded
- Ability to establish and maintain effective working relationships with subordinates, associates, and representatives of other departmental and governmental agencies
- Ability to communicate orally and in writing
- Ability to react quickly and calmly in emergency conditions
- Ability to delegate administrative and professional assignments to the subordinates and to evaluate their work

**Qualifications:**

Master's degree in Business Administration, Public Administration, Hospital or Health Services Administration, one of the Social or Behavioral Sciences, or a related field. Extensive experience (72 months or more) at the Facility Director level in the field of mental illness or mental retardation.

**Necessary Special Requirements:**

Must meet all requirements promulgated by the Joint Commission on Accreditation of Health Care Organizations, Medicaid, Medicare, or other appropriate regulatory bodies.

## *Facility Director*

**Job Code: A4700**                                    **Range:  87**

**Definition:**

This is highly responsible administrative work directing services and programs within the mental health system or at a departmental facility of 150 beds or more.

Employees in this class are responsible for planning, coordinating, and directing services and programs at the facility and in the community.  Work involves responsibility for developing overall plans and policies of the facility and responsibility for the implementation of decisions as they apply to services and programs for the clients of the facility and the community.  Supervision is exercised over a staff of professional and administrative employees engaged in the operation of the facility. Work is performed independently within the framework of laws, rules, and policies established by the department and other agencies.  Supervision is received from the Associate Commissioner and other departmental officials with whom the employee confers on usual problems and who reviews his/her work for conferences and reports for program effectiveness and conformity with policies and objectives.

**Examples of Work Performed: (May not include all the duties performed)**

- Provides leadership for a facility of 150 beds or more; plans and directs the work of professional and administrative employees engaged in the management and the operation of the facility.
- Directs and coordinates the facility planning to encompass the identification of needs on a long and short term basis.
- Develops and formulates policies and procedures for the management and operation of the facility.
- Supervises the administration of the facility budget.
- Serves as an appointing authority for the facility.
- Serves as liaison between the facility and the community based program providers in a designated area of the state.
- Attends and represents the facility at hearings, conferences, and official meetings.
- Consults with various other officials concerning policies, rules, regulations and laws when needed.
- Performs work as assigned.

**Knowledge, Skills, and Abilities:**

- Thorough knowledge of administration and management in the field of mental health/mental retardation.
- Thorough knowledge of the principles, methods, and techniques related to the treatment of the mentally ill and/or mentally retarded.

Facility Director
Page 2

- Knowledge of recent developments in the field of mental health and/or mental retardation.
- Knowledge of laws, rules, and regulations to include JCAHO and Title XIX for mentally ill and/or mentally retarded.
- Ability to direct the work of professional and administrative employees engaged in the management operation of a facility for the mentally ill and/or mentally retarded.
- Ability to establish and maintain effective working relationships with subordinates, associates, and representatives of other departmental and governmental agencies.
- Ability to communicate orally and in writing.
- Ability to react quickly and calmly in emergency conditions.
- Ability to delegate administrative and professional assignments to the subordinates and to evaluate their work.

## Qualifications:

Master's degree in a social or behavioral science, business, public administration, hospital administration, nursing, or a closely related field. Considerable experience (48 months or more) in a hospital and/or developmental center setting.

## Necessary Special Requirements:

Must meet all requirements promulgated by the Joint Commission on Accreditation of Health Care Organizations and/or CMS (Center for Medicare/Medicaid Services.

## *Community Relations Director*

*Job Code: New Position*                                      *Pay Range: 83*

### Definition:

    This is highly professional public relations work and project leadership in public education efforts. This individual will be responsible for public contact at a large mental health facility or with the Office of Public Information at Central Office.

    An employee in this class plans, organizes, directs, and coordinates extensive public relations programs for a large facility or the Office of Public Information to promote public understanding of the facility/departmental objectives, functions, and accomplishments. Work involves responsibility for recommendation of media and methods of presentation. An important aspect of the work is the editorial review of all facility news releases, speeches, and other public informational material. Supervision may be exercised over a staff of public relations and volunteer specialists and/or clerical employees. The employee may perform specialized work to assist other department offices. Employees exercise a high degree of initiative and judgment in developing, evaluating, and presenting public relations data within established facility objectives and policies. Work is under the general direction of an administrative supervisor or the Director of Public Information, and is evaluated by effectiveness of results.

### Examples of Work Performed:     (May or may not include all duties and responsibilities performed)

- Promote awareness of Mental Illness, Mental Retardation, and Substance Abuse services to the citizens within the state
- Assists the Director of Public Information with press releases, publication designs, web page design, database management, public information distribution, and events planning
- Provide community education regarding various mental health issues
- Attends various meetings/conferences/workshops and represents the department
- Conducts various research regarding topics affecting mental health issues

### Knowledge, Skills, and Abilities:

- Knowledge of grammar, journalistic, and informational styles
- Knowledge of Photo Shop, Quark, Indesign, or Dream Weaver software packages
- Knowledge of media and publication design
- Ability to plan and organize informational and educational programs
- Ability to plan and organize the work of others

Community Relations Director
Page 2

- Ability to provide consultation to the Public Information Director and departmental officials
- Ability to communicate effectively both orally and in writing
- Ability to conduct research and coordinate written communications in the form of reports, narratives or articles
- Ability to establish and maintain effective working relationships with departmental officials, agencies, organizations, and the general public

**Qualifications:**

Master's Degree in Public Relations, Communications, English, Journalism, Graphic/Web Design or related fields. Extensive experience (72 months or more) in the field of Public Relations, Public Information, or Journalism. Considerable (48 months or more) progressively responsible supervisory experience.

# *Community Relations Specialist*

**Job Code: V1000**                                    **Pay Range: 63**

**Definition:**

This is professional public relations work involving responsibility for public contact at the central office or a mental health facility or the Office of Public Information at Central Office.

An employee in this class plans, organizes, directs, and implements public relations programs to promote public understanding of the functions, and accomplishments. Work involves responsibility for selection of media and methods of presentation in conjunction with the Public Information Officer or Facility Director. An important aspect of the work is the editorial review of news releases, speeches, and other public information material. Employees exercise a high degree of initiative and independent judgment in developing, evaluating and presenting public education materials within established objectives and policies. Work is under the general direction of an administrative supervisor and is evaluated for effectiveness of results.

**Examples of Work Performed:** (May or may not include all duties and responsibilities being performed)

- Assist with the coordination of public relations activities promoting awareness for the Department of Mental Health and Mental Retardation
- Coordinate written correspondence
- Assist with planning various calendar events
- Maintain contacts for various agencies and organizations
- Monitors news media daily to compile press report on any pertinent articles
- Serves as a team member in publishing the department's Annual Report and other public education materials
- Participates in the planning and implementation of health fairs and departmental events
- Assists with the coordination of employee appreciation activities

**Required Knowledge, Skills, and Abilities:**

- Ability to read and edit materials for publication
- Ability to utilize computer by using various software packages and research internet resources
- Ability to communicate effectively both orally and in writing
- Ability to maintain office files and schedule press releases and events

ADMH_06-03-00029

Community Relations Specialist
Page 2

## **Qualifications:**

Bachelor's Degree in Public Relations, Communications, English, Journalism, Graphic Arts, or related fields.    Other job related education and/or experience may be substituted for all or part of the basic requirements.

ADMH_06-03-00030

## *Community Relations Specialist Coordinator*

**Job Code: V3000**                                    **Pay Range: 70**

### Definition:

This is highly professional public relations work and project leadership in public education efforts. This individual will be responsible for public contact at a large mental health facility or with the Office of Public Information at Central Office.

An employee in this class plans, organizes, directs, and coordinates extensive public relations programs for a large facility or the Office of Public Information to promote public understanding of the facility/departmental objectives, functions, and accomplishments. Work involves responsibility for recommendation of media and methods of presentation. An important aspect of the work is the editorial review of all facility news releases, speeches, and other public informational material. Supervision may be exercised over a staff of public relations and volunteer specialists and/or clerical employees. The employee may perform specialized work to assist other department offices. Employees exercise a high degree of initiative and judgment in developing, evaluating, and presenting public relations data within established facility objectives and policies. Work is under the general direction of an administrative supervisor or the Director of Public Information, and is evaluated by effectiveness of results.

### Examples of Work Performed: (May or may not include all duties and responsibilities performed)

- Promote awareness of Mental Illness, Mental Retardation, and Substance Abuse services to the citizens within the state
- Assists the Director of Public Information with press releases, publication designs, web page design, database management, public information distribution, and events planning
- Provide community education regarding various mental health issues
- Attends various meetings/conferences/workshops and represents the department
- Conducts various research regarding topics affecting mental health issues

### Knowledge, Skills, and Abilities:

- Knowledge of grammar, journalistic, and informational styles
- Knowledge of Photo Shop, Quark, Indesign, or Dream Weaver software packages
- Knowledge of media and publication design
- Ability to plan and organize informational and educational programs
- Ability to plan and organize the work of others

Community Relations Specialist Coordinator
Page 2

- Ability to provide consultation to the Public Information Director and departmental officials
- Ability to communicate effectively both orally and in writing
- Ability to conduct research and coordinate written communications in the form of reports, narratives or articles
- Ability to establish and maintain effective working relationships with departmental officials, agencies, organizations, and the general public

## Qualifications:

Bachelor's Degree in Public Relations, Communications, English, Journalism, Graphic/Web Design or related fields. Experience (24 months or more) in the field of Public Relations, Public Information, or Journalism.

ADMH_06-03-00032

## *Community Relations Specialist Senior*

**Job Code: V2000**                                    **Pay Range: 65**

### Definition:

This is highly responsible professional public relations work involving responsibility for public contact at a moderate size mental health facility or with the Office of Public Information at Central Office.

An employee in this class plans, organizes, directs, and coordinates public relations programs in conjunction with the Office of Public Information or a facility. Work as a team member in selection of media and methods of presentation. An important aspect of the work is the editorial review of all news releases, speeches, and other public informational material. Supervision may be exercised over a staff of public relations and volunteer specialists and clerical employees. The employee may perform specialized work in a facility or in Central Office. Employees exercise a high degree of initiative and independent judgment in developing, evaluating, and presenting public relations data within established department objectives and policies. Work is under the general direction of an administrative supervisor or the Director, and is evaluated by effectiveness of results.

### Examples of Work Performed: (May or may not include all duties and responsibilities being performed)

- Coordinate public relations activities for a facility or for the Public Information Division at Central Office
- Promote awareness of Mental Illness, Mental Retardation, and Substance Abuse services to the citizens within the state
- Assist with press releases, publication design, web pages, database management, public information distribution, event planning, and providing community education
- Compose and edit various publications for release
- May supervise volunteers or interns involved in various projects

### Required Knowledge, Skills, and Abilities:

- Knowledge of journalistic and informational styles
- Knowledge of writing styles and levels of usage
- Knowledge of Photo Shop, Quark, Indesign, and Dream Weaver software packages
- Knowledge of media and publication design
- Ability to plan and organize informational and educational programs
- Ability to plan and direct activities of others
- Ability to provide consultation services to departmental officials
- Ability to communicate effectively orally and in writing

ADMH_06-03-00033

Community Relations Specialist Senior
Page 2

- Ability to conduct research and coordinate written communications
- Ability to establish and maintain effective working relationships with departmental officials, agencies, organizations, and the general public

## Qualifications:

Bachelor's Degree in Communications, English, Journalism, Public Relations, Graphic Arts or related fields. Some experience (12 months or more) in the field of Public Relations, Public Information, or Journalism. Cooperative education and/or internship may be substituted in lieu of post college work experience.

ADMH_06-03-00034

## Community Services Coordinator

**Job Code: T3000**                                **Pay Range: 74**

### Definition:

This is a highly responsible position in one of the five Regional Community Services offices within the Alabama Department of Mental Health and Mental Retardation. This position will have a variety of functions involving direct contact with consumers, families and staff of community agencies, collecting and analyzing data, training and providing technical assistance. If specified in the job announcement, this position will involve psychological testing and evaluation of consumers, and may include completing function assessments and determining eligibility for services as well. The person in this position either reports to the Community Service Director (CSS V) or to another position within the office with designated supervisory functions. The person in this position may, depending on the scope of assigned duties, also supervise other professional staff in the Regional Office.

### Examples of Work Performed:

- Crafting, editing and transmitting reports and other documents in either electronic or hard copy.
- Intervening on behalf of consumers, with consumers, families and community providers, using approved techniques consistent with the relevant literature.
- Making or returning telephone calls or electronic communications in a timely and appropriate manner.
- The position, if so specified, may involve psychological testing of consumers. The results of these tests will be utilized in eligibility determination and the processing of applications.
- Collecting assessment and other relevant data for input into Regional or Departmental systems, including the waiting list, and, if so specified, determining eligibility for Medicaid Waiver programs.
- Developing placement opportunities for consumers and facilitate consumer choices by consultation and visitation with providers and other concerned parties.
- Processing, investigating and coordinating reports made to the Incident Management and Prevention System.
- Monitoring community programs to ensure consumers are being provided safe and effective services. Documenting findings and providing technical assistance as needed.
- Supervising others in similar work.

Community Services Coordinator
Page 2

## Knowledge, Skills and Abilities:

- Ability to communicate effectively, both orally and in writing.
- Ability to organize, plan and implement work in an independent manner, with minimal supervision.
- Knowledge of community service agencies in relation to mental retardation.
- Ability to establish & maintain positive relationships with clients, families, agencies and the public.
- Ability to provide guidance and support to clients, families and community providers.
- Knowledge of working with persons diagnosed with MR or other Developmental Disabilities.
- Knowledge of clinical dynamics of persons diagnosed with MR.
- Ability to intervene in crisis situations.
- Ability to provide technical assistance, as well as develop and implement training programs, to and for service providers and other social service agencies.
- Ability to supervise the work of professionals and community providers.
- Knowledge of state, local and federal funding sources and regulations.
- Ability to analyze data and develop plans for program development.
- Ability to interpret standards, policies and regulations.

## Qualifications:

Master's degree in Social Work, Psychology, or another human service related field, with **experience (24 months or more)** professional experience in a human service related field,

OR

A Bachelor's degree in Social Work, Psychology, or other human service related field, with **extensive experience (72 months or more)** working with persons with mental retardation, mental illness and/or substance abuse, of which at least 3 years must be experience working in or with community based programs.

OR

**If the position is to provide psychometric testing, no substitution of experience for the required degree can be made** and the qualifications shall require at least a Master's degree and the legal capability to administer psychometric tests to consumers, plus **experience (24 months or more)** professional experience in a human service related field.

## *Community Services Director*

**Job Code: T5000**                                          **Pay Range: 82**

**Definition:**

This is highly responsible professional position delivering a variety of community services to mentally ill and mentally retarded individuals, families and community agencies for the Alabama Department of Mental Health and Mental Retardation. Employees in this class are responsible for providing supervision for a regional office and community service staff in an assigned geographic region. This position is also responsible for assuring the health and welfare of all service consumers in the region, assuring the continued flow of funds , providing technical assistance, and participating as a member of the Division of Mental Retardation executive staff. Work is performed under the general direction and supervision of the Director of Community Service Programs at the Central Office level and is reviewed for program effectiveness.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Develop regional plan for services to individuals with mental retardation
- Supervise and oversee the management of the waiting list for persons with mental retardation and assure that eligibility determinations are performed in compliance with the Division and Medicaid guidelines
- Develop and manage a system of community services, including mobilizing local resources, assisting new providers
- Provide assistance to existing and potential community providers
- Supervise professional and clerical staff
- Chair workgroups relevant to services for person with MR
- Coordinate and consult with facility staff
- Provide information and solutions regarding consumer and provider related problems
- Represent the division at local and statewide meetings

**Knowledge, Skills and Abilities:**

- Ability to communicate effectively, both orally and in writing
- Ability to organize, plan and implement work in an independent manner.
- Knowledge of community service agencies in relation to the mentally ill and mentally retarded.
- Ability to establish and maintain positive relationships with clients, families, and agency representatives and the general public.
- Ability to provide guidance and support to clients, families and community providers.
- Knowledge of clinical dynamics of the mentally retarded.
- Ability to effectively intervene in crisis situations.

ADMH_06-03-00037

Community Services Director
Page 2

- Ability to provide training and technical assistance in the area of expertise.
- Ability to effectively supervise professionals and community providers.
- Knowledge of state, local and federal funding sources and regulations.
- Knowledge and ability to analyze date and develop plans for program development.
- Ability to understand and interpret appropriate standards, policies and regulations.
- Knowledge of the contracting process, contractual budgets and fiscal responsibility
- Ability to solve problems of considerable complexity
- Ability to collaborate and coordinate all areas of regional office
- Knowledge of certification standards
- Knowledge of quality enhancement
- Knowledge of advocacy

**Qualifications:**

Master's degree in Social Work, Psychology, or a human service related field, plus **extensive supervisory experience (72 months or more)** with **considerable experience (48 months or more)** working with persons with mental retardation, mental illness and/or substance abuse in a community setting including **experience (24 months or more )** in the supervision of professional or direct service staff.

## *Community Services Manager*

**Job Code: T4000**                                              **Pay Range: 78**

**Definition:**

This is highly responsible professional position in a Regional Community office within the Alabama Department of Mental Health and Mental Retardation responsible for the delivery of a variety of community services to mentally ill and mentally retarded individuals, families and agencies. Employees in this class are responsible for performing a variety of functions involving direct contact with consumers, families, and staff of community agencies, collecting and analyzing data, training and providing technical assistance. Supervision will be exercised over professional employees in the Regional Office and acts in the absence of the Community Service Director. Work is performed under the general supervision of the Community Service Director and is reviewed for program effectiveness.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Coordinates placement and other new service development with the input of individuals, families, and community agencies
- Develops training programs to meet specific needs as identified by the agencies and/or regional office
- Promotes person-centered and valued-roles based thinking and approach to service development
- Prepares documents, reports, and statistical data on individuals, program and issues related to community mental retardation services for use in service development and follow-up
- Provides supervision and attends meetings in the absence of the Director
- Provides technical assistance to providers on standards compliance and best practices
- Monitors community programs to assure health and safety issues
- Disseminates information to RCS Staff and providers regarding waiver eligibility and applications
- Manages Region's waiting list

**Knowledge, Skills and Abilities:**

- Ability to communicate effectively, both orally and in writing.
- Ability to organize, plan and implement work in an independent manner.
- Knowledge of community service agencies in relation to the mentally ill and mentally retarded.

Community Services Manager
Page 2

- Ability to establish and maintain positive relationships with clients, families, and agency representatives and the general public.
- Ability to provide guidance and support to clients, families and community providers. Knowledge of clinical dynamics of persons with mental retardation
- Ability to effectively intervene in crisis situations
- Ability to provide training and technical assistance in the area of expertise
- Ability to effectively supervise professionals and community providers
- Knowledge of state, local and federal funding sources and regulations
- Knowledge and ability to analyze date and develop plans for program development
- Ability to understand and interpret appropriate standards, policies and regulations
- Ability to organize, plan, and implement work in an independent manner, with intermittent general or administrative supervision

**Qualifications:**

Master's degree in Social Work, Psychology, or a human service related field, plus **extensive** professional progressive responsible **(72 months or more) experience** in a human service related field, of which at least two years have been spent working with persons with mental retardation, mental illness and/or substance abuse in a community setting and two years have included supervision of professional or direct service staff.

## *Community Services Specialist*

*Job Code: T1000*                                                    **Pay Range: 57**

### Definition:

This is an entry level professional position responsible for delivery of a variety of community services to individuals diagnosed with mental retardation, mental illness, and/or substance abuse, their families, and community agencies.

Employees in this class are responsible for providing case management services, resource development, training services, screening and assessment and records management. Employees will serve as liaison between the community and the facilities and have direct contact with consumers, families, and staff. Employee receives guidance and supervision from a designated professional within the office and quality of work is determined through observation, records and conferences.

### Examples of Work Performed: (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Monitors client's environments
- Makes requests for funds, goods, and services
- Writes and reviews documents and reports regarding client progress
- Completes needs assessments
- Monitors services and/or ensures individual's needs are being met with frequent visits to school/work/home
- Participates in interdisciplinary team process
- Ensure effective and timely communication with families.

### Knowledge, Skills and Abilities:

- Ability to communicate effectively, both orally and in writing.
- Ability to organize, plan and implement work in an independent manner.
- Knowledge of community service agencies in relation to mental retardation.
- Ability to establish and maintain positive relationships with clients, families, agency representatives and the general public.
- Ability to provide guidance and support to clients and families.
- Knowledge of human behaviors that is characteristic of the mentally retarded.
- Ability to effectively intervene in crisis situations.

Community Services Specialist
Page 2

## **Qualifications:**

Bachelor's degree in Social Work, Psychology, or other human service field.

ADMH_06-03-00042

## *Community Services Specialist Senior*

**Job Code: T2000**                                    **Pay Range: 69**

**Definition:**

     This is a responsible, professional position delivering a variety of community services to mentally retarded individuals, families, and community agencies. Employees in this class are responsible for providing case management services, resource development, training services, screening and assessment, records management, as well as providing consultation and technical assistance. Employees will serve as liaison between the community and the facilities. Employee may serve as QMRP. Supervision may be received from the Director or from another designated supervisor within the office.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Assists with placements of individuals in community programs to assure quality and choice
- Provides follow-along/transitional services for individuals out placed from developmental center
- Facilitates Person Centered Planning meetings on an as needed basis
- Monitors community day and residential services as assigned by director and provides written feedback to provider to include findings and or recommendations
- Acts as liaison between RCS and community providers related to IPMS issues
- Reviews all incidences reported to RCS thru IPMS and provides necessary follow-up
- Conducts community investigations as needed and provides written reports of findings and recommendations

**Knowledge, Skills and Abilities:**

- Ability to communicate effectively, both orally and in writing.
- Ability to organize, plan and implement work in an independent manner.
- Knowledge of community service agencies in relation to the mentally retarded.
- Ability to establish and maintain positive relationships with clients, families, and agency representatives and the general public.

ADMH_06-03-00043

Community Services Specialist Senior
Page 2

- Ability to provide guidance and support to clients, families and community providers.
- Knowledge of human behaviors and clinical dynamics of the mentally retarded as well as persons with developmental disabilities
- Ability to effectively intervene in crisis situations.
- Ability to provide training and technical assistance to service providers
- Ability to understand and interpret standards, policies, and regulations

## Qualifications:

Master's degree in Social Work, Psychology, or another human service field; or Bachelor's degree in one of the above mentioned fields, plus considerable experience (48 months or more) in a human service field or experience (24 months or more) working specifically with persons with mental retardation.

ADMH_06-03-00044

## *Chief Dentist*

*Job Code: E2000*                                          *Pay Range: 87*

**Definition:**

   This is a responsible administrative and professional dental work in directing the dental health program of a large state mental health facility.

   An employee in this class is responsible for the administration, supervision, and coordination of the dental health program of the facility as well as providing clinical services or residents/patients.   Work involves developing policies, guidelines and administrative procedures to be used in the dental health program.   Work is performed with considerable latitude and professional discretion, and is reviewed by a professional or administrative supervisor through periodic and special reports and conferences.

**Qualifications:**

Graduation from a Dental College.   Extensive supervisory experience (72 months or more) in clinical dentistry, preferably in a mental health setting.

**Necessary Special Requirements:**

   Possession of a license to practice dentistry as issued by the Alabama State Board of Dental Examiners.

## *Dentist*

**Job Code: E1000**                                          **Pay Range: 86**

### Definition:

This is professional dental work in a state mental health facility.

An employee in this class performs professional dental duties in the care and treatment of residents/patients of a state mental health facility under the general supervision of a professional supervisor. The employee relies on his professional knowledge to plan and carry out dental health services.

### Qualifications:

Graduation from a Dental College.

### Necessary Special Requirements:

Possession of a license to practice dentistry as issued by the Alabama State Board of Dental Examiners.

ADMH_06-03-00046

*Accounting Assistant*

*Job Code: K1000*                                              *Range: 57*

**Definition:**

     This is responsible clerical accounting work in the maintenance of fiscal records.

     An employee in this class performs work involving the application of basic accounting principles to the maintenance of fiscal records and preparation of reports. Supervision may be exercised over subordinate employees engaged in a variety of clerical accounting functions. An employee works with considerable independence in the more technical aspects of the work but receives instructions and confers with an administrative supervisor on matters such as policy and deviations from established procedures.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Creates and maintains fiscal records
- Receives and disseminates various reports and printouts
- Maintain requisitions and verify codes
- Correspond with various vendors
- Receive and sort mail
- Reconcile purchase requisitions and purchase orders
- Copy and reproduce contracts and files
- Maintain invoices

**Knowledge, Skills, and Abilities:**

- Knowledge of basic Accounting principles
- Knowledge of billing practices and generating payment vouchers
- Ability to operate general office equipment
- Ability to reconcile purchase requisitions
- Ability to prepare, create, and disseminate data
- Ability to work under pressure and meet strict deadlines
- Ability to multi-task functions
- Ability to communicate effectively both orally and in writing

**Qualifications:**

     High school diploma or GED equivalency, plus **some (12 months or more)** responsible clerical accounting work experience.

## *Accounting Coordinator*

**Job Code: K4000**                                    *Range: 78*

### Definition:

This is highly responsible administrative and fiscal management work in directing the accounting and budgetary activities of a small or moderate size mental health facility.

The employee in this class is responsible for planning, directing, and coordinating all budgetary, fiscal, and accounting activities of the facility. Work involves responsibility for budgeting, dispersing, and accounting for funds allocated to the facility. Work may involve supervisory responsibilities over support services. Work includes rendering of regular and special reports on appropriations and encumbrances. Supervision is exercised over a large staff of professional accounting and clerical employees engaged in accounting, machine tabulation, and related clerical work. All work is subject to policies and procedures prescribed by federal and state agencies and is subject to review by them by examination of work results for conformance. The employee is immediately responsible to an administrative supervisor of the Director, who issues directives within the limitations of established policy and periodically reviews work results.

### Qualifications:

Bachelor's Degree in business administration, finance, accounting or a related field.   Responsible experience (24 months or more) in business or public management.

## *Accounting Manager*

**Job Code: K5000**                                        **Range: 82**

### Definition:

 This is highly responsible administrative and fiscal management work in directing the accounting and budgetary activities of a large mental health facility.

 The employee in this class is responsible for planning, directing, and coordinating all budgetary, fiscal, and accounting activities of the facility. Work involves responsibility for budgeting, dispersing, and accounting for funds allocated to the facility. Work may involve supervisory responsibilities over support services. Work includes rendering of regular and special reports on appropriations and encumbrances. Supervision is exercised over a large staff of professional accounting and clerical employees engaged in accounting, machine tabulation, and related clerical work. All work is subject to policies and procedures prescribed by federal and state agencies and is subject to review by them by examination of work results for conformance. The employee is immediately responsible to an administrative supervisor or the Director, who issues directives within the limitations of established policy and periodically reviews work results.

### Qualifications:

Bachelor's degree in business administration, finance, accounting or other related field. Considerable responsible experience (48 months or more) in business or public management, including supervisory or administrative experience (24 months or more).

## *Accounting Technician*

**Job Code: K2000**                                        **Range: 67**

**Definition:**

This is advanced clerical accounting work in the maintenance of fiscal records.

An employee in this class performs work involving the application of advanced accounting principles to the maintenance of fiscal records and preparation of reports. Supervision may be exercised over subordinate employees engaged in a variety of clerical accounting functions. An employee works with considerable independence in the more technical aspects of the work but receives instructions and confers with an administrative supervisor on matters such as policy and deviations from established procedures.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Creates and maintains fiscal records
- Receives and disseminates various reports and printouts
- Maintain requisitions and verify codes
- Correspond with various vendors
- Receive and sort mail
- Reconcile purchase requisitions and purchase orders
- Copy and reproduce contracts and files
- Maintain invoices

**Knowledge, Skills, and Abilities:**

- Knowledge of Accounting principles
- Knowledge of billing practices and generating payment vouchers
- Knowledge of computer programs and various software
- Ability to operate general office equipment
- Ability to reconcile purchase requisitions
- Ability to prepare, create, and disseminate data
- Ability to work under pressure and meet strict deadlines
- Ability to multi-task functions
- Ability to make arithmetic calculations with reasonable speed and accuracy
- Ability to establish priorities and coordinate work activities of others
- Ability to communicate effectively both orally and in writing

Accounting Technician
Page 2

## Qualifications:

High school diploma or GED equivalency, plus responsible clerical accounting experience (24 months or more).

ADMH_06-03-00051

## *Business Manager*

*Job Code: K5000*                                            **Range: 82**

### Definition:

    This is highly responsible administrative and fiscal management work in directing the accounting and budgetary activities of a large mental health facility.

    The employee in this class is responsible for planning, directing, and coordinating all budgetary, fiscal, and accounting activities of the facility. Work involves responsibility for budgeting, dispersing, and accounting for funds allocated to the facility. Work may involve supervisory responsibilities over support services. Work includes rendering of regular and special reports on appropriations and encumbrances. Supervision is exercised over a large staff of professional accounting and clerical employees engaged in accounting, machine tabulation, and related clerical work. All work is subject to policies and procedures prescribed by federal and state agencies and is subject to review by them by examination of work results for conformance. The employee is immediately responsible to an administrative supervisor or the Director, who issues directives within the limitations of established policy and periodically reviews work results.

### Qualifications:

Bachelor's degree in business administration, finance, accounting or other related field. Considerable responsible experience (48 months or more) in business or public management, including supervisory or administrative experience (24 months or more).

ADMH_06-03-00052

## *Chief Fiscal Officer*

**Job Code: K7000**                                          **Range: 86**

**Definition:**

    This is highly responsible administrative and fiscal management work in directing the accounting and budgetary activities for the department.

    The employee in this class is responsible for planning, directing, and coordinating all budgetary, fiscal, and accounting activities for the department. Work is characterized by the extensive variety and scope of fiscal problems. The employee provides frequent advice and recommendations to various high level officials of the Department on fiscal matters, rules and policies, and participates in the overall management process of the Department. Supervision is exercised over a large staff of professional accounting and clerical employees performing specialized assignments. Work is assigned with general instructions and objectives by an administrative supervisor who provides policy guidelines and who evaluates work for adherence to program goals and effectiveness of results.

**Qualifications:**

Master's degree in business administration, finance, accounting or other related field. Extensive experience (72 months or more) in business or public management, including considerable (48 months or more) supervisory experience in general accounting.

**Necessary Special Requirement:**
Certification as a public accountant or financial accountant.

ADMH_06-03-00053

## *Fiscal Director*

**Job Code: K6000**                                            *Range: 84*

**Definition:**

  This is highly responsible administrative and fiscal management work in directing the accounting and budgetary activities for the department.

  The employee in this class assists in planning, directing, and coordinating all budgetary, fiscal, and accounting activities for the department. Work is characterized by the considerable variety and scope of fiscal problems. The employee provides frequent advice and recommendations to various high level officials of the Department on fiscal matters, rules and policies. Supervision is exercised over a large staff of professional accounting and clerical employees performing specialized assignments. Work is assigned with general instructions and objectives by an administrative supervisor who provides policy guidelines and who evaluates work for adherence to program goals and effectiveness of results.

**Qualifications:**

Master's degree in business administration, finance, accounting or a related field. Considerable experience (48 months or more) in business or public management, including experience (24 months or more) supervisory experience in general accounting.

Or

Bachelor's degree in business administration, finance, accounting or a related field. Extensive experience (72 months or more) in business or public management, including considerable (48 months or more) supervisory experience in general accounting.

ADMH_06-03-00054

## *Treatment Coordinator*

**Job Code: O2000**                                    **Pay Range: 67**

**Definition:**

This is responsible professional programmatic work as a Qualified Mental Retardation Professional (QMRP) or Qualified Mental Health Professional (QMHP) at a state – operated facility.  The position may be assigned to a mental retardation/mental illness or substance abuse setting, consequently requiring some differences in job specifications. An employee in this class is responsible for ensuring the continuous delivery of appropriate services for individuals diagnosed with mental retardation, mental illness, and/or substance abuse. The employee in this position will develop, implement and evaluate individualized treatment program plans for individuals with mental retardation or mental illness.  Work is performed under the general supervision of a professional or administrative supervisor and is reviewed for conformance to accepted standards.

**Examples of Work Performed: (May or may not include all duties performed)**

- Develop/implement/monitor/evaluate individualize treatment programs/plans for individuals with mental retardation or mental illness in accordance with their needs/preferences and facility/external reviewing agency guidelines.
- Review assessments and reports to assure relevant service recipient information is available for review by interdisciplinary treatment teams.
- Conduct interdisciplinary team meetings and assure all pertinent agenda items are discussed.
- Develop functional schedules that assure active treatment is provided to service recipients.
- In-service/communicate/monitor staff to assure functional schedules, special considerations, and training programs are consistently implemented that meet the needs/preferences of individuals served.
- Assure client/patient information is accurate and complete.
- Write/complete documents necessary to the efficient operation of the assigned function and the appropriate care of assigned clients/patients
- Compile/maintain file information accurately.
- Interact with clients/patients in a manner that supports positive outcomes.
- Respond to emergency situations promptly to protect the safety of service recipients and staff.

ADMH_06-03-00055

Treatment Coordinator
Page 2

- Perform work to meet the assigned individuals' needs as well as to maintain compliance with certification or accreditation regulations

**Required Knowledge, Skills, and Abilities:**

- Knowledge of psychological principles and techniques.
- Ability to formulate/develop individualized treatment program plans
- Ability to verify relevant client information is ascertained/available for use.
- Ability to manage client/patient file information accurately.
- Ability to conduct interdisciplinary treatment/team meetings.
- Ability to develop client/patient programmatic schedules that meet their appropriate treatment needs.
- Ability to work effectively with other staff and outside support agencies.
- Ability to accurately complete records, forms, reports and other related client/patient documentation.
- Ability to interact effectively with clients/patients and their families.
- Knowledge of ability to respond effectively to incidents involving the wellbeing of clients/patients.
- Knowledge of applicable mental retardation or mental illness accreditation/certification standards.
- Ability/willingness to work after hours to promote facility initiatives and/or respond to emergencies; i.e. participate in certification surveys, monitor programs, crisis intervention, etc.
- Ability to communicate with others, both orally and in writing in an appropriate and professional manner

**Qualifications:**

Bachelor's degree in a human services field including but not limited to the following disciplines listed below:

Sociology, Speech Education, Rehabilitation, Counseling, Psychology, Speech Pathology, Audiology, Nursing, Physical or Occupational Therapy, as well as any related academic disciplines associated with the study of Human Behavior, Human Skill development or basic human care needs.

Must have some post graduate experience (12 months or more) working directly with persons diagnosed with mental retardation and/or developmental disabilities, mental illness, and/or substance abuse disorders.

## *Treatment Education Specialist*

**Job Code: O1000**                                                **Pay Range: 63**

### Definition:

This is responsible supervisory work in the therapeutic care, habilitation and rehabilitation of the mentally ill or mentally retarded.

An employee in this class is responsible for planning, assigning, scheduling, and directing the work of subordinates engaged in basic resident/patient care duties. Work involves responsibility for the overall operation of an assigned cottage or ward and the residents/patients therein. Supervision is exercised over a non-professional staff engaged in carrying out habilitative treatment programs. Work is performed under the general supervision of a professional or administrative supervisor, and is reviewed for conformance to accepted standards for program effectiveness.

### Qualifications:

Bachelor's degree in a human services field including but not limited to the following disciplines listed below:

Sociology, Speech Education, Rehabilitation, Counseling, Psychology, Speech Pathology, Audiology, Nursing, Physical or Occupational Therapy, as well as any related academic disciplines associated with the study of Human Behavior, Human Skill development or basic human care needs.

Or

Associates degree in a human services field including supervised clinical experience. Considerable experience (48 months or more) in a mental health setting.

Other directly related education/or job experience may be substituted for all or part of these basic requirements.

### *Treatment Services Director*

**Job Code: O4000**                                       **Pay Range: 75**

**Definition:**

This is responsible professional supervisory programmatic work at a state-operated facility. The position may be assigned to a mental retardation, mental illness, and/or substance abuse setting, consequently requiring some differences in job specifications. An employee in this class is responsible for ensuring the development and continuous delivery of appropriate treatment/program plan goals and objectives for individuals with mental retardation or mental illness. The employee may serve as a Qualified Mental Retardation Professional (QMRP)/Qualified Mental Health Professional (QMHP). Supervision is exercised over professional and non-professional employees in the implementation of individual treatment/habilitation plans. Work is performed under the general supervision of a professional or administrative supervisor and is reviewed for conformance to accepted standards.

**Examples of Work Performed: (May or may not include all duties performed)**

- Provide leadership and supervise the development and implementation of individualized treatment/habilitation programs for individuals with mental retardation or mental illness in accordance with their needs/preferences and facility/external reviewing agency guidelines.
- Review assessments and reports prepared by staff supervised to assure relevant service recipient information is available for review by interdisciplinary treatment teams.
- Attend and participate in interdisciplinary team meetings and assure all pertinent information is provided to team members for the development of appropriate goals and objectives for the individual.
- Obtain and ensure the availability of appropriate training/habilitation/other materials for the implementation of identified programs/services/needs
- In-service/communicate with/monitor staff assigned to assure functional schedules, special considerations, and training programs are consistently implemented that meet the needs/preferences of individuals served.
- Assure client/patient information provided by or to assigned staff is accurate and complete.
- Write/complete documents necessary to the efficient operation of the assigned function and the appropriate care of assigned clients/patients
- Interact with clients/patients in a manner that supports positive outcomes.

ADMH_06-03-00058

Treatment Services Director
Page 2

- Respond to emergency situations promptly to protect the safety of service recipients and staff.
- Perform supervisory functions for assigned staff such as completing performance appraisals, approving leave, taking applicable corrective and/or disciplinary action as required, etc.
- Ensure responsibilities and work performed by those supervised is in compliance with all applicable rules and regulations under which the facility operates, to include certification or accreditation regulations.

### Required Knowledge, Skills, and Abilities:

- Knowledge of psychological principles and techniques.
- Knowledge of current literature in the treatment/habilitation of individuals with mental retardation or mental illness.
- Ability to formulate/develop program/services that comply with individualized treatment plans.
- Ability to verify relevant client information is ascertained/available for use.
- Ability to manage client/patient file information accurately.
- Considerable knowledge of and ability to conduct interdisclinary treatment meetings.
- Ability to develop client/patient programmatic schedules that meet their appropriate treatment needs.
- Ability to work effectively with other staff and outside support agencies.
- Ability to accurately complete records, forms, reports and other related client/patient documentation.
- Ability to interact effectively with clients/patients and their families.
- Knowledge of ability to respond effectively to incidents involving the wellbeing of clients/patients.
- Knowledge of applicable mental retardation or mental illness accreditation/certification standards.
- Ability/willingness to work after hours to promote facility initiatives and/or respond to emergencies; i.e. participate in certification surveys, monitor programs, crisis intervention, etc.
- Knowledge of personnel rules and regulations, departmental and facility policies and procedures
- Ability to communicate with others, both orally and in writing, in an appropriate and professional manner.

ADMH_06-03-00059

Treatment Services Director
Page 3

## **Qualifications:**

Master's degree in a human services field including but not limited to the
following disciplines listed below:

Sociology, Speech Education, Rehabilitation, Counseling, Psychology,
Speech Pathology, Audiology, Nursing, Physical or Occupational Therapy, as
well as any related academic disciplines associated with the study of Human
Behavior, Human Skill development or basic human care needs.

Must have considerable experience (48-months or more) *post graduate*
experience in providing related services to individuals diagnosed with mental
retardation and/or developmental disabilities, mental illness, and/or
substance abuse disorders.

### *Treatment Services Manager*

**Job Code: O3000**                                    **Pay Range: 72**

**Definition:**

This is responsible professional programmatic work as a Qualified Mental Retardation Professional (QMRP) or Qualified Mental Health Professional (QMHP) at a state -operated facility. The position may be assigned to a mental retardation, mental illness, and/or substance abuse setting, consequently requiring some differences in job specifications. An employee in this class is responsible for ensuring the continuous delivery of appropriate services for individuals diagnosed with mental retardation, mental illness, and/or substance abuse disorders. The employee in this position will develop, implement and evaluate individualized treatment plans/programs for individuals with mental retardation mental illness. Supervision may be exercised over professional and non-professional employees. Work is performed under the general supervision of a professional or administrative supervisor and is reviewed for conformance to accepted standards.

**Examples of Work Performed: (May or may not include all duties performed)**

- Develop/implement/monitor/evaluate individualize treatment programs/plans for individuals with mental retardation or mental illness in accordance with their needs/preferences and facility/external reviewing agency guidelines.
- Review assessments and reports to assure relevant service recipient information is available for review by interdisciplinary treatment teams.
- Conduct interdisciplinary team meetings and assure all pertinent agenda items are discussed.
- Develop functional schedules that assure active treatment is provided to service recipients.
- In-service/communicate/monitor staff to assure functional schedules, special considerations, and training programs are consistently implemented that meet the needs/preferences of individuals served.
- Assure client/patient information is accurate and complete.
- Write/complete documents necessary to the efficient operation of the assigned function and the appropriate care of assigned clients/patients
- Compile/maintain file information accurately.
- Interact with clients/patients in a manner that supports positive outcomes.
- Respond to emergency situations promptly to protect the safety of service recipients and staff.

Treatment Services Manager
Page 2

- Perform work to meet the assigned individual's needs as well as to maintain compliance with certification or accreditation regulations.

### Required Knowledge, Skills, and Abilities:

- Considerable knowledge of psychological principles and techniques.
- Knowledge of current literature in the treatment of individuals with mental retardation or mental illness.
- Ability to formulate/develop individualized treatment/program plans.
- Ability to verify relevant client information is ascertained/available for use.
- Ability to manage client/patient file information accurately.
- Considerable knowledge of and ability to conduct interdisclinary treatment team meetings.
- Ability to develop client/patient programmatic schedules that meet their appropriate treatment needs.
- Ability to work effectively with other staff and outside support agencies.
- Ability to accurately complete records, forms, reports and other related client/patient documentation.
- Ability to interact effectively with clients/patients and their families.
- Knowledge of ability to respond effectively to incidents involving the wellbeing of clients/patients.
- Knowledge of applicable mental retardation or mental illness accreditation/certification standards.
- Ability/willingness to work after hours to promote facility initiatives and/or respond to emergencies; i.e. participate in certification surveys, monitor programs, crisis intervention, etc.

### Qualifications:

Master's degree in a human services field including but not limited to the following disciplines listed below:

Sociology, Speech Education, Rehabilitation, Counseling, Psychology, Speech Pathology, Audiology, Nursing, Physical or Occupational Therapy, as well as any related academic disciplines associated with the study of Human Behavior, Human Skill development or basic human care needs.

Must have experience (24-months or more) *post graduate* in providing related services to individuals diagnosed with mental retardation and/or developmental disabilities/mental illness and/or substance abuse disorders.

### *Human Resource Assistant*

**Job Code: H1000**                                    **Pay Range: 61**

**Definition:**

     This is entry level technical work assisting a human resource manager of a mental health facility or the human resource manager at Central Office.

     Employees may provide technical assistance in various phases of human resource management. Work may also involve supervision of some clerical functions related to personnel work. As experience is gained, incumbents are assigned increasingly responsible duties. All work is subject to close review by a supervisor who assigns projects, issues preliminary instructions, and checks work closely both while in process and upon completion.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Prepares, reviews, corrects, and processes personnel forms for employee appointments, promotions, demotions, reclassifications, separations, terminations, transfers, retirements, and other informational changes
- Maintains records and reports of personnel transactions, employee files, classification specifications, leave and attendance, performance appraisals, and wage and salary information
- Enters and retrieves data from personnel/payroll system by using computer
- Prepares correspondence in connection with a variety of personnel requests, rules, regulations, and policies
- Provides technical assistance to human resource managers regarding various personnel related functions
- Answers questions and provides information to applicants seeking employment opportunities

**Knowledge, Skills, and Abilities:**

- Knowledge of computer and various Microsoft Office packages
- Knowledge of file maintenance and record keeping
- Knowledge of mathematics to include addition, subtraction, multiplication, division, and basic statistics
- Ability to prepare correspondence in connection with personnel requests

ADMH_06-03-00063

Human Resource Assistant
Page 2

- Ability to read and interpret state and federal rules, guidelines and departmental policies and procedures governing human resource management
- Ability to effectively communicate orally and in writing
- Ability to operate a variety of office equipment such as computer, copier, fax machine, typewriter, and telephone
- Ability to analyze situations and exercise good judgment in solving problems

**Qualifications:**

High school diploma or GED equivalency.  **Some experience** (12 months or more) in Human Resources or **considerable** (48 months or more) responsible clerical experience involving the processing of personnel transactions and records in a personnel office setting.  Other directly related education and/or work experience may be substituted for all or part of these basic requirements.

## *Human Resource Assistant Director*

*Job Code: H5500*                                                                   **Range: 80**

### Definition:

This is highly responsible professional personnel management work at the Central Office Division of Human Resources for the Department of Mental Health Retardation. An employee in this class is responsible for assisting in the day to day operation in planning, organizing, developing, coordinating, and implementing a comprehensive personnel management program. Supervision may be exercised over clerical and para-professional staff performing specialized assignments. Work is assigned with general guidelines and objectives by an Administrative Supervisor or the Director of Human Resources who provides policy guidelines and who evaluates work for adherence to program goals and effectiveness of results. An employee in this classification serves in the absence of the Director of Human Resources by providing assistance regarding personnel and administrative functions, and serves on various committees and task forces as assigned.

### Examples of Work Performed:

- Plans, organizes, develops, coordinates, and implements a comprehensive personnel management program.
- Coordinates efforts to include various personnel functions, such as recruitment, selection, job placement, position classification, employee training, performance appraisals, and affirmative action.
- Maintains on-going classification and pay information from governmental agencies and the private sector
- Consults with Director of Human Resources, other department heads, administrators, supervisors, and employees on rules, regulations, and provides recommendations concerning such matters as performance evaluations, promotions, demotions, transfers, and dismissals
- Conducts and/or attends staff meetings, state personnel meetings, or personnel officer meetings
- Gathers information and prepares budget for Central Office Personnel Division and monitors expenditures
- Coordinates various supervisory training for departmental Personnel Officers and make oral presentations as needed
- Supervises clerical and para-professional staff and conducts annual performance evaluations.

Human Resource Assistant Director
Page 2

### Knowledge, Skills, and Abilities:

- Thorough knowledge of Department of Mental Health and Mental Retardation rules and regulations.
- Thorough knowledge of classification, recruitment, selection, placement, employee training, and staff development.
- Knowledge of State personnel rules and policies governing public agencies
- Knowledge of principles and practices of public personnel administration, regarding applicable rules, regulations, policies
- Thorough knowledge of interviewing techniques
- Ability to advise and make recommendations regarding employment selection procedures
- Ability to conduct and coordinate meetings and chair committees
- Ability to research grants and funding sources
- Ability to interpret state and federal rules and regulations
- Ability to communicate and convey ideas in an effective manner both orally and in writing.
- Ability to gather, correlate, and analyze facts, and recommend solutions.
- Ability to meet and work effectively with supervisors, associates, department employees, job applicants, administrative officials, and the general public

### Qualifications:

Bachelor's degree in Human Resource/Personnel Management, Business Administration, Public Administration. **Extensive** experience (72 months or more) in human resource management, including **considerable** (48 months or more) in a supervisory capacity including experience (24 months or more) in human resources in state/federal government entities.

ADMH_06-03-00066

## *Human Resource Director*

*Job Code: H7000*                                        *Range: 85*

### Definition:

This is highly responsible professional personnel management of extensive scope and complexity. This position is located at the Central Office and is responsible for planning, organizing, developing, coordination, and implementing a comprehensive personnel management program not only affecting Central Office, but all facilities in the Department of Mental Health and Mental Retardation. Supervision is exercised over a professional and non-professional staff. Work is assigned with general instructions and objectives by an Associate Commissioner/Commissioner who provides policy guidelines and who evaluates work for adherence to program goals and effectiveness of results.

### Examples of Work Performed:

- Plans, organizes, develops, coordinates, and implements a comprehensive personnel management program.
- Coordinates efforts to include various personnel functions, such as recruitment, selection, job placement, position classification, employee training, performance appraisals, affirmative action, employee counseling, and payroll.
- Serves as a liaison between the Department and State Personnel Department in all transactions affecting employees. Makes investigations in regards to duties and responsibilities and their effect as applied to the assigned Department
- Represents the Department before the State Personnel Board; prepares and presents material to support classification and pay plan changes, exceptional pay increases for individual employees, and other proposed personnel actions
- Provides frequent advice and makes recommendations to facility director, department heads, administrators, and supervisors on personnel needs, rules, and policies
- Supervises professional and non-professional staff and conduct performance evaluations

### Knowledge, Skills, and Abilities:

- Extensive knowledge of State Personnel Board rules, policies, and procedures
- Knowledge of the rules, regulations, procedures, organizations, and programs of the department concerned

Human Resource Director
Page 2

- Knowledge of principles of public administration, including classification, recruitment, selection, placement, and employee training
- Knowledge of management principles and practices, and of the budgeting process
- Knowledge of interviewing and counseling techniques
- Knowledge of mathematics to include addition, subtraction, multiplication, division, percentages, and business statistics
- Ability to exercise independent judgment and discretion in developing, interpreting, and applying a variety of personnel policies and procedures
- Knowledge of Department of Mental Health and Mental Retardation rules and regulations.
- Knowledge of the principles and practices of public personnel administration, regarding applicable rules, regulations, policies, and State and Federal legislation.
- Ability to act as a mediator in resolving issues involving union negotiations
- Ability to communicate effectively, both orally and in writing.
- Ability to gather, correlate, and analyze facts, and recommend solutions.
- Ability to meet and work effectively with supervisors, associates, department employees, job applicants, administrative officials, and the public

## Qualifications:

Master's degree in Personnel/Human Resource Management, Business Administration, or Public Administration. Progressively **extensive experience** (72 months or more) in human resource management, including **considerable** (48 months or more) experience in a supervisory capacity in human resources in state/federal government entities.

Or

Bachelor's degree in Personnel/Human Resource Management, Business Administration, or Public Administration. Progressively responsible **experience** (96 months or more) in human resource management, including **extensive** (72 months or more) experience in a supervisory capacity in human resources in state/federal government entities.

## *Human Resource Manager*

**Job Code: H5000**                                          **Range: 79**

### Definition:

This is highly responsible professional personnel management work at a moderate-sized facility for the Department of Mental Health Retardation. An employee in this class is responsible for planning, organizing, developing, coordinating, and implementing a comprehensive personnel management program. Supervision may be exercised over professional and non-professional staff performing specialized assignments. Work is assigned with general guidelines and objectives by an Administrative Supervisor or the Director who provides policy guidelines and who evaluates work for adherence to program goals and effectiveness of results.

### Examples of Work Performed:

- Plans, organizes, develops, coordinates, and implements a comprehensive personnel management program.
- Coordinates efforts to include various personnel functions, such as recruitment, selection, job placement, position classification, employee training, performance appraisals, and affirmative action.
- Explains payroll deductions such as retirement benefits, credit union, fringe benefits, and other personnel matters in order to provide pertinent information to employees.
- Provides frequent advice and recommendations to the Director on personnel needs, rules, policies, and may participate in the management process of the facility.
- Supervises professional and non-professional staff and conducts performance evaluations.

### Knowledge, Skills, and Abilities:

- Thorough knowledge of Department of Mental Health and Mental Retardation rules and regulations.
- Thorough knowledge of classification, recruitment, selection, placement, employee training, and staff development.
- Knowledge of the principles and practices of public personnel administration, regarding applicable rules, regulations, policies, and State and Federal legislation.
- Ability to communicate effectively, both orally and in writing.

ADMH_06-03-00069

Human Resource Manager
Page 2

- Ability to gather, correlate, and analyze facts, and recommend solutions.
- Ability to meet and work effectively with supervisors, associates, department employees, job applicants, administrative officials, and the public

## **Qualifications:**

Bachelor's degree in Personnel/Human Resource Management, Business Administration, or Public Administration. Considerable experience (48 months or more) in professional human resource management. Must also have experience (24 months or more) in a supervisory capacity.

ADMH_06-03-00070

### *Human Resource Manager Senior*

**Job Code: H6000**                                                    **Range: 82**

**Definition:**

This is highly responsible professional personnel management work in directing a large facility for the Department of Mental Health Retardation. An employee in this class is responsible for planning, organizing, developing, coordinating, and implementing a comprehensive personnel management program. Supervision is exercised over a professional and non-professional staff. Work is assigned with general instructions and objectives by an Administrative Supervisor who provides policy guidelines and who evaluates work for adherence to program goals and effectiveness of results.

**Examples of Work Performed:**

- Plans, organizes, develops, coordinates, and implements a comprehensive personnel management program.
- Coordinates efforts to include various personnel functions, such as recruitment, selection, job placement, position classification, employee training, performance appraisals, affirmative action, employee counseling, and payroll.
- Explains payroll deductions such as retirement benefits, credit union, fringe benefits, and other personnel matters in order to provide pertinent information to employees.
- Provides frequent advice and recommendations to the facility director, department heads, administrators, and supervisors on personnel needs, rules, policies, and may participate in the management process of a large facility.
- Supervises professional and non-professional staff and conducts performance evaluations.

**Knowledge, Skills, and Abilities:**

- Thorough knowledge of Department of Mental Health and Mental Retardation rules and regulations.
- Thorough knowledge of classification, recruitment, selection, placement, employee training, and staff development.
- Knowledge of the principles and practices of public personnel administration, regarding applicable rules, regulations, policies, and State and Federal legislation.

ADMH_06-03-00071

Human Resource Manager Senior
Page 2

- Ability to communicate effectively, both orally and in writing.
- Ability to gather, correlate, and analyze facts, and recommend solutions.
- Ability to meet and work effectively with supervisors, associates, department employees, job applicants, administrative officials, and the public

## **Qualifications:**

Bachelor's degree in Personnel/Human Resource Management, Business Administration, or Public Administration. **Extensive** (72 months or more) responsible experience in professional human resource management. Must also have **considerable** (48 months or more) in a supervisory capacity.

### *Human Resource Specialist*

**Job Code: H2000**                                    **Pay Range: 68**

**Definition:**

    This is moderately difficult administrative work assisting in the direction of human resource management activities for a mental health facility or at Central Office.

    Employees in this class assist in the direction of a human resource program of extensive size, scope, and complexity. Employees perform such responsible personnel activities as recruitment, selection and placement, and classification and pay, requiring close adherence to rules and regulations of the State Personnel Board and to special federal and state laws and regulations. Supervision may be exercised over subordinate personnel assistants and clerical staff engaged in processing and handling a variety of personnel transactions. Employees work with relative independence making decisions on routine matters, but problems encountered or more difficult work are referred to the immediate supervisor or Human Resource Director who makes assignments, and evaluates work through conferences and reviews of completed tasks.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Assist in the coordination of activities involving recruitment, selection, placement, classification and pay, personnel transactions, certifications, and new employee processing
- Enters and retrieves data from personnel/payroll system
- Maintains and/or supervises the maintenance of departmental personnel records, files, performance evaluation reports, longevity reports, or certifications
- Provides advice and interpretation of State Personnel Board Rules, and departmental rules and regulations
- Initiates correspondence with applicants, employees, and others seeking employment
- Announces vacancies and determines if experience and education indicated on applications meets minimum qualification
- Schedules and conducts interviews of candidates
- Provides technical assistance to supervisor or HR manager(s) regarding filling various exempt and/or merit system positions

Human Resource Specialist
Page 2

## Knowledge, Skills, and Abilities:

- Knowledge of Federal and State Laws, rules, and regulations pertaining to human resource management
- Knowledge of State Personnel policies and procedures
- Knowledge of employment selection devices such as structured interviews and written tests
- Knowledge of federal rules and regulations as they relate to classification, recruitment, selection, and placement
- Knowledge of interviewing techniques
- Knowledge of computers and various software packages
- Ability to read, interpret, and apply a variety of policies, procedures, and regulations
- Ability to gather, correlate, and analyze facts and recommend solutions
- Ability to effectively communicate orally and in writing
- Ability to meet and work effectively with supervisors, associates, departmental employees, job applicants, officials, and the general public
- Ability to work independently
- Ability to analyze situations and exercise good judgment in solving problems

## Qualifications:

Associates Degree.   Must have **experience** (24 months or more) performing technical work in the area of human resources.   Other directly related education and/or work experience may be substituted for all or part of these basic requirements.

### *Human Resource Specialist Senior*

***Job Code: H3000***                                    ***Pay Range: 75***

**Definition:**

    This is specialized administrative work assisting in the direction of human resource management activities for a mental health facility or at the Central Personnel Office.

    Employees in this class assist in the direction of a human resource management program of extensive size, scope and complexity. Employees perform such responsible human resource management activities such as recruitment, selection, placement, and classification and pay, requiring close adherence to rules and regulations of the State Personnel Board and to special federal and state laws and regulations. Other employees participate in assigned phases of personnel work in the Central Personnel Office of the Department. Supervision is exercised over subordinate personnel assistants and/or clerical staff engaged in processing and handling a variety of personnel transactions. Employees work with relative independence making decisions on routine matters, but problems encountered or more difficult work are referred to the immediate supervisor or HR Director who makes assignments, and evaluates work through conferences and reviews of completed tasks.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Supervises and coordinates recruitment, selection, and placement of personnel
- Supervises and coordinates the processing of various personnel actions to include appointments, demotions, promotions, reclassifications, retirements, transfers, reallocations, and pre-disciplinary hearings
- Provide technical assistance to department heads/facility directors, associate commissioners, the commissioner and/or HR director regarding various HR related matters
- Announces vacancies and determines if experience and education indicated on applicants meets minimum qualifications
- Confers with supervisors, managers, and other professionals in developing policies, programs, and procedures for effective coordination of HR services
- Schedules and conducts interviews of candidates

Human Resource Specialist Senior
Page 2

- Confers with state personnel, other agencies within or out of state regarding activities as they relate to HR
- Represent HR and serve on various committees as assigned

**Knowledge, Skills, and Abilities:**

- Knowledge of Federal and state Laws, rules, and regulations pertaining to human resource management
- Knowledge of State Personnel policies, rules, and regulations
- Knowledge of Federal rules and guidelines relating to recruitment, selection, and placement
- Knowledge of interviewing and counseling techniques
- Ability to plan, organize, direct, and evaluate the work of others
- Ability to read and interpret various federal and state guidelines and regulations
- Ability to communicate effectively both orally and in writing
- Ability to oversee, supervise, and/or coordinate various HR activities and functions
- Ability to work independently
- Ability to gather, correlate, and analyze facts and recommend solutions
- Ability to meet, interact, and effectively work with supervisors, associates, division heads, employees, state and local officials, and the general public

**Qualifications:**

Bachelor's degree in human resource management, business administration, public administration or a related field. Must have considerable (48 months or more) human resources experience. Must also have some experience (12 months or more) in a supervisory capacity.

ADMH_06-03-00076

## Manager of Employee Relations

**Job Code: H6500**                                        **Range: 84**

### Definition:

This is highly responsible administrative work in developing, recommending, and implementing policies and procedures relating to employee relations activities for the Alabama Department of Mental Health and Mental Retardation.

An employee in this classification works to resolve employee grievances and complaints where initial supervisory process has not been successful; coordinates the department's mediation program by serving as a member of the management negotiation team; advises management on proper interpretation and application of union contracts, and assists with the coordination of Equal Employment Opportunity (EEO) goals designed to encourage diversity within the workforce. Supervision may be exercised over clerical, technical, and/or professional staff in performing these activities. An employee in this classification reports to the Associate Commissioner for Administration, who evaluates work for adherence to program goals and effectiveness of results. Employee will maintain clear lines of communications with Associate Commissioners and their respective facility personnel.

### Examples of Work Performed:

- Plans, organizes, develops, coordinates, and implements departmental alternative dispute resolution program, including its mediation program.
- Investigates grievances and complaints to determine if violations have occurred and prepares and maintains documented investigation reports in support of all findings.
- Makes recommendations for alternative resolution of disputes.
- Coordinates the training and assignment of mediators to resolve disputes.
- Consults with employee groups, labor unions, and individual employees in order to resolve complaints/disputes/grievances at the lowest level.
- Gathers, analyses and reports relevant statistical information concerning trends in incidents and complaints and coordinates/conducts education and training for the prevention and reduction of unnecessary disputes and the resolution of complaints.
- Evaluates DMH/MR employment and promotional procedures for EEO compliance and recommends policies and procedures to eliminate inappropriate barriers.
- Consults with and advises the Commissioner, Chief of Staff, Associate Commissioners, Department heads, administrators, and supervisors, regarding alternative dispute resolutions.
- Supervises clerical, professional, and paraprofessional staff and conducts annual performance evaluations.

ADMH_06-03-00077

Manager of Employee Relations
Page 2

## Knowledge, Skills, and Abilities:

- Knowledge of Department of Mental Health and Mental Retardation rules and regulations.
- Knowledge of State and Federal personnel rules and policies governing public agencies.
- Knowledge of principles and practices of conflict resolution and management.
- Thorough knowledge of investigative (including documentation and written reporting), interviewing and counseling techniques.
- Ability to manage an alternative dispute resolution program.
- Ability to mediate disputes and identify acceptable alternative solutions.
- Ability to interpret state and federal rules and regulations.
- Ability to maintain confidentiality of sensitive information.
- Ability to communicate and convey ideas and support conclusions and recommendations in an effective manner both orally and in writing.
- Ability to investigate and analyze factual information, document and report findings and recommend alternative solutions.
- Ability to meet and work effectively with departmental officials, employees, administrative officials, labor union, employee groups, and the general public.

## Qualifications:

Bachelor's degree in Human Resource Management/Personnel Management, Business Administration, Public Administration, the Social Sciences or Human Services field.  Extensive experience (72 months or more) in professional personnel management, including conducting employee mediation activities and investigations of harassment/discrimination allegations.  Must also have experience (24 months or more) in a supervisory capacity.

### *Applications Programmer*
### *(Redlined)*

*Job Code: D5000*                                    *Range: 72*

**Definition:**

    This is professional work in systems design, analysis, and the preparation of programs for electronic computers that involve complex multi-facility networks.

    Employees in this class perform responsible technical work providing assistance in data communications, operational systems support, or database management. Duties require considerable technical competence and are above average in difficulty. Employees in this class work under general supervision in performing the detail work functions required, and a higher level employee reviews work for achievement of desired results.

**Examples of Work Performed**: (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Participates in the design, development, and implementation of computer applications, confers with programmers, application users, operations center management, and operating personnel on program specifications.
- Works with user, supervisory, and administrative personnel to secure approval and facilitate understanding of all phases of the automation process.
- Makes flow diagrams of application logic; writes new programs, and makes changes to existing programs of all levels within area of applications programming; tests programs, analyzes results, and corrects errors; documents programs and procedures.
- Participates in analyzing procedures and requirements of new and modified applications; informs users about new programs and program changes.
- May interact with multiple sites and application users to accomplish assigned tasks.
- May work as liaison between operations center and an affiliated facility.
- Performs related work as assigned.

**Knowledge, Skills, and Abilities:**

- Considerable knowledge of principles and practices of system research and development.
- Considerable knowledge of the operations and capabilities of modern data processing equipment.

Applications Programmer
Page 2

- Considerable knowledge of the principles and practices of computer programming.
- Considerable knowledge of the principles and practices of analyzing and documenting various work systems and processes.
- Knowledge of appropriate operating system language.

**Qualifications:**

Graduation from an accredited four-year college or university with a degree in Computer Science, Information Technology, or a related field. **Experience** (24 months or more) in digital computer programming.

## *Helpdesk Technician*

**Job Code: D1500**                                        **Range: 52**

### Definition:

    This is advanced and skilled work in the operation of data entry and computer equipment. Employees in this class operate data recording machines, keyboard display terminals, central processing unit and peripheral equipment (tape, disk, printers and consoles). Work involves data communication test and control, batch job submission and control, preparing equipment for operations; obtaining, loading, and unloading appropriate magnetic tapes, paper and mass storage components: keeping required records: performing routine maintenance on all equipment: scheduling of data entry and computer systems. Performs routine technical duties in operating a variety of input, output, and external storage devices, which are part of an electronic computer system. Work is performed under the supervision of a technical or administrative supervisor.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Prepares data for a computer run while other jobs are being run.
- Observes and controls the course of jobs being run on the computer system.
- Operates a computer system by disk packs, mounting magnetic tapes, and printer forms.
- May assist in the orientation of lower level technicians.
- Displays and enters data into computers through terminals.
- Verifies the correctness of processed data.
- Enters data according to an established format.
- Verifies keyed data to determine accuracy following established procedures.
- Checks, edits, and balances production work as required.
- Performs related work as assigned.

**Knowledge, Skills, and Abilities:**

- Knowledge of the operation and care of data entry, digital computer and its peripheral equipment.
- Knowledge of the principles and methods used in obtaining maximum utilization of computer equipment.
- Working knowledge of the capabilities of the general purpose digital computer and its peripheral equipment.
- Ability to operate keyboard data entry equipment accurately and rapidly.

Helpdesk Technician
Page 2

- Ability to understand and follow oral and written instructions.
- Ability to establish and maintain effective working relationships with associates and supervisors.
- Ability to perform operational tasks with very low error rate.

**Qualifications:**

High school diploma or GED equivalency.  Some experience (12 months or more) supporting computer applications and providing technical assistance.

## *Information Technology Assistant Director*

**Job Code: D7500**                                              **Range: 83**

**Definition:**

     This is highly responsible professional and administrative work assisting in the management of departmental level data processing functions of an exceptionally complex nature.

     An employee in this class is responsible for coordinating and directing all activities within the assigned area of responsibility. Duties include managing and/or conducting Functional Requirements analysis, developing functional Descriptions, developing General Systems Specification, systems Specifications as well as equipment evaluations and recommendations. Work also includes quality control, system maintenance, documentation, and filing. Supervision is exercised over a large staff of administrative, technical, operating, and clerical employees assigned to the area. Administers data security as authorized. Works as liaison between Central Office and facilities. Work is performed under the direction of the Data Management Bureau Director and is reviewed for the achievement of desired results.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Provides administrative and functional direction for the assigned projects.
- Develops and implements plans and procedures for assigned projects to provide adequate and efficient project management.
- Analyzes resource utilization and initiates programs for improvement.
- Coordinates application systems conversions for standard departmental application systems.
- Formulates budgetary requirements for the assigned projects and assists facilities in formulating budgetary requirements.
- Advises and assists programmer/analysts in development of systems to User specifications.
- Evaluates training requirements for project personnel and schedules necessary training to insure that personnel are adequately trained to perform their assigned tasks.
- Schedule and conduct meetings with functional users and user committees to identify and document functional requirements for automated information systems.

Information Technology Assistant Director
Page 2

- Conduct formal system requirements reviews with functional user representatives and departmental management to assure system requirements are accurately documented as a prerequisite to detail design and development.
- Development and present project status reports to management review groups as needed.
- Provides system users with specifications for system use, monitors compliance with specifications, and notifies appropriate personnel in event of noncompliance.
- Determines project staffing requirements; establishes work schedules; assigns, schedules, and reviews work.
- Performs interviews, recommends appointments, conducts performance reviews and other staff related functions as required.
- May serve as project manager for special departmental level data processing projects that are unusually complex.
- May serve as application systems manager for multiple standard departmental application systems.
- Performs related work as required.

**Knowledge, Skills, and Abilities:**

- Considerable knowledge of management principles and practices.
- Thorough knowledge of the principles and techniques of systems analysis, including requirements analysis and documentation methods.
- Thorough knowledge of the concepts, characteristics, and capabilities of data processing equipment and systems.
- Thorough knowledge of office procedures, practices, and methods including the proper workflow in an application system.
- Ability to communicate effectively, both orally and in writing.
- Ability to plan, organize, and supervise the work of a large group of subordinates.
- Ability to deal with people and situations.
- Ability to make decisions in a crisis situation
- Ability to establish and maintain effective working relationships with subordinates, associates, programmer analysts, users of data processing services, superiors, and manufacturing representatives.
- Ability to apply data processing techniques to solve information problems.

**Qualifications:**

Bachelor's degree in Computer Science, Information Management, or a related field. Extensive experience (72 months or more) in project management, developing policies and procedures, managing an IT group or function, preparing budgets, strategic IT planning and/or contract or vendor

ADMH_06-03-00084

Information Technology Assistant Director
Page 3

negotiations and considerable (48 months or more) experience in a supervisory capacity.

ADMH_06-03-00085

# *Information Technology Departmental Director*

**Job Code: D8000**                                                                 **Range: 85**

**Definition:**

    This is highly responsible professional and administrative work in directing the department's standard data processing programs in a distributed network environment.

    An employee in this class is responsible for directing the design, installation, and maintenance of a variety of highly complex and specialized systems, which have been adapted to automatic data processing methods. Work is characterized by the complexity, variety, and number of specialized computer applications required that have broad common applicability across all departmental functions. Work includes resolving all technical utilization and priority problems, and conferring with top departmental officials served to insure the workability or continued efficient operation of ongoing systems. Supervision is exercised over a large technical and professional staff consisting of analysts, programmers, and operators, and a variety of support personnel. Work is assigned in the form of broad guidelines by the associate commissioner(s) and is reviewed for overall effectiveness and attainment of objectives by department's top management.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Plans, controls, and coordinates departmental data processing activities in such manner to insure the most economical use of assigned departmental resources.
- Advises departmental management regarding the state's master plan for data processing activities.
- Provides support, as necessary, for the establishment and administration of operations centers deemed necessary to best serve the data processing support for the department.
- Provides for the controlled distribution and shared use of equipment and services deemed necessary to obtain the required level of data processing support for the department.
- Monitors the data processing activities of all departmental operations centers making recommendations to management for changes as needed.
- Provides systems design and programming services to all departmental facilities with respect to standard departmental systems.

Information Technology Departmental Director
Page 2

- Selects and procures by purchase, or by lease, through review and approval by the Data Systems Management Division, any and all data processing systems and associated software deemed necessary to best serve the data processing needs of the department.
- Conducts data processing studies as deemed necessary and enters into contracts with other agencies, organizations, corporations, or individuals to make such studies as are deemed necessary.
- Prepares contract specifications for equipment and services.
- Recommends rules and regulations deemed necessary to carry out required duties and responsibilities.
- Performs related work as required.

## Knowledge, Skills, and Abilities:

- Extensive knowledge of modern management principles and techniques.
- Extensive knowledge of modern systems analysis principles and techniques.
- Extensive knowledge of the concepts, characteristics, and capabilities of large-scale data processing equipment and operating systems.
- Thorough knowledge of the principles and practices supervision.
- Ability to plan, direct, and evaluate the components of a complex network.
- Ability to communicate effectively, orally, and in writing.
- Ability to relate management objectives to a computer system.
- Ability to plan, organize, coordinate, and direct a staff of professional, technical, and clerical personnel.
- Ability to establish and maintain effective working relationships with subordinates and associates; and with a wide range of executive, departmental, and public representatives.

## Qualifications:

Bachelor's degree in Computer Science, Business Administration, Mathematics, Industrial Engineering, or a related field. Extensive responsible information technology experience (72 months or more) in project management, developing policies and procedures, managing an IT group or function, preparing budgets, strategic IT planning and/or contract or vendor negotiations including considerable (48 months or more) managerial experience directing an information technology unit.

# Information Technology Director

**Job Code: D9500**                                                    **Range: 79**

## Definition:

This is responsible work in coordinating the information systems activities at an Agency's remote facility/site/office or assisting in coordinating the information systems activities at a large remote facility/site/office. Employees in this class provide technical assistance and support to site manager and their staffs and to users of terminals, microcomputers and printers, which access State Data Center mainframe applications. Work includes the provision of liaison with the Agency's central Information Systems office; the State Data Center, Data Systems Management Division (DSMD), Alabama Department of Finance; users; and vendors.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Provide trouble resolution services to remote site application system users to include ISD data center logon and logoff assistance; application systems screen navigation assistance; and identifying, documenting, and reporting hardware, telecommunication, and software problems to the proper office(s).
- Provide report writer services and assistance using products such as the CA Easytrieve Plus Access, and Crystal Reports to produce customized reports from standard Agency databases for the remote site management.
- Manage/coordinate projects such as the installation of new hardware, software, peripheral devices, or telecommunications.
- Install and initialize hardware such as terminals, microcomputers, and printers including development of configurations.
- Implement standard State and Agency systems at the remote site.
- Test new and upgraded software, hardware, peripheral devices, telecommunications circuits, and drops, and other equipment involved in remote Information Systems service.
- Train users of terminals, microcomputers, and printers, which access applications on the State Data Center mainframe in the proper use of information systems equipment and software.
- Identify, report, and assist in resolving system and user problems to reduce or eliminate down time on application systems and hardware.
- Monitor system performance such as response time, disk space availability and down time and report performance to the proper authority.

Information Technology Director
Page 2

- Maintain technical proficiency in the general knowledge of information systems hardware and software as related to the standards established by the State of Alabama.
- Compose reports such as activity, status; establish user procedures and develop written documentation of these procedures with complete clarity and understanding.
- Perform administrative duties such as attending, planning of staff meetings, writing operating policies, maintaining inventories of purchased, leased, or rented equipment and coordinating with vendors.
- Supervise employees such as assigning tasks, providing guidance for completion and evaluating results; conducting performance appraisal; counseling; selecting; and invoking positive discipline actions.

## Knowledge, Skills, and Abilities:

- Knowledge of hardware such as terminals, modems, printers, microcomputers, controllers, input-output devices and communications processors to include the relationship between hardware and software as needed for configurations, installation, testing and diagnostics, to resolve problems and to train users.
- Knowledge of software and network communications as needed for configuration, installation, testing and diagnostics, to resolve problems and to train users.
- Knowledge of system operation and configuration such as the interrelationships and capabilities of hardware, software, and peripheral devices and telecommunications as needed to ensure uninterrupted access to the State Data Center.
- Knowledge of ISD's operating procedures, and State/Agency standard application systems' operating procedures as required to provide assistance and support to application systems users.
- Knowledge of report writing utilities as required to access standard Agency and/or State databases, select specified data elements, sort into desired sequence, perform moderately complex computations, and format hardcopy reports.
- Knowledge of network communications such as controllers, lines, modems, and configurations as needed to either resolve the problem or report the problem to the proper authority or vendor for final resolution; track the problem to assure resolution; coordinate with local vendors; and train users.
- Knowledge of Agency standards for microcomputer software as needed for configuration, installation, testing, user assistance and liaison with ISD.
- Knowledge of the principles of supervision as needed to direct actions of subordinate employees.

Information Technology Director
Page 3

- Knowledge of the Rules of the State Personnel Board such as selection, absences and conditions of employment as needed to supervise subordinate employees.
- Ability to read and interpret technical materials such as technical manuals, installation guides, and diagnostics as needed to install hardware, software and peripheral devices, resolve problems and train users.
- Ability to organize and establish priorities as needed to schedule tasks, meet deadlines and use resources efficiently.
- Ability to communicate verbally as needed to accurately explain/describe problems to proper authorities, conduct training for users, inform site manager and the staff of information systems activities, exchange information with the ISD, and to obtain information from vendors.
- Ability to communicate in writing as needed to prepare reports, explain problems and resolution, conduct training for users, inform facility director and the staff of information systems activities, exchange information with other employees of the Agency, and to obtain information from vendors.

**Qualifications:**

Bachelor's degree in Computer Science, Business Administration or a closely related field.   Extensive experience (72 months or more) in managing information systems operations.

ADMH_06-03-00090

## *Information Technology Director*

**Job Code: D9500**                                                    *Range: 79*

**Definition:**

    This is responsible work in coordinating the information systems activities at an Agency's remote facility/site/office or assisting in coordinating the information systems activities at a large remote facility/site/office. Employees in this class provide technical assistance and support to site manager and their staffs and to users of terminals, microcomputers and printers, which access State Data Center mainframe applications. Work includes the provision of liaison with the Agency's central Information Systems office; the State Data Center, Data Systems Management Division (DSMD), Alabama Department of Finance; users; and vendors.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Provide trouble resolution services to remote site application system users to include ISD data center logon and logoff assistance; application systems screen navigation assistance; and identifying, documenting, and reporting hardware, telecommunication, and software problems to the proper office(s).
- Provide report writer services and assistance using products such as the CA Easytrieve Plus Access, and Crystal Reports to produce customized reports from standard Agency databases for the remote site management.
- Manage/coordinate projects such as the installation of new hardware, software, peripheral devices, or telecommunications.
- Install and initialize hardware such as terminals, microcomputers, and printers including development of configurations.
- Implement standard State and Agency systems at the remote site.
- Test new and upgraded software, hardware, peripheral devices, telecommunications circuits, and drops, and other equipment involved in remote Information Systems service.
- Train users of terminals, microcomputers, and printers, which access applications on the State Data Center mainframe in the proper use of information systems equipment and software.
- Identify, report, and assist in resolving system and user problems to reduce or eliminate down time on application systems and hardware.
- Monitor system performance such as response time, disk space availability and down time and report performance to the proper authority.

Information Technology Director
Page 2

- Maintain technical proficiency in the general knowledge of information systems hardware and software as related to the standards established by the State of Alabama.
- Compose reports such as activity, status; establish user procedures and develop written documentation of these procedures with complete clarity and understanding.
- Perform administrative duties such as attending, planning of staff meetings, writing operating policies, maintaining inventories of purchased, leased, or rented equipment and coordinating with vendors.
- Supervise employees such as assigning tasks, providing guidance for completion and evaluating results; conducting performance appraisal; counseling; selecting; and invoking positive discipline actions.

**Knowledge, Skills, and Abilities:**

- Knowledge of hardware such as terminals, modems, printers, microcomputers, controllers, input-output devices and communications processors to include the relationship between hardware and software as needed for configurations, installation, testing and diagnostics, to resolve problems and to train users.
- Knowledge of software and network communications as needed for configuration, installation, testing and diagnostics, to resolve problems and to train users.
- Knowledge of system operation and configuration such as the interrelationships and capabilities of hardware, software, and peripheral devices and telecommunications as needed to ensure uninterrupted access to the State Data Center.
- Knowledge of ISD's operating procedures, and State/Agency standard application systems' operating procedures as required to provide assistance and support to application systems users.
- Knowledge of report writing utilities as required to access standard Agency and/or State databases, select specified data elements, sort into desired sequence, perform moderately complex computations, and format hardcopy reports.
- Knowledge of network communications such as controllers, lines, modems, and configurations as needed to either resolve the problem or report the problem to the proper authority or vendor for final resolution; track the problem to assure resolution; coordinate with local vendors; and train users.
- Knowledge of Agency standards for microcomputer software as needed for configuration, installation, testing, user assistance and liaison with ISD.
- Knowledge of the principles of supervision as needed to direct actions of subordinate employees.

ADMH_06-03-00092

Information Technology Director
Page 3

- Knowledge of the Rules of the State Personnel Board such as selection, absences and conditions of employment as needed to supervise subordinate employees.
- Ability to read and interpret technical materials such as technical manuals, installation guides, and diagnostics as needed to install hardware, software and peripheral devices, resolve problems and train users.
- Ability to organize and establish priorities as needed to schedule tasks, meet deadlines and use resources efficiently.
- Ability to communicate verbally as needed to accurately explain/describe problems to proper authorities, conduct training for users, inform site manager and the staff of information systems activities, exchange information with the ISD, and to obtain information from vendors.
- Ability to communicate in writing as needed to prepare reports, explain problems and resolution, conduct training for users, inform facility director and the staff of information systems activities, exchange information with other employees of the Agency, and to obtain information from vendors.

## **Qualifications:**

Bachelor's degree in Computer Science, Business Administration or a closely related field. Extensive experience (72 months or more) in managing information systems operations.

ADMH_06-03-00093

## Information Technology Specialist

**Job Code: D9000**                                                    **Range: 75**

**Definition:**

This is responsible work in coordinating the information systems activities at an Agency's remote facility/site/office or assisting in coordinating the information systems activities at a large remote facility/site/office. Employees in this class provide technical assistance and support to site manager and their staffs and to users of terminals, microcomputers and printers, which access State Data Center mainframe applications. Work includes the provision of liaison with the Agency's central Information Systems office; the State Data Center, Data Systems Management Division (DSMD), Alabama Department of Finance; users; and vendors.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Provide trouble resolution services to remote site application system users to include DSMD data center logon and logoff assistance; application systems screen navigation assistance; and identifying, documenting, and reporting hardware, telecommunication, and software problems to the proper office(s).
- Provide report writer services and assistance using products such as the American Management Systems (AMS) Report Painter to produce customized reports from standard Agency databases for the remote site management.
- Manage/coordinate projects such as the installation of new hardware, software, peripheral devices, or telecommunications.
- Install and initialize hardware such as terminals, microcomputers, and printers including development of configurations.
- Implement standard State and Agency systems at the remote site.
- Test new and upgraded software, hardware, peripheral devices, telecommunications circuits, and drops, and other equipment involved in remote Information Systems service.
- Train users of terminals, microcomputers, and printers, which access applications on the State Data Center mainframe in the proper use of information systems equipment and software.
- Identify, report, and assist in resolving system and user problems to reduce or eliminate down time on application systems and hardware.
- Monitor system performance such as response time, disk space availability and down time and report performance to the proper authority.

Information Technology Specialist
Page 2

- Maintain technical proficiency in the general knowledge of information systems hardware and software as related to the standards established by the State of Alabama.
- Compose reports such as activity, status; establish user procedures and develop written documentation of these procedures with complete clarity and understanding.
- Perform administrative duties such as attending, planning of staff meetings, writing operating policies, maintaining inventories of purchased, leased, or rented equipment and coordinating with vendors.

**Knowledge, Skills, and Abilities:**

- Knowledge of hardware such as terminals, modems, printers, microcomputers, controllers, input-output devices and communications processors to include the relationship between hardware and software as needed for configurations, installation, testing and diagnostics, to resolve problems and to train users.
- Knowledge of software and network communications as needed for configuration, installation, testing and diagnostics, to resolve problems and to train users.
- Knowledge of system operation and configuration such as the interrelationships and capabilities of hardware, software, and peripheral devices and telecommunications as needed to ensure uninterrupted access to the State Data Center.
- Knowledge of DSMD's operating procedures, and State/Agency standard application systems' operating procedures as required to provide assistance and support to application systems users.
- Knowledge of report writing utilities as required to access standard Agency and/or State databases, select specified data elements, sort into desired sequence, perform moderately complex computations, and format hardcopy reports.
- Knowledge of network communications such as controllers, lines, modems, and configurations as needed to resolve the problem or report the problem to the proper authority or vendor for final resolution; track the problem to assure resolution; coordinate with local vendors; and train users.
- Knowledge of Agency standards for microcomputer software as needed for configuration, installation, testing, user assistance and liaison with Data Systems Management Division.
- Ability to read and interpret technical materials such as technical manuals, installation guides, and diagnostics as needed to install hardware, software and peripheral devices, resolve problems and train users.
- Ability to organize and establish priorities as needed to schedule tasks, meet deadlines and use resources efficiently.

Information Technology Specialist
Page 3

- Ability to communicate verbally as needed to accurately explain/describe problems to proper authorities, conduct training for users, inform site manager and the staff of information systems activities, exchange information with the Data Systems Management Division, and to obtain information from vendors.

**Qualifications:**

Bachelor's Degree in Computer Science or a closely related field.  Experience (24 months or more) in computer/information technology.

ADMH_06-03-00096

## *Information Technology Management Specialist*

**Job Code: D7000**                                    **Range: 79**

### Definition:

This is highly specialized work analyzing user needs, relationships and requirements and facilitating the design, implementation, and maintenance of new or existing information technology systems for agencies having sufficient need for functional and business analysis and procedural development.

Employees typically specialize in a functional area of the organization and facilitate in the analysis and design of systems for the function/user. Incumbents have key responsibility for the user contact, act as a liaison between the non-technical user and technical staff to ensure that the user's requirements are met in the most effective way, develop methods and procedures for achieving entity goals and objectives and serve as functional expert for agency programs or multiple programs in a large agency.

Employees  participate in the development of complex Requisitions, RFP's and ITB's as required for IT products and services, monitor departmental and vendor performance to assure contract compliance, and perform initial reviews and approvals for material receipts and vendor payment vouchers for the assigned  for the assigned work area.

Employees work under limited supervision and are held accountable for achieving objectives and performing work in an efficient manner.

### Examples of Work Performed: (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Participates on a team of systems programmers and end-users in the definition of systems requirements including processing, reporting, data, and performance requirements.
- Tests or oversees the testing of various levels of application under the direction of a technical project member to ensure the system produces correct results;  participates in design of test data to ensure resulting system meets client needs.
- Develops and documents internal standards and procedures and ensures their distribution to customers and developers; develops user documentation, including system reference manuals and training materials.

Information Technology Management Specialist
Page 2

- Responds to end-user questions concerning software and hardware requirements and capabilities; communicates with IT personnel to determine the responses to end-users.
- Acts as a liaison and consultant between the customer agency and the project team to ensure proper communication between the various groups.
- Ensures that the system functions properly in order to meet customers' needs.
- Communicates accurate and comprehensive information on the application and its inter-relationships with other programs and systems to the appropriate personnel.
- Participates in the preparation of functional specifications to meet client business needs by referring to federal and state laws and regulations.
- Understands the mission and objectives of the agency supported and is familiar with policies and procedures including federal, state and local laws and regulations that impact operations, funding staffing, etc.
- Stays abreast of current technology trends by reading appropriate literature and attending training courses and seminars.
- Manages IT projects so that agency services and system development projects follow the proper standards and guidelines, are completed on schedule, and meet the needs of the user.
- Directs administrative and technical work of project teams in systems planning studies, information needs assessments, and systems analysis and reviewing approaches and methods to assess effectiveness in meeting management objectives.
- Recommends the prioritization of development projects based on departmental impact, current workload, and current staffing.
- Consults with user agencies to gather information and determine requirements for implementation of comprehensive management information system projects.
- Provides communication and acts as a liaison between project staff, agency managers, customers, and vendors to keep all parties informed of project status.
- Composes documents such as project definitions, needs documentation, status and progress reports, and project presentations; presents reports and demonstrations to inform management concerning progress of projects.
- Compose contract terms and conditions necessary and appropriate to accomplish agency goals and objectives through contract vendors as required.
- Monitors performance of contract vendors to assure compliance with applicable terms and conditions and advise management of any exceptions as they occur.

Information Technology Management Specialist
Page 3

- Review contractor payment vouchers and make recommendations regarding approval or disapproval according to contract terms and conditions.
- Develops and conducts user training for assigned applications.
- Performs related work as assigned.

**Knowledge, Skills, and Abilities:**

- Knowledge of IT Systems, practices, procedures, and techniques
- Knowledge of principles and techniques of systems analysis and programming
- Knowledge of concepts, characteristics, and capabilities of data processing equipment and systems
- Ability to establish and maintain effective working relationships with subordinates, users of IT services, and associates
- Ability to develop long range plans for system improvement
- Ability to organize and conduct training classes
- Ability to plan, coordinate, and direct the work of other technical personnel
- Ability to perform operational tasks with low error rate
- Ability to express ideas in a clear and concise manner both orally and in writing
- Ability to work independently and exercise time management skills

**Qualifications:**

Bachelor's degree in Computer Science, Information Technology, Health Information Management, or Health Services Administration with Considerable experience (48 months or more) in conducting user reviews and project management. Must also have experience (24 months or more) in a supervisory capacity.

### *Information Technology Operations Coordinator*
### *(Redlined)*

**Job Code: D3000**                                                 **Range: 73**

**Definition:**

This is senior supervisory work and minor administrative work in directing all operations and data entry functions at an agency operation center.

Employees in this class are responsible for planning and directing computer operations and data entry functions at a data processing center or at a very large remote job entry terminal. Work involves rendering technical advice on the development of long-range plans for expanded electronic data processing operations and for maintaining an operating schedule aimed at providing the most efficient utilization of personnel and equipment. Work includes supervising the activities of operational personnel and equipment to insure effective scheduling, production, quality control, maintenance, and filing. Supervision is exercised over a moderate size staff. Employees participate in planning and research to develop improved data processing methods and techniques. Employees exercise considerable initiative, independent judgment, and creativity in making technical decisions, and in planning and directing the work of subordinates. Perform batch assignment and transmission of data. Supervise data communications operations. Perform responsible detailed work in the production and quality control of data processing input, output and storage media. Maintain and control data processing inventory. Work is performed under the general supervision of an administrative superior and is reviewed for the achievement of desired results.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Directs scheduling and execution of all production jobs processed.
- Manages all data and quality control, data preparation, and computer operations and data entry personnel.
- Coordinates evaluations of machine efficiencies with appropriate persons.
- Directs compilation of records and reports concerning production, machine malfunctioning, and maintenance; provides record retention schedules and procedures for the data processing library.
- Develops and maintains the computer and data entry operations priorities, and performs intensive planning analysis to schedule personnel and equipment to provide optimum machine utilization.

Information Technology Operations Coordinator
Page 2

- Plans, schedules, and supervises the activities of an operational staff engaged in the operation and control of EDP equipment, library, tabulating, and scheduling functions.
- Provides, or assists in providing, technical advice and assistance to administrative personnel planning operation changes within the department.
- Assists in reviewing output to insure that the accuracy and quality are in accordance with current operational standards.
- Supervises and participates in planning and research to develop improved data processing operations and data entry methods and techniques.
- Assists in directing the development of maintenance schedules for the various types of operations and data entry equipment.
- Collects or assists in collecting statistical operational data and prepares reports.
- Provides user assistance.
- Interviews applicants and recommends appointments; instructs new employees in job procedures; explains various documents and applications.

### Knowledge, Skills, and Abilities:

- Thorough knowledge of computer operating capabilities, methods, and procedures.
- Considerable knowledge of the principles and practices of effective supervision.
- Considerable knowledge of computer peripheral equipment operation.
- Considerable knowledge of multiprogramming and multiprocessing computer operating techniques.
- Ability to plan, organize, and direct the work of others.
- Ability to make decisions in a crisis situation.
- Knowledge of computer programming techniques.
- Knowledge of basic algebra and numbering systems.
- Ability to think in terms of computer logic.
- Ability to communicate effectively, orally and in writing.
- Skill in teaching others the operation of data processing equipment
- Ability to establish and maintain effective working relationships with subordinates, operating personnel, programmers, administrators, and manufacturer representatives.

### Qualifications:

Associates degree with major course work in data processing. **Extensive experience** (72 months or more) in operating computers and data entry equipment. **Considerable experience** (48 months or more) as a data processing operations supervisor in a multiple user environment.

ADMH_06-03-00101

### *Information Technology Operations Manager*
### *(Redlined)*

**Job Code: D8500**                                                **Range: 80**

**Definition:**

This is responsible technical and administrative work in managing the operation of equipment used in a consolidation data center.

An employee in this class is responsible for the operation of equipment used by a consolidated date processing center designed to provide a full range of data services for one or more facilities. Duties include supervising the activities of operational personnel and equipment to ensure effective scheduling, production, quality control, maintenance, and filing. Supervision is exercised over a staff of professional and non-professional personnel. Work is performed under the general supervision of an administrative superior and is reviewed for the achievement.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Supervises the monitoring of telecommunication, computer, and network systems to ensure proper operation using system tools, test equipment, and operating procedures
- Works with staff to resolve problems, notifies and works with vendors to resolve issues.
- Establishes operational goals and standards; interprets and explains standards to subordinates; ensures work meets goals and standards; develops long term goals and works with administrative staff to implement goals
- Oversees maintenance of records and reports related to systems and network operations and development of maintenance schedules for equipment
- Reviews and tests software and hardware to make recommendations concerning potential use by supervisors, agency personnel, and programming staff
- Supervises operations personnel to include planning work schedules and ensuring most efficient utilization of personnel and equipment

**Knowledge, Skills, and Abilities:**

- Knowledge of telecommunications equipment

ADMH_06-03-00102

Information Technology Operations Manager
Page 2

- Knowledge of computer operating systems used by the operations center
- Ability to plan and organize work schedules
- Ability to maintain records and develop maintenance schedules
- Ability to trouble shoot various computer equipment problems and recommend solutions

**Qualifications:**

Graduation from an accredited four-year college or university with major course work in Computer Science, Business Administration, Mathematics, Industrial Engineering, or a related field. Other job related education and/or experience may be substituted for all or part of these basic requirements.

ADMH_06-03-00103

*Attorney*

**Job Code: L2000**                                          *Range: 80*

<u>**Definition:**</u>

    This is responsible professional legal work in the Department's legal office or at a state mental health facility.

    Employees in this class are responsible for performing complex duties as an attorney representing the Department or a facility of the Department. Work may involve conducting difficult litigation. Employees may supervise a small staff of clerical personnel. Supervision received is general in nature and advice is available from the chief attorney on legal problems of considerable difficulty.

<u>**Examples of Work Performed:**</u>

- Prepares or assists in preparing cases for trial by drafting pleadings; may assist an attorney of higher rank in trial work in major civil or criminal cases.
- Conducts litigation in trial and appellate courts with or without supervision as the circumstances demand and after obtaining considerable experience.
- Searches for, interprets, and applies laws, court decisions, and other legal authorities on points of law involved in the preparation of opinions.
- Assists in the preparation of materials pertaining to proposed legislation affecting the agency concerned.
- Prepares legal papers including contracts, court and hearing documents, and various types of miscellaneous papers.
- Acts as legal advisor for the Department by giving opinions on difficult litigation, investigation reports of law violations, and preparing legal documents.
- Supervision may be exercised over a small staff of clerical personnel.

<u>**Knowledge, Skills, and Abilities:**</u>

- Considerable knowledge of judicial procedures and of the rules of evidence.
- Considerable knowledge of the principles, methods, material, and practices of legal research.
- Working knowledge of the application of legal principles.
- Working knowledge of court procedures and rules of evidence.
- Ability to set forth facts and decisions in written form.

Attorney
Page 2

- Ability to analyze, appraise, and organize facts, evidence, and precedent concerned in complex and difficult cases and to present such materials in clear and logical form for oral or written presentation as briefs, opinions, orders, or decisions.
- Ability to deal tactfully and effectively with state administrative officials, local governmental officials, employees, court officials, and the general public.

**Qualifications:**

Graduation from a school of law.

**Special Requirement:**

Possession of a Certificate of Admissions to the Alabama State Bar.

## *Attorney Manager*

**Job Code: L5000**                                    *Range: 88*

**Definition:**

  This is governmental legal work of the highest degree in professional and administrative responsibility.

  An employee in this class serves as Chief Attorney for the Department of Mental Health and Mental Retardation. Supervision is exercised over a staff of attorneys and clerical personnel. An employee works independently, determining his/her own procedures and making major decisions. Work is performed under the general direction of the Commissioner.

**Examples of Work Performed:**

- Serves as Chief Legal Counsel for the Department and is responsible for planning, coordinating, and directing all legal activities in regard to appeals, opinions, criminal and civil fraud, and public corruption.
- Prepares formal legal opinions.
- Explores legal ramifications as they relate to initiation and development of new and revised Departmental policies and procedures.
- Participates in staff conferences called by the Attorney General or Department head to discuss Departmental policies.
- Provides overall direction and guidance to subordinate attorneys engaged in court work.
- Supervises and coordinates the preparation of briefs and other activities incidental to litigation and court work.
- Confers/advises with agency and Departmental heads on legal matters.

**Knowledge, Skills, and Abilities:**

- Extensive knowledge of the common law and the state and federal laws particularly in regards to general administrative and regulatory functions of state government.
- Extensive knowledge of judicial procedures and of the rules of evidence.
- Extensive knowledge of the principles, methods, materials, and practices of legal research.
- Considerable knowledge of the principles of public administration as applied to the administration of a government legal program.
- Ability to analyze, appraise, and organize facts, evidence, and precedents concerned in difficult and complex cases and to present such material in

Attorney Manager
Page 2

clear and logical form for oral or written presentation, as briefs, opinions, orders, or decisions.

## Qualifications:

Graduation from a school of law. Extensive (72 months or more) of experience in legal work, including considerable (48 months or more) experience in difficult legal research work and the preparation and trial of complex cases and experience (24 months or more) in a supervisory capacity.

## Special Requirement:

Possession of a Certificate of Admissions to the Alabama State Bar.

*Attorney Senior*

**Job Code: L3000**                                         **Range: 84**

**Definition:**

This is highly responsible professional legal work performed in the Department of Mental Health's local office or at a state mental health facility.

Employees in this class are responsible for performing highly complex legal duties as an attorney representing the Department or a facility of the Department. Work involves conducting litigation of a high degree of importance and complexity. Employees may supervise a small staff of clerical personnel. Work is performed with wide latitude for independent professional judgment and is reviewed through frequent conferences with the Chief Attorney.

**Examples of Work Performed:**

- Prepares or assists in preparing cases for trial by drafting pleadings; may assist the Chief Attorney in trial work relating to major civil or criminal cases.
- Conducts litigation in trial and appellate courts with or without supervision as the circumstances demand.
- Searches for, interprets, and applies laws, court decisions, and other legal authorities on points of law involved in the preparation of materials pertaining to proposed legislation affecting the agency concerned.
- Prepares legal papers including contracts, court and hearing documents, and various types of miscellaneous papers.
- Advises Department heads in interpretation of laws and proper courses of legal action.
- Participates in staff conferences called by appropriate Department heads to discuss Departmental policies.
- Supervision may be exercised over a small staff of clerical personnel.

**Knowledge, Skills, and Abilities:**

- Thorough knowledge of the common law and the state and federal laws particularly in regards to general administrative and regulatory functions of state government.
- Thorough knowledge of judicial procedures and of the rules of evidence.
- Thorough knowledge of the principles, methods, materials, and practices of legal research.

Attorney Senior
Page 2

- Ability to analyze, appraise, and organize facts, evidence, and present such material in clear and logical form for oral or written presentation as briefs, opinions, orders, or decisions.
- Ability to analyze legal documents and instruments.
- Ability to draft instruments and proposed legislation.

## **Qualifications:**

Graduation from a school of law.  Considerable experience (48 months or more) in professional legal work and in the trial and/or appeal of civil and/or criminal cases.

## **Special Requirement:**

Possession of a Certificate of Admissions to the Alabama State Bar

## Chief of Staff

**Job Code: XXXX**                                    **Pay Grade: 88**

### Definition:

This is executive level professional and administrative work of the highest level in the Alabama Department of Mental Health and Mental Retardation for the State of Alabama. An employee in this capacity serves as "Chief of Staff" and reports directly to the Commissioner. This individual is responsible for planning, coordinating, and directing program services and providing administrative direction to various bureau and division heads at the Central Administrative Office. The "Chief of Staff" acts as liaison and represents the Commissioner in his absence, and coordinates cross divisional activities and products related to service delivery.

### Examples of Work Performed:

- Gathers information from and acts as a liaison between the Associate Commissions and various department directors and the Commissioner
- Supervises the operations and overall missions of various divisions and Bureaus at Central Office.
- Assists and advises in the development, review, and implementation of policies, procedures, and proposals to further enhance departmental goals and objectives
- Interacts with top level department officials within the state mental health system, other governmental agencies, local and public officials, legislative entities, and the general public
- Provides guidance to the Commissioner, Associate Commissioners and central office department directors on various administrative issues to ensure compliance with state, federal, DMHMR, and other related policies, procedures, and standards
- Represents the Commissioner in his/her absence or as assigned on various DMHMR and statewide committees and task forces

### Required Knowledge, Skills, and Abilities:

- Extensive knowledge of DMHMR policies and procedures; of state and Federal laws
- Skill in communicating, both orally and in writing; in computer usage; in leadership and supervision
- Ability to represent the Commissioner's vision and goals; to provide guidance on difficult administrative and business issues; to manage and complete complex projects
- Knowledge of State governmental structure
- Knowledge of cross divisional activities relating to service delivery

Chief of Staff
Page 2

- Ability to monitor and assess program effectiveness
- Ability to direct, assign, and evaluate the work of others
- Ability to interact with all levels of state and federal agencies, task forces, advisory committees, and serves as liaison for the Commissioner
- Ability to deal with sensitive and confidential matters
- Ability to work independently with minimum supervision

## QUALIFICATIONS:

Master's or higher advanced degree in the area of specialization plus extensive (72 months or more) of increasingly responsible department or program management experience, including considerable (48 months or more) in a supervisory capacity.

## *Legal Assistant*

**Job Code: L4000**                                        ***Range: 61***

**Definition:**

   This is responsible work in providing technical and administrative assistance to attorneys within the Bureau of Legal Services of the Department of Mental Health and Mental Retardation.

   Employees in this class are responsible for performing routine research into legal sources. The information obtained represents basic material for the issuance of opinions, and the conduct of litigation. Employees may assist in, and in less complex cases are responsible for the preparation, summarization, and interpretation of legal documents and pleadings. It is necessary for the employees to work independently with a minimum amount of supervision.

**Examples of Work Performed:**

- Conducts legal research in order to write opinions and set forth positions on legal questions.
- Collects authorities on points of law in connection with the preparation of cases for trial.
- Prepares and writes tentative drafts of opinions to ensure their conformity with the law.
- Provides necessary technical assistance to attorneys during depositions.
- Conducts routine investigations.
- Performs administrative office duties.

**Knowledge, Skills, and Abilities:**

- Working knowledge of the general aspects of the law.
- Knowledge of legal documents, forms, and terms.
- Knowledge of sources of authority concerning legal questions.
- Ability to plan, organize, and present factual information in an orderly sequence.
- Ability to analyze and present ideas effectively, both orally and in writing.

**Qualifications:**

   Certified Legal Assistant.

## *Legal Clerk*

**Job Code: L4500**

**Range: 58**

### Definition:

This is responsible clerical work processing a large volume of criminal civil and juvenile case records and related typing duties for the Department of Mental Health and Mental Retardation.

Employees in this class perform responsible, repetitive, high volume work and assist attorneys by docketing, itemizing, and maintaining all legal documents relating to discovery issues in civil litigation. Work is reviewed in process and upon completion by immediate supervisor and other attorneys.

### Examples of Work Performed:

- Categorize, itemize, and maintain legal documents and other related discovery issues to be used for civil litigation.
- Docket legal pleadings in order to develop and maintain case files in all lawsuits.
- Read, understand, and routinely route legal documents to the appropriate attorneys responsible for the lawsuit.
- Assist attorneys by ensuring all pleadings and responses are filed within appropriate time frame and adhere to established rules and regulations.
- Type and proofread documents for accurate dissemination of information.
- Performs other related duties as necessary or required.

### Knowledge, Skills, and Abilities:

- Considerable knowledge of English, spelling, punctuation, and legal terms.
- Considerable knowledge of office practices, procedures, and equipment.
- Knowledge of laws, rules, regulations, policies, and procedures employed in criminal or civil proceedings.
- Skill in typing with speed and accuracy.
- Ability to compose properly a variety of legal memoranda or letters with only general instructions.
- Ability to plan organize, and present factual information in an orderly sequence.

### Qualifications:

High school diploma or GED equivalency supplemented by a proficiency in typing, with experience (24 months or more) in legal clerical work.

ADMH_06-03-00113

## *Architect*

**Job Code: M4500**                          **Pay Range: 83**

**Definition:**

This is advanced professional and administrative work in designing and reviewing plans and specifications pertaining to buildings, structures, and facilities for the Alabama Department of Mental Health and Mental Retardation.

An employee in this class is responsible for planning, directing and coordinating the design, construction, maintenance and repair of designated buildings, structures, and facilities of the state mental health system. Limited general instructions are received on assigned projects. Work is assigned with general directives and objectives by an administrative superior who provides policy guidelines and who evaluates work for adherence to program goals and effectiveness of results.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Attends various meetings, conferences.
- Advises public officials and professional personnel on matters of layout, location, and design of buildings and structures.
- Reviews, revises, and analyzes in technical detail, preliminary and completed plans and specifications for institutional structures.
- Provides consultation and technical assistance to service providers in regards to compliance with the minimum physical standards for community mental health and mental retardation programs required for certification.
- Reviews plans and specifications of new construction and/or renovation of existing facilities using applicable standards and/or regulations.
- Assists in keeping track of Departmental lands and leases.
- Assists in the development of all capital projects for each facility.
- Assists in the development and maintenance of each facilities certification. Work is performed under the general supervision of an administrative supervisor who checks work through conferences, reports, and observation of results obtained.
- Supervises personnel involved in building construction.
- Makes recommendations as to acceptance or revision of plans to superior.

Architect
Page 2

## Knowledge, Skills, and Abilities:

- Knowledge of practices and procedures used in the design and construction of large buildings.
- Knowledge of building maintenance and building materials.
- Knowledge of state laws and building codes regulating building construction.
- Knowledge of land maps.
- Ability to interpret and enforce building regulations, contract specifications, life safety codes and guidelines.
- Ability to review, revise, and prepare plans and designs of a wide variety of larger building and structures.
- Ability to communicate effectively both orally and in writing.
- Ability to interact and maintain effective working relationships with various public officials, professional associates, private contractor personnel and DMH/MR departmental heads.
- Ability to conduct overnight travel.

## Qualifications:

Bachelor's degree in Architecture. Extensive experience (72 months or more) in the field of architecture, construction, or a related field, including experience (24 months or more) in a supervisory or administrative capacity.

## NECESSARY SPECIAL REQUIRMENT:

Must be a registered Architect in the State of Alabama. Must have a valid Alabama driver's license.

## *Environmental Services Coordinator*

**Job Code: M5500**                                      **Pay Range: 62**

**Definition:**

    This is responsible supervisory housekeeping work at a state mental health facility.

    An employee in this class plans, directs, and monitors housekeeping programs at a state mental health facility. Work involves providing in-the-job and classroom training for housekeepers with special emphasis on the protection of the health and safety of residents/patients. Supervision is exercised over a large staff of housekeepers engaged in housekeeping and sanitation work. General supervision is received from an administrative supervisor and is reviewed through conferences, reports, and accomplishments.

**Qualifications:**

    High school diploma or GED equivalency. Considerable experience (48 months or more) in environmental services, including some experience (12 months or more) in a supervisory capacity.

## *Environmental Services Manager*

*Job Code: M6000*                    *Pay Range: 70*

### Definition:

This is responsible supervisory housekeeping work at a large state mental health facility.

An employee in this class plans, directs, and monitors housekeeping programs at a large state mental health facility. Work involves providing on-the-job and classroom training for housekeepers with special emphasis on the protection of the health and safety of residents/patients. Supervision is exercised over a large staff of housekeepers engaged in housekeeping and sanitation work. General supervision is received from an administrative supervisor and is reviewed through conferences, reports, and accomplishments.

### Qualifications:

High school diploma or GED equivalency. Extensive experience (72 months or more) in environmental services, including experience (24 months or more) in a supervisory capacity.

ADMH_06-03-00117

## *Facility Inspector*

**Job Code: M3500**

**Pay Range: 74**

### Definition:

This is responsible technical and administrative work in construction, renovation and maintenance of mental health facilities.

An employee in this class is responsible for planning, directing and coordinating the design, construction, maintenance and repair of designated buildings, structures, and facilities of the mental health system.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Provides consultation and technical assistance to service providers in regards to compliance with the minimum physical standards for community mental health and mental retardation programs required for certification
- Reviews plans and specifications of new construction and/or renovation of existing facilities using applicable standards and/or regulations
- Assists in the development and maintenance of each facilities certification. Work is performed under the general supervision of an administrative supervisor who checks work through conferences, reports, and observation of results obtained
- Travels extensively throughout the state to include perform onsite certification of facilities

### Knowledge, Skills, and Abilities:

- Knowledge of governmental structure
- Ability to interpret and enforce regulations
- Knowledge of building maintenance and building materials
- Knowledge of Life Safety Codes and Building Codes
- Ability to communicate effectively both orally and in writing
- Ability to interact with various officials and departmental heads
- Ability to conduct overnight travel

Facility Inspector
Page 2

## Qualifications:

Bachelor's degree in engineering, building construction, or architecture. Must have experience (24 months or more) in the construction field. Other directly related education and/or experience may be substituted for all or part of these basic requirements.

## NECESSARY SPECIAL REQUIRMENT:

Candidate shall be certified or eligible for certification in a fire service field. Continued employment will be contingent upon successful completion of coursework at the State Fire College within one year. Must have a valid Alabama driver's license.

## *Facility Inspector Senior*

**Job Code: M4000**                               **Pay Range: 76**

**Definition:**

This is highly responsible technical and administrative work in construction, renovation and maintenance of mental health facilities.

An employee in this class is responsible for planning, directing and coordinating the design, construction, maintenance and repair of designated buildings, structures, and facilities of the Alabama Department of Mental Health and Mental Retardation. Work is performed under the general supervision of an administrative supervisor who checks work through conferences, reports, and observation of results obtained.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Provides consultation and technical assistance to service providers in regards to compliance with the minimum physical standards for community mental health and mental retardation programs required for certification
- Reviews plans and specifications of new construction and/or renovation of existing facilities using applicable standards and/or regulations
- Assists in the development and maintenance of each facilities certification. Work is performed under the general supervision of an administrative supervisor who checks work through conferences, reports, and observation of results obtained
- May provide supervision to technical personnel involved in
- Travels extensively throughout the state to include perform onsite certification of facilities

**Knowledge, Skills, and Abilities:**

- Knowledge of governmental structure
- Ability to interpret and enforce regulations
- Knowledge of building maintenance and building materials
- Knowledge of Life Safety Codes and Building Codes
- Ability to communicate effectively both orally and in writing
- Ability to interact with various public officials, professional associates, private contractors, and DMH/MR departmental heads
- Ability to conduct overnight travel

Facility Inspector Senior
Page 2

## Qualifications:

Bachelor's degree in Engineering, Building construction, or Architecture. Considerable experience (48 months or more) in the construction field. *Other directly related education and/or experience may be substituted for all or part of these basic requirements.*

## NECESSARY SPECIAL REQUIRMENT:

Candidate shall be certified or eligible for certification in a fire service field. Continued employment will be contingent upon successful completion of coursework at the State Fire College within one year. Must have a valid Alabama driver's license.

ADMH_06-03-00121

## *Maintenance Director*

**Job Code: M3000**                                                          **Range: 80**

**Definition:**

    This is advanced technical and supervisory work assisting in directing a complex program of plant operations and building/facilities maintenance at a large state mental health facility.

    The employee in this class is responsible for planning and carrying out a coordinated program of building and mechanical maintenance to include of all phases of heat, electric, water treatment and sewage plant operations at a large state mental health facility.  Work differs from that of the next lower class in the increased size and complexity of operations, and maintenance, as well as the greater number of tradespersons and administrative superior who reviews work periodically or at completion by means of inspection and conference.

**Examples of Work Performed:**  (Any one position may not include all of the duties listed, nor do the examples cover all of the duties which may be performed)

- Supervise the maintenance program for a major mental health institution.
- Assigns, inspects, and supervises the work of a wide variety of tradesperson such as electricians, heating and air conditioning technicians, masons, carpenters, plumbers, and other maintenance personnel working with various mechanical equipment.
- Writes specifications and requisitions for materials, supplies, vehicles, and equipment.
- Prepares plans and specifications for minor construction and alteration projects.
- Assumes responsibility for the upkeep on vehicles and grounds equipment.

**Knowledge, Skills, and Abilities:**

- Thorough knowledge of the principles, practices, techniques of installation, operation, and maintenance of a wide variety of commercial and residential size system for heating, air conditioning, refrigeration, portable water storage and distribution, alarms, security, electrical, and plumbing.
- Considerable knowledge of the occupational hazards and safety precautions of the mechanical and building trades.
- Skill in the use of a trades tool and test equipment.

Maintenance Director
Page 2

- Ability to plan, coordinate, and supervise the work of skilled, semi-skilled, and unskilled workers performing installation, repair, maintenance, an operation of mechanical equipment.
- Ability to apply techniques for preventative maintenance to a wide variety of heating, cooling, refrigeration, electrical, plumbing, and automotive systems.

**Qualifications:**

Associates Degree in a skilled trade or graduation from a Technical institution with coursework in the area of Mechanical, Electrical, or Civil Engineering.

Considerable (48 months or more) experience in the operation, maintenance and repair of buildings, grounds, and mechanical equipment, including experience (24 months or more) in a supervisory capacity. Other directly related work experience and/or education may be substituted for all or part of the basic requirements.

### *Maintenance Manager*

**Job Code: M1500**                                    **Range: 74**

**Definition:**

This is technical and supervisory work directing a program of plant operations and building and facilities maintenance at a moderately sized state mental health facility.

The employee in this class is responsible for planning and carrying out a coordinated program of building and mechanical maintenance that include of all phases of heat, electric, water treatment and sewage plant operations at a moderately sized mental health facility. Work differs from that of the next lower class in the increased size and complexity of plant operations, and building maintenance, the greater the number of tradesmen and other workers assigned and supervised. General supervision is received from an administrative supervisor who reviews work periodically or at completion by means of inspection or conferences.

**Examples of Work Performed:**

- Supervises the maintenance and repair of numerous buildings and grounds; assigns and supervises work of carpenters, plumbers, masons, painters, electricians, heating and air conditioning technicians, helpers, equipment operators, grounds workers, and inspects completed work.
- Requisitions materials, supplies, and new equipment for use in maintenance and operation; supervises and keeps records of work performed and materials uses.
- Maintains records of employees' time; approves annual leave.
- Prepares plans and specifications for minor construction and alteration projects.
- Assumes responsibility for the upkeep on vehicles and grounds equipment.

**Knowledge, Skills, and Abilities:**

- Thorough knowledge of the principles, practices, techniques of installation, operation, and maintenance of a wide variety of commercial and residential size system for heating, air conditioning, refrigeration, portable water storage and distribution, alarms, security, electrical, and plumbing.
- Considerable knowledge of the occupational hazards and safety precautions of the mechanical and building trades.
- Skill in the use of a trades tool and test equipment.

Maintenance Manager
Page 2

- Ability to plan, coordinate, and supervise the work of skilled, semi-skilled, and unskilled workers performing installation, repair, maintenance, an operation of mechanical equipment.
- Ability to apply techniques for preventative maintenance to a wide variety of heating, cooling, refrigeration, electrical, plumbing, and automotive systems.

## **Qualifications:**

High school diploma or GED equivalency supplemented by a certification in a skilled trade or college-level courses in mechanical, electrical, or civil engineering.

Experience (24 months or more) in the operation, maintenance and repair of buildings, grounds, and mechanical equipment, including some experience (12 months or more) in a supervisory capacity.

## *Maintenance Support Technician*

**Job Code: M2500**                                     **Pay Range: 57**

### Definition:

This is skilled maintenance and repair work in the building, mechanical or electrical trades.

Employees in this class work in a variety of trades, performing a wide range of repair and maintenance tasks requiring good knowledge of two or more trades. Assignments are received from a maintenance supervisor and work is reviewed through personal inspection and by reports from individuals for whom the work is performed.

### Qualifications:

High school diploma or GED equivalency. Experience (24 months or more) in general maintenance work involving the application of two or more building, electrical, or mechanical trades.

ADMH_06-03-00126

## *Materials Coordinator*

*Job Code: M6500*                                    *Pay Range: 60*

### Definition:

    This is administrative work directing warehousing and distributing operations at a small or moderate size state mental facility.

    An employee in this class is responsible for planning, coordinating and directing a warehousing program at a small or moderate state mental health facility. Responsibilities also include interpreting policy, planning work loads, establishing work priorities, assisting in budget control, coordinating warehousing, and formulating operational procedures to be carried our by subordinate employees. Supervision is exercised over clerical and labor personnel. Work is performed under the general direction of an administrative supervisor and is reviewed for conformance with established policies through reports and conferences.

### Qualifications:

    High school diploma or GED equivalency.. Experience (24 months or more) in requisitioning, receiving, storing, and issuing large quantities and wide varieties of supplies, equipment, and materials.

## *Materials Manager*

**Job Code: M7000**                                    **Pay Range: 65**

### Definition:

This is responsible administrative work directing warehousing and distributing operations at a large state mental health facility.

An employee in this class is responsible for planning, coordinating and directing a warehousing program at a large state mental health facility. Responsibilities also include interpreting policy; planning work loads, establishing work priorities, assisting in budget control, coordinating warehousing, and formulating operational procedures to be carried out by subordinate employees. Supervision is exercised over clerical and labor personnel. Employees in this class have responsibility for finalizing those decisions within existing policy guidelines affecting the administration of the warehousing program and have considerable latitude for the exercise of independent judgment and initiative in carrying our assigned responsibilities.

### Qualifications:

Bachelor's degree in Business Administration or related field. Experience (24 months or more) in requisitioning, receiving, storing, and issuing large quantities of supplies, equipment, and materials, including some experience (12 months or more) in a supervisory capacity.

## Stock Clerk

**Job Code: M8000**                                    **Pay Range: 48**

### Definition:

This is routine manual and clerical work in the operation of a facility departmental supply unit.

Employees in this class perform manual and clerical tasks in the receiving, storing, shipping, and care of office, laboratory, or hospital supplies, oils and greases, drugs, foodstuffs, or related items in central warehouses. Work may involve responsibility for a small but diversified stores room or specialized stores work involving control of a large amount of a single category of goods. Work includes routine activities in the maintenance of simple stores records. Supervision may be exercised over subordinate employees engaged in related fields. An administrative supervisor makes specific work assignments, leaving to the employee of this class only minor decisions on work methods.

### Qualifications:

High school diploma or GED equivalency. Some experience (12 months or more) in clerical or stockroom work.

### Special Requirements:

Physical required. Must have a valid Alabama driver's license.

## *Coding Compliance Specialist*

**Job Code: Y1500**                                    *Pay Range: 61*

**Definition:**

This is a responsible technical position in a health information management department at a state mental health facility.

An employee in this class is responsible for facilitating optimization of revenue sources by assignment of codes via the appropriate nomenclature while coordinating with facility care providers regarding identification, appropriate documentation and communication to the business office personnel. Work is subject to instruction and review for conformity with Departmental policies and state and federal laws, with employee responsible for accuracy and completeness of work.

**EXAMPLES OF WORK PERFORMED:**  (May not include all duties performed)

- Review patient medical records for documentation of billable services
- Assign codes and sequence diagnoses and co-morbidity information as appropriate to enhance revenue collection
- Communicate with physician and business office staff regarding changes in coding and technology that may affect the Facility
- Work closely with Business Services to optimize billing for appropriate services and consult with changes made to super bills
- Coordinate with professional staff to ensure documentation is entered into record for all services provided

**KNOWLEDGE, SKILLS, AND ABILITIES:**

- Knowledge of current medical terminology
- Ability to communicate effectively both orally and in writing
- Working knowledge of ICD-9-CM and CPT nomenclature
- Ability to abstract appropriate data from medical record
- Ability to accurately assign codes

**Qualifications:**

High school diploma or GED equivalency. Experience (24 months or more) in ICD9-CM coding compliance work.

## Health Information Director

**Job Code: Y3000**                                                 **Pay Range: 72**

### Definition:

This is highly responsible supervisory and technical work in directing the operation of a Medical Records program in a state mental health facility.

An employee in this class is responsible for planning, organizing, coordinating, directing, and evaluating the operation of a medical records program. Work includes analyzing medical records for completeness and accuracy to insure their applicability for case study, treatment, and research; analyzing and interpreting medical records for summary, special reports, and research projects; supervision of the release of pertinent information to authorized persons/agencies. Supervision is exercised over a clerical staff engaged in routine medical records maintenance functions. Work is performed independently, subject only to instruction and review by an administrative supervisor for conformity with Departmental policies and state and federal laws, with the employee responsible for the accuracy and completeness of work.

### Qualifications:

Bachelor's degree in Health Information Management and the completion of a course of study accredited by the American Health Information Management Association (AHIMA).. Considerable responsible experience (48 months or more) in medical records work, including experience (24 months or more) in a supervisory capacity.

### Necessary Special Requirements:

Possession of a Registered Health Information Administrator (RHIA) certificate with the American Health Information Management Association (AHIMA).

## *Health Information Manager*

**Job Code: Y2000**                                          **Pay Range: 68**

### Definition:

This is highly responsible supervisory and technical work in directing the operation of a Medical Records program in a state mental health facility.

An employee in this class is responsible for planning, organizing, coordinating, directing, and evaluating the operation of a medical records program. Work includes analyzing medical records for completeness and accuracy to insure their applicability for case study, treatment, and research; analyzing and interpreting medical records for summary, special reports. And research projects; supervision of the release of pertinent information to authorized persons/agencies. Supervision is exercised over a clerical and/or technical staff engaged in tourine medical records maintenance functions. Work is performed independently, subject only to instruction and review by an administrative supervisor for conformity with Departmental policies and state and federal laws, with the employee responsible for the accuracy and completeness of work.

### Qualifications:

Bachelor's degree in Health Information Management and the completion of a course of study accredited by the American Health Information Management Association (AHIMA). Experience (24 months or more) in medical records work, including some experience (12 months or more) in a supervisory capacity.

### Necessary Special Requirements:

Possession of a Registered Health Information Administrator (RHIA) certificate from the American Health Information Management Association (AHIMA).

## Health Information Specialist

**Job Code: Y1000**                                    **Pay Range: 58**

### Definition:

This is technical work in the operation of a medical records program in a state mental health facility.

Employees in this class organize and perform the technical work in the medical records section where case histories of all patients/residents are classified and filed. This work includes patients/residents are classified and filed. This work includes analyzing medical records for completeness and accuracy to insure their applicability for research, case study, and treatment; analyzing and interpreting medical records for summary, special reports, and authorized personnel. Duties may include supervision of a clerical staff engaged in routine medical records maintenance functions. Work is reviewed by a professional or administrative supervisor.

### Qualifications:

High school diploma or GED equivalency and completion of a course of study accredited by the American Health Information Management Association (AHIMA).

### Necessary Special Requirements:

Possession of a Registered Health Information Technician (RHIT) certificate from the American Health Information Management Association (AHIMA).

## *Program Specialist I*

***Job Code: A5000***                          ***Range: 70***

### Definition:

This is responsible professional work in providing specialized services to mental health facilities or mental health centers in a specific mental health field.

Employees in this class are responsible for providing advisory services to professional personnel in mental health facilities or mental health centers. Work may involve rendering technical assistance to professional personnel on program problems of moderate difficulty. Work is performed with some independence within established policies and regulations and is reviewed by an immediate supervisor through conferences and review of periodic and special reports.

### Examples of Work Performed: (May not include all duties performed)

- Plans, organizes, and implements objectives by following regulations and procedures
- Provides technical assistance to departmental and/or community base officials involved with service delivery
- Acts as liaison between statewide community agency staff and departmental personnel
- Composes correspondence and generates informational reports and data

### Knowledge, Skills, and Abilities:

- Ability to plan, organize, and prioritize work activities
- Knowledge of mental health systems and service delivery
- Ability to communicate effectively, both orally and in writing

### Qualifications:

Bachelor's degree in a human services field including but not limited to the following disciplines listed below:

Sociology, Speech Education, Rehabilitation, Counseling, Psychology, Speech Pathology, Audiology, Nursing, Physical or Occupational Therapy, as well as any related academic disciplines associated with the study of Human Behavior, Human Skill development or basic human care needs.

Experience (24 months or more) related to the area of specialization.

ADMH_06-03-00134

## *Program Specialist II*

**Job Code: A6000**                                    *Range: 74*

### Definition:

This is highly responsible professional work in providing specialized services to mental health facilities or mental health centers in a specific mental health field.

Employees in this class are responsible for providing advisory services to professional personnel in mental health facilities or mental health centers. Work involves rendering technical assistance to professional personnel on complex program problems. Work is performed on an independent basis with general supervision and guidance from a professional or administrative supervisor in accordance with approved policies and regulations.

### Examples of Work Performed: (May not include all duties performed)

- Plans, organizes, and implements objectives
- Provides technical assistance to departmental and/or community base officials involved with service delivery
- Acts as liaison between statewide community agency staff and departmental personnel
- Composes correspondence and generates informational reports and data
- Represents the department by attending various meetings and committee organizations

### Knowledge, Skills, and Abilities:

- Ability to plan, organize, and prioritize work activities
- Knowledge of mental health systems and service delivery
- Ability to communicate effectively, both orally and in writing
- Ability to establish and maintain contact with other agencies, the general public, and community providers

### Qualifications:

Master's degree in a human services field including but not limited to the following disciplines listed below:

Sociology, Speech Education, Rehabilitation, Counseling, Psychology, Speech Pathology, Audiology, Nursing, Physical or Occupational Therapy, as well as any related academic disciplines associated with the study of Human Behavior, Human Skill development or basic human care needs.

Experience (24 months or more) related to the area of specialization.

## *Program Specialist III*

**Job Code: A6500**

**Range: 78**

**Definition:**

This is advanced professional and administrative work directing a specialized mental health program providing services to mental health facilities or mental health centers.

An employee in this class is responsible for planning, supervising, and coordinating a specialized mental health program carried out by the department. The employee may serve as a consultant to mental health facilities or centers on problems of an unusual nature. Supervision may be exercised over professional and clerical employees engaged in carrying out the specialized program. General supervision is received from an administrative supervisor who reviews program results and is available on matters of policy.

**Examples of Work Performed: (May not include all duties performed)**

- Plans, organizes, and implements programmatic objectives
- Acts as a consultant to mental health facilities or centers by providing technical assistance to those involved with service delivery
- May be responsible for organizing and assigning work activities and supervising assigned staff
- Assess and coordinate services with state facilities and community providers to ensure that needs are being met
- May be responsible for devising standards, policies, and procedures affecting community based programs
- Acts as liaison between statewide community agency staff and departmental personnel
- May evaluate various community based programs to ensure their compliance with established guidelines, policies, and procedures

**Knowledge, Skills, and Abilities:**

- Knowledge of mental health system service delivery
- Ability to supervise and evaluate the work of others
- Ability to plan, organize, and prioritize work activities
- Ability to communicate effectively, both orally and in writing
- Ability to establish and maintain contact with high level officials and various other public agencies

Program Specialist III
Page 2

## **Qualifications:**

Master's degree in a human services field including but not limited to the following disciplines listed below:

Sociology, Speech Education, Rehabilitation, Counseling, Psychology, Speech Pathology, Audiology, Nursing, Physical or Occupational Therapy, as well as any related academic disciplines associated with the study of Human Behavior, Human Skill development or basic human care needs.

Considerable experience (48 months or more) related to the area of specialization, including experience (24 months or more) in an administrative or supervisory capacity.

## *Program Specialist IV*

**Job Code: A6600**                                            **Range: 82**

### Definition:

This is a highly responsible professional and administrative work of considerable scope and complexity in assisting with the operation of a Division at the Department of Mental Health and Mental Retardation.

Employees in this class are responsible for acting in the capacity as an Assistant Division Director. It is necessary to exercise a high degree of independent judgement. Work includes the supervision of professional and non-professional employees. Work is generally accepted as final, but may be reviewed by the supervisor.

### Examples of Work Performed: (May not include all duties performed)

- Provides supervision to division staff by assigning work activities, arranging training, and evaluating job performance
- Assists with division planning and monitors implementation plans for the division
- Attends/conducts meetings and devises agendas in order to assure the implementation of divisional functions
- Coordinates major projects by revising standards, participating in contract development, grant proposals, and block grant administration
- Works/coordinates activities with other agencies
- Screens incoming correspondence for Director, prepares documents, letters, and memoranda for his/her signature
- Determines the needs of service providers and makes appropriate responses
- Devises operational budget for the division within established time frame and in accordance with departmental policy
- Assumes responsibilities of the Division Director in his/her absence

### Knowledge, Skills, and Abilities:

- Extensive knowledge of managerial principles, concepts, techniques, and their application
- Knowledge of mental health system staffing and service delivery
- Knowledge of funding systems at the federal, state, and local level
- Ability to supervise and evaluate the work of others
- Ability to plan, organize, and prioritize work activities
- Ability to establish and maintain contact with high level officials and various other public agencies

Program Specialist IV
Page 2

## **Qualifications:**

Master's degree in business administration, public administration, or a human services field including but not limited to the following disciplines listed below:

Sociology, Speech Education, Rehabilitation, Counseling, Psychology, Speech Pathology, Audiology, Nursing, Physical or Occupational Therapy, as well as any related academic disciplines associated with the study of Human Behavior, Human Skill development or basic human care needs.

Considerable experience (48 months or more) in the mental health field, including experience (24 months or more) in a supervisory or administrative capacity.

## *Program Specialist V*

**Job Code: A6700**                                              **Range: 85**

### Definition:

This is advances responsible professional and administrative work of considerable scope and complexity in directing the activities of an entire Division or Bureau at the Department of Mental Health and Mental Retardation.

Employees in this class are responsible for serving as Director of a Division or Bureau at the Department of Mental Health and Mental Retardation. It is necessary to exercise a high degree of independent judgement. Supervision is exercised over professional and non-professional staff performing specialized assignments. Work is generally accepted as final, but may be reviewed by the supervisor for programmed effectiveness.

### Examples of Work Performed:

- Supervises the staff of the division or bureau, either directly, or by delegating to the assistant director
- Evaluates the work of subordinates by monitoring leave, conducting appraisals, setting performance goals, updating work tasks, or initiating disciplinary action
- Develops and administers annual budget requests for the administration of the division or bureau in accordance with established principles
- Prepares and maintains records and reports by reviewing information received
- Plans, organizes, develops, and implements programs for community services by following regulations and procedures
- Interacts with other governmental agencies in the planning and development of service delivery
- Ensures overall compliance with applicable laws, regulations, and policies within the division or bureau
- May negotiate contracts with appropriate committees to determine allocation methodologies

### Knowledge, Skills, and Abilities:

- Extensive knowledge of managerial principles, concepts, techniques, and their application
- Knowledge of mental health system staffing and service delivery
- Knowledge of funding systems at the federal, state, and local level
- Ability to supervise and evaluate the work of others

Program Specialist V
Page 2

- Ability to communicate effectively, both orally and in writing
- Ability to establish and maintain contact with high level officials and various other public agencies

## Qualifications:

Master's degree in Business Administration, Public Administration, or a human services field including but not limited to the following disciplines listed below:

Sociology, Speech Education, Rehabilitation, Counseling, Psychology, Speech Pathology, Audiology, Nursing, Physical or Occupational Therapy, as well as any related academic disciplines associated with the study of Human Behavior, Human Skill development or basic human care needs.

Extensive experience (72 months or more) in the mental health field and considerable experience (48 months or more) in the area of administration.

### *Director of Nursing Services*
### *(Facilities with greater than 150 Beds)*

*Job Code: N7000*                                    *Pay Range 83*

## Definition:

This is professional administrative work directing nursing services in a state mental health facility. Employee is accountable for providing strategic leadership and direction for the Nursing Department, leading day-to-day operations, including but not limited to, directing, organizing, planning, staffing, and resource management. In addition to staff supervision, other primary areas of responsibility include ensuring compliance of the Joint Commission and regulatory standards, collaborating with the Facility Director, the Medical Director, and other Departmental Directors as well as quality enhancement. Has a leadership role in building relationships, coordinating patient care, and creating and sustaining a positive context for nursing. This individual is also responsible for effectively interacting with other functional units of the facility.

## Examples of Work Performed: (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Provides direct line supervision of ADON and other nursing personnel based upon the organizational structure of the Nursing Department
- Develops Nursing Service policies and procedures and manages the orientation/implementation of polices and procedures
- Manages the Nursing Service Competency Assessment Program
- Reviews other departmental and hospital policies and procedures and makes recommendations
- Promotes staff development and continuing education for Nursing Service staff
- Collaborate with the Human Resource Department in developing, implementing and evaluating programs to promote recruitment, retention, and development of hospital personnel

Director of Nursing Services
Page 2

- Participates in budget planning
- Ensures departmental participation in all aspects of Annual OP and leadership plan.
- Collaborates with clinical department heads in planning for provision of patient care
- Provides a mechanism for the verification of skills and competency of non-licensed nursing staff to verify that fundamental skills and performance standards are demonstrated
- Analyzes data and prepares reports related to improving nursing care and the delivery of services to patients
- Identifies training needs for Nursing Service
- Functions as acting facility director or administrator-on-call as assigned
- Assumes responsibility for nursing services 24 hours daily
- Develops/Revises written staffing plan for Nursing Service
- Reviews/revises job descriptions as well as Nursing Service Procedure Manual every 2 years

**Knowledge, Skills, and Abilities**:

- Ability to communicate effectively orally and in writing
- Knowledge, skills and ability to recognize medical and psychiatric emergencies
- Ability to work with the population served – patients, peers, subordinates, supervisors, public, etc., in delicate, frustrating or tense situations
- Ability to provide patient care utilizing nursing process, standards of care and nursing plan of care
- Ability to supervise, to include the ability to delegate, instruct, discipline, commend, and interview as needed, to evaluate staff performance, ensure completion of tasks as scheduled, assign work load, address complaints and orient new employees
- Ability to make decisions as needed, evaluate effectiveness of treatment/training program and establish priorities
- Ability to provide education to patients

Director of Nursing Services
Page 3

- Ability to combine information for various sources to produce new ideas or solutions
- Knowledge of the Nursing Standards of Care and Practice
- Knowledge of the state and federal standards such as the Joint Commission and CMS requirements

## Qualifications:

Master's Degree or higher advanced degree in Nursing, including considerable (48 months or more) experience as a Registered Nurse, with experience (24 months or more) in a supervisory or administrative capacity.

## Necessary Special Requirements:

Possession of a current certificate of registration to practice nursing as issued by the Alabama Board of Nursing.

ADMH_06-03-00144

### *Director of Nursing Services*
### *(Facilities with less than 150 Beds)*

*Job Code: N6000*                                                    *Pay Range 82*

**Definition:**

   This is professional administrative work directing nursing services in a state mental health facility. Employee is accountable for providing strategic leadership and direction for the Nursing Department, leading day-to-day operations, including but not limited to, directing, organizing, planning, staffing, and resource management. In addition to staff supervision, other primary areas of responsibility include ensuring compliance of the Joint Commission and regulatory standards, collaborating with the Facility Director, the Medical Director, and other Departmental Directors as well as quality enhancement. Has a leadership role in building relationships, coordinating patient care, and creating and sustaining a positive context for nursing. This individual is also responsible for effectively interacting with other functional units of the facility.

**Examples of Work Performed**: (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Provides direct line supervision of ADON and other nursing personnel based upon the organizational structure of the Nursing Department
- Develop*s* Nursing Service policies and procedures and manages the orientation/implementation of polices and procedures
- Manages the Nursing Service Competency Assessment Program
- Reviews other departmental and hospital policies and procedures and makes recommendations
- Promotes staff development and continuing education for Nursing Service staff
- Collaborate with the Human Resource Department in developing, implementing and evaluating programs to promote recruitment, retention, and development of hospital personnel

Director of Nursing Services
Page 2

- Participates in budget planning
- Ensures departmental participation in all aspects of Annual OP and leadership plan.
- Collaborates with clinical department heads in planning for provision of patient care
- Provides a mechanism for the verification of skills and competency of non-licensed nursing staff to verify that fundamental skills and performance standards are demonstrated
- Analyzes data and prepares reports related to improving nursing care and the delivery of services to patients
- Identifies training needs for Nursing Service
- Functions as acting facility director or administrator-on-call as assigned
- Assumes responsibility for nursing services 24 hours daily
- Develops/Revises written staffing plan for Nursing Service
- Reviews/revises job descriptions as well as Nursing Service Procedure Manual every 2 years

## Knowledge, Skills, and Abilities:

- Ability to communicate effectively orally and in writing
- Knowledge, skills and ability to recognize medical and psychiatric emergencies
- Ability to work with the population served – patients, peers, subordinates, supervisors, public, etc., in delicate, frustrating or tense situations
- Ability to provide patient care utilizing nursing process, standards of care and nursing plan of care
- Ability to supervise, to include the ability to delegate, instruct, discipline, commend, and interview as needed, to evaluate staff performance, ensure completion of tasks as scheduled, assign work load, address complaints and orient new employees
- Ability to make decisions as needed, evaluate effectiveness of treatment/training program and establish priorities
- Ability to provide education to patients

Director of Nursing Services
Page 3

- Ability to combine information for various sources to produce new ideas or solutions
- Knowledge of the Nursing Standards of Care and Practice
- Knowledge of the state and federal standards such as the Joint Commission and CMS requirements

## Qualifications:

Master's Degree or higher advanced degree in Nursing, including considerable (48 months or more) experience as a Registered Nurse, with experience (24 months or more) in a supervisory or administrative capacity.

## Necessary Special Requirements:

Possession of a current certificate of registration to practice nursing as issued by the Alabama Board of Nursing.

## Licensed Practical Nurse

**Job Code: N1400**                                         **Pay Range: 64**

**Definition:**

This is responsible technical nursing work which provides care to clients/patients in a state mental health facility. Employees in this class perform technical nursing duties in assisting physicians and professional nurses in routine facility activities such as dispensing medication, checking clients/patients' vital signs, performing routine laboratory procedures and maintaining medical records. Work may include the supervision of other licensed practical nurses and mental health workers. Employee may serve as QMRP/QMHP as applicable.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Writes client/patient information such as daily shift reports, data base information, contact reports, special incident reports, illnesses, vital signs, medical records summaries, clothing requests, doctors' orders, team assignments, weekly reviews and psychotropic drug reports/sheets
- Converses with client/patients using doctors orders and treatment plans in order to explain treatment plans, orient them to the policies and procedures of the facility
- Examines clients/patient for object symptoms using a stethoscope, thermometer, flashlight, otoscope, tongue depressors and other medical equipment as may be required following recognized nursing practices and procedures in order to check on their condition, determine any possible illnesses supervise their activities
- Secludes/restrains client/patients using the seclusion room, soft restraints, the seclusion log book, chairs and/or a bed, seclusion reports/flow sheets and any other information as may be required control the clients/patients and protect them from endangering themselves or others
- Applies first aid treatment to clients/patients and other staff members using pressure bandages, direct pressure techniques, ice, tourniquets, back boards, splints, sand bags, cylinders, ointments and other medications
- Collects specimens from clients/patients such as blood, urine, feces, sputum, throat cultures, vomitus and wound cultures
- Attends meetings such as daily team meetings, habilitation team meeting, in-service training sessions community
- Discusses client/patient medication with facility pharmacist

Licensed Practical Nurse
Page 2

- Researches client/patient medical records
- Supports physicians during physical and mental examinations or as may be requested
- Picks up/delivers clients/patient medicine bottles using metal baskets and other bulk containers following facility policies and procedures and supervision" instructions

## Knowledge, Skills, and Abilities:

- Ability to read and comprehend documents
- Knowledge of prescribed medication types
- Ability to communicate orally and in writing
- Knowledge of facility equipment/medical supplies
- Knowledge of normal vital signs and body functions
- Knowledge of first-aid techniques
- Knowledge of isolation techniques
- Knowledge of specimen types
- Ability to organize job tasks
- Knowledge of restraint techniques
- Ability to supervise subordinates

## Qualifications:

High school diploma or GED equivalency, and graduation from a state-approved school of practical nurse education.

## Necessary Special Requirements:

Possession of a certificate of registration as a Practical Nurse issued by the Alabama Board of Nursing.

## *Nursing Liaison*

**Job Code: N7000**                                                    **Pay Range 83**

### Definition:

    This is a professional, administrative position that will report to the Alabama DMH/MR Director of Certification. The employee will serve as the department's liaison to the Alabama Board of Nursing and will serve as the coordinator of the department's Nurse Delegation Program (NDP). The employee will also work closely with the service division associate commissioners and their designees to review health information and provide quality improvement recommendations.

### Examples of Work Performed:

- Implement NDP training programs.
- Complete training manual updates.
- Conduct training classes.
- Provide refresher training to Medication Assistant Train the Trainer (MATT) and Medication Assistance Supervisor (MAS) Nurses.
- Provide refresher training materials for use by MATT and MAS nurses for required continuing education of Medication Assistant Certified (MAC) workers.
- Interact with divisional staff, other governmental agencies, local community mental health program staff, as well as the general public on issues related to the NDP.
- Resolve problems and keep lines of communication open with MATT/MAS nurses and MAC workers.
- Coordinate efforts in the recruitment/retention of MATT nurses.
- Facilitate the assessment of compliance/non-compliance of cross divisional activities related to the NDP.
- Provide technical assistance as requested by respective divisions/agencies.
- Facilitate resolution of internal issues related to the NDP.
- Recommend policy positions regarding the NDP.
- Consult with all Divisions prior to recommending new policies to ensure the availability of support/resources.
- Provide assistance to provider administrative staff to establish philosophy/objectives related to the NDP.
- Monitor the NDP activities to ensure quality care.
- Provide quality improvement recommendations to Divisions/Agencies.
- Provide aggregate data for all Divisions to the Alabama Board of Nursing.

ADMH_06-03-00150