## *Nurse Practitioner*

**Job Code: N6200**                                    **Pay Range: 82**

**Definition:**

    This is a certified registered nurse practitioner (CRNP) position at a state residential facility serving individuals with mental illness/mental retardation. An Employee in this capacity collaborates directly with physicians and with other health care professionals to ensure effective and efficient patient care delivery and the achievement of desired patient outcomes. Work involves responsibility for supervising staff, collaborating directly with physicians, and with the Director of Psychiatric/Clinical/Medical Services to ensure care and delivery of quality health services.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Address/assess/evaluate routine and emergency psychiatric/health care/medical needs of clients and provide appropriate care and treatment as needed.
- Conduct/perform in consultation with physician/psychiatrist, physical examinations/psychiatric assessments on clients at admission, readmission, yearly or as noted in facility by-laws or standards and forward documentation to records for maintenance.
- Document progress notes as required by facility
- Complete medication adjustments on clients in consultation with collaborating physician as needed.
- Attend/participate in scheduled Health Service/Medical Staff meetings.
- Order laboratory tests/x-rays/other diagnostic exams for clients, review and document, consulting with collaborating physician as needed.
- Refer clients to other health care providers/medical consultants for evaluation and testing, and document recommendations and what actions were taken.
- Consult with/make medical rounds with collaborating physicians.
- Attend/participate in scheduled Interdisciplinary Team Meetings on assigned clients, as well as any other meetings as needed, such as client admission and discharge meeting and special team meeting.
- Conduct reviews of client charts, through review of lab tests/radiological tests/consults to ensure appropriate care is provided.
- Contact/consult/educate families and guardians.

ADMH_06-03-00152

Nurse Practitioner
Page 2

- Provide group or individual therapeutic treatments
- Provide discharge orders and assure that discharge needs are met by working in collaboration with various treatment team members

## Knowledge, Skills, and Abilities:

- Knowledge of general and specific medical/psychiatric diagnoses and treatment specific to the population served.
- Knowledge of principles and practices of clinical assessment, common health problems, mental health issues, clinical consultation and continuity of patient care.
- Knowledge of causes, treatment and prevention of communicable diseases.
- Knowledge of primary, acute, and chronic healthcare management areas common to the specific population served
- Knowledge of common medications / pharmaceutical treatments and their interactions
- Knowledge of basic laboratory work and radiological tests. Ability to work effectively with the population served.
- Ability to respond well to emergencies in a stressful environment and handle potentially volatile situations in a calm, decisive manner.
- Ability to develop and interpret medical and psychiatric histories, conduct physical/psychiatric assessments and evaluate client behavior.
- Ability to communicate with / educate / inform clients, their families and staff in areas that will promote effective medical management.
- Ability to develop accurate / concise reports. Ability to document and manage client file information in a complete and accurate manner.
- Ability to provide group or individual therapeutic treatment
- Ability to perform restraint and seclusion assessments or work towards developing competency in such assessments as defined by facility

## Qualifications:

Master's Degree or higher advanced degree in Nursing, with a clinical specialty in the appropriate area of practice. Must have successfully completed a Nurse Practitioner program recognized and approved by the Alabama Board of Nursing.

## Necessary Special Requirements:

Possession of a current advanced practice nursing certification as a Certified Registered Nurse Practitioner (CRNP) granted by the Alabama Board of Nursing in the clinical specialty appropriate with the area of practice.

## *RN I*

**Job Code: N2500**                                    **Pay Range: 73**

**Definition:**

This is professional nursing work in a state mental health facility. Employee is responsible for the delivery of patient care through the nursing process of assessment, diagnosing, planning, implementation, and evaluation. Responsible for directing and coordinating all nursing care for assigned patients based on established clinical nursing practice standards. Collaborates with other professional disciplines to ensure effective and efficient patient care delivery and the achievement of desired patient outcomes. Serves in the charge nurse role as needed. Supports the organization vision and mission. Utilizes knowledge of patient's age and cultural diversity into the provision of patient care. Contributes to the provision of quality nursing care through quality enhancement techniques that demonstrate positive outcomes in patient care.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Assess patient, document, and communicate
- Practices in accordance with established nursing principles
- Follows facility policies and procedures when implementing seclusion/restraints
- As member of treatment team, participates in the processes of master treatment planning and weekly treatment team review
- Administers scheduled and PRN medications
- Utilizes standard precautions in day-to-day nursing practice
- Shift supervisor, insures that sufficient staff is available
- Observes patients by following oral and written instructions such as doctor's orders, treatment team recommendations and facility directives
- Under the supervision of the shift/relief supervisor, review and/or complete performance appraisals of subordinates
- Admits patient to the hospital in a professional manner
- Work overtime assignments as determined in order to provide adequate care
- Operates computer
- Maintains shift reports in a manner to enhance communication between/within the shift
- Teaches/trains staff on facility policy and procedures using oral and written instructions in order to ensure optimal level of job performance
- Insures patient confidentiality and security

Registered Nurse
Page 2

- Functions as campus coordinator as needed

## Knowledge, Skills, and Abilities:

- Ability to communicate effectively orally and in writing
- Knowledge, skills and ability to recognize medical and psychiatric emergencies
- Ability to interact with various types of people – patients, peers, subordinates, supervisors, public, etc., in delicate, frustrating or tense situations
- Ability to make independent decisions, to take charge, to take moderate risks in situations not covered by existing procedure
- Ability to provide patient care utilizing nursing process, standards of care and nursing plan of care
- Ability to supervise the work of others to delegate, instruct, discipline, commend, and interview as needed to evaluate staff performance, ensure completion of tasks as scheduled, assign work load, address complaints and orient new employees
- Ability to evaluate effectiveness of treatment/training programs and establish priorities
- Ability to operate medical equipment
- Ability to provide education to patients

## Qualifications:

Graduation from a school of Nursing or a Bachelor's degree in Nursing.

## Necessary Special Requirements:

Possession of a certificate of registration to practice nursing as issued by the Alabama Board of Nursing.

## *RN II*

**Job Code: N3500**                                             **Pay Range: 76**

### Definition:

This is professional supervisory nursing work in a state mental health facility. Employee is responsible for the delivery of patient care through the nursing process of assessment, diagnoses, planning, implementation, and evaluation. Responsible for directing and coordinating all nursing care for assigned patients based on unit/program established clinical nursing practice standards. Collaborates with other professional disciplines to ensure effective and efficient patient care delivery and the achievement of desired patient outcomes. Supports the organization vision and mission. Utilizes knowledge of patient's age and cultural diversity into the provision of patient care. Contributes to the provision of quality nursing care through quality enhancement techniques that demonstrate positive outcomes in patient care.

### Examples of Work Performed: (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Supervises RN I s, LPN s, and mental health workers on a day-to-day basis
- Executes performance appraisals on assigned employees
- Effectively manages medical/psychiatric/behavioral emergency situations
- Obtains/supervises the obtaining of lab specimens
- Correctly completes acuity and census information
- Consistently utilizes standard precautions and participates in Infection Control Program
- Assesses patients on admission
- Coordinates facility wide scheduling and staffing for assigned shift
- Investigates Incidents and responds to Crises/Emergencies
- Serves as house supervisor
- Administers medication in accordance with Departmental/Facility policies
- Grants leave in a timely manner to ensure compliance with policies
- Supervise employees responsible for care of patients
- Function as Charge Nurse
- Maintain records of supervisory conferences
- Completes Nursing Assessments thoroughly and accurately
- Makes rounds on assigned unit
- Communicates verbally and in writing with physicians, staff, clients

Registered Nurse II
Page 2

- Transcribes/writes/completes doctor's orders, progress notes, forms
- Collects performance improvement data
- Assures that nursing staff can perform specified procedures and use special equipment by utilizing competency verification
- Orients new employees, develops teaching plans
- Performs other duties as assigned

## Knowledge, Skills, and Abilities:

- Ability to communicate effectively orally and in writing
- Knowledge, skills and ability to recognize medical and psychiatric emergencies
- Ability to interact with many types of people, patients, peers, subordinates, supervisors, public, etc., in delicate, frustrating or tense situations
- Self-controlled sufficiently to act independently, to take charge, to take moderate risks in situations not covered by existing procedure
- Ability to provide patient care utilizing nursing process, standards of care and nursing plan of care
- Ability to supervise to include the ability to delegate, instruct, discipline, commend, and interview as needed to evaluate staff performance, ensure completion of tasks as scheduled, assign work load, address complaints and orient new employees
- Ability to make decisions as needed, evaluate effectiveness of treatment/training program and establish priorities
- Ability to operate medical equipment
- Ability to provide education to patients
- Ability to combine information for various sources to produce new ideas or solutions

## Qualifications:

Graduation from a school of nursing and experience (24 months or more) as a Registered Nurse or a Bachelor's degree in Nursing and some experience (12 months or more) as a Registered Nurse.

## Necessary Special Requirements:

Possession of a certificate of registration to practice nursing as issued by the Alabama Board of Nursing.

## RN III

**Job Code: N4500**                                    **Pay Range: 78**

**Definition:**

This is professional and supervisory nursing work in a state mental health facility. Employee is responsible for the delivery of patient care through the nursing process of assessment, diagnosing, planning, implementation, and evaluation. Responsible for directing and coordinating all nursing care for assigned patients based on unit/program established clinical nursing practice standards. Collaborates with other professional disciplines to ensure effective and efficient patient care delivery and the achievement of desired patient outcomes. Supports the organization vision and mission. Utilizes knowledge of patient's age and cultural diversity into the provision of patient care. Contributes to the provision of quality nursing care through quality enhancement techniques that demonstrate positive outcomes in patient care. Collaborates with Director of Nursing and medical staff to ensure that care delivered is of the highest quality possible.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Coordinates facility wide scheduling and staffing for assigned shift
- Coordinates Nursing Service Performance Improvement Plan
- Participates in the interviewing of applicants for nursing positions and makes recommendations for hiring
- Supervises RN I's, RN II's LPN's, and Mental Health Workers responsible for care of patients on a on a day-to-day basis
- Executes performance appraisals on assigned employees
- Effectively manages medical/psychiatric/behavioral emergency situations
- Obtains/supervises the obtaining of lab specimens
- Consistently utilizes standard precautions and participates in Infection Control Program
- Investigates Incidents and responds to Crises/Emergencies
- Serves as house supervisor
- Grants leave in a timely manner to ensure compliance with policies
- Function as Charge Nurse
- Maintain records of supervisory conferences
- Makes rounds on assigned unit
- Communicates verbally and in writing with physicians, staff, clients

Registered Nurse III
Page 2

- Collects performance improvement data
- Assures that nursing staff can perform specified procedures and use special equipment by utilizing competency verifications
- Orients new employees, develops teaching plans
- Keep Director of Nursing abreast of overall process on an ongoing basis.
- Performs other related duties as assigned

## Knowledge, Skills, and Abilities:

- Ability to communicate effectively orally and in writing
- Knowledge, skills and ability to recognize medical and psychiatric emergencies
- Ability to deal with may types of people – patients, peers, subordinates, supervisors, public, etc., in delicate, frustrating or tense situations
- Self-controlled sufficiently to act on own, to take charge, to take moderate risks in situations not covered by existing procedure
- Ability to provide patient care utilizing nursing process, standards of care and nursing plan of care
- Ability to supervise to include the ability to delegate, instruct, discipline, commend, and interview as needed to evaluate staff performance, ensure completion of tasks as scheduled, assign work load, address complaints and orient new employees
- Ability to make decisions as needed, evaluate effectiveness of treatment/training program and establish priorities
- Ability to operate medical equipment
- Ability to provide education to patients
- Knowledge of Federal and state agency standards related to health care organizations
- Ability to combine information for various sources to produce new ideals or solutions.

## Qualifications:

Graduation from a school of nursing and considerable experience (48 months or more) as a Registered Nurse, including experience (24 months or more) in a supervisory capacity;

or

Bachelor's degree in nursing and experience (24 months or more) as a Registered Nurse, including some (12 months or more) experience in a supervisory capacity;

or

Master's Degree in Nursing, including some (12 months or more) experience in a supervisory capacity.

ADMH_06-03-00159

Registered Nurse III
Page 3

## **Necessary Special Requirements:**

Possession of a certificate of registration to practice nursing as issued by the Alabama Board of Nursing.

ADMH_06-03-00160

## RN IV

**Job Code: N5000**                                        **Pay Range 81**

### Definition:

This is professional and supervisory nursing work in a state mental health facility. Employee is responsible for the delivery of patient care through the nursing process of assessment, diagnosing, planning, implementation, and evaluation. Responsible for directing and coordinating all nursing care for assigned patients based on unit/program established clinical nursing practice standards. Contributes to the provision of quality nursing care through quality enhancement techniques that demonstrate positive outcomes in patient care. Collaborates with Director of Nursing and medical staff to ensure that care delivered is of the highest quality possible.

### Examples of Work Performed:

- Coordinates facility wide scheduling and staffing for assigned shift
- Coordinates Nursing Service Performance Improvement Plan
- Participates in the interviewing of applicants for nursing positions and makes recommendations for hiring
- Supervises RN I's, RN II's, RN III's, LPN's, and Mental Health Workers responsible for care of patients on a on a day-to-day basis
- Executes performance appraisals on assigned employees
- Effectively manages medical/psychiatric/behavioral emergency situations
- Consistently utilizes standard precautions and participates in Infection Control Program
- Investigates Incidents as requested by the Director of Nursing and responds to Crises/Emergencies
- Grants leave in a timely manner to ensure compliance with policies
- Maintain records of supervisory conferences
- Makes rounds
- Communicates verbally and in writing with physicians, staff, clients
- Collects performance improvement data
- Assures that nursing staff can perform specified procedures and use special equipment by utilizing competency verifications
- Orients new employees, develops teaching plans
- Keep Director of Nursing abreast of overall process on an ongoing basis.
- Performs other related duties as assigned

Registered Nurse IV
Page 2

## Knowledge, Skills, and Abilities:

- Ability to communicate effectively orally and in writing
- Knowledge, skills and ability to recognize medical and psychiatric emergencies
- Ability to deal with many types of people – patients, peers, subordinates, supervisors, public, etc., in delicate, frustrating or tense situations
- Self-controlled sufficiently to act on own, to take charge, to take moderate risks in situations not covered by existing procedure
- Ability to provide patient care utilizing nursing process, standards of care and nursing plan of care
- Ability to supervise to include the ability to delegate, instruct, discipline, commend, and interview as needed to evaluate staff performance, ensure completion of tasks as scheduled, assign work load, address complaints and orient new employees
- Ability to make decisions as needed, evaluate effectiveness of treatment/training program and establish priorities
- Ability to operate medical equipment
- Ability to provide education to patients

## Qualifications:

Graduation from a school of nursing and extensive (72 months or more) experience as a Registered Nurse, including experience (24 months or more) in a supervisory capacity;

or

Bachelor's degree in nursing and considerable (48 months or more) experience as a Registered Nurse, including experience (24 months or more) in a supervisory or administrative capacity.

or

Master's Degree in Nursing, including experience (24 months or more) as a Registered Nurse.

## Necessary Special Requirements:

Possession of a current certificate of registration to practice nursing as issued by the Alabama Board of Nursing.

# *Dietician*

**Job Code: F1000**                                        **Pay Range: 67**

### Definition:

This is professional dietary work in a state mental health facility.

Employees in this class are responsible for the nutritional needs of assigned residents/patients of the facility. Work is reviewed by a professional supervisor or a physician to determine that residents/patients are receiving adequate nutritional care in accordance with established and accepted professional dietary standards.

### Qualifications:

Bachelor's degree in dietetics, institutional or food service management.

### Necessary Special Requirements:

Eligibility for or registration by the American Dietetic Association.

### Nutritional Services Director

**Job Code: F4000**

**Pay Range: 72**

**Definition:**

This is administrative and supervisory work in directing the food service program at a large state mental health facility.

An employee in this class plans, directs and coordinates food service activities for the facility. Work involves supervisory responsibility in all phases of food management including procurement, storage, menu planning, preparation, service, sanitation, and record keeping. Supervision is exercised over a large number of food service personnel engaged in the storage, preparation, and delivery of food. Work is reviewed by an administrative supervisor to determine that food is prepared and work is performed in accordance with established dietary standards.

**Qualifications:**

Bachelor's degree in dietetics, institutional or food service management. Considerable progressively responsible (48 months or more) professional food service experience, including supervisory experience (24 months or more).

**Necessary Special Requirements:**

Registered by the American Dietetic Association.

## Nutritional Services Manager

**Job Code: F2000**                                    **Pay Range: 69**

### Definition:

This is responsible professional dietary and supervisory work in a state mental health facility.

An employee in this class is responsible for providing dietary services to patients/residents of a mental health facility, and supervising other professional dietitians providing such services. Work is reviewed by a physician to determine that patients/residents are receiving adequate nutritional care in accordance with established and accepted professional dietary standards.

### Qualifications:

Bachelor's degree in dietetics, institutional or food service management. Considerable responsible experience (48 months or more) in dietetic of food service management work.

### Necessary Special Requirements:

Registered by the American Dietetic Association.

## *Adaptive Equipment Technician*

*Job Code: 11000*                                              *Range: 50*

### Definition:

    This is skilled technical work in the manufacture, maintenance, and repair of special positioning equipment for residents in a state mental health facility.

    An employee in this class is responsible for altering, customizing, manufacturing, maintaining and repairing supportive and adaptive equipment and devices for residents/patients in a mental health facility. Supervision is received from a professional supervisor who orders devices and reviews the finished product for performance with specification.

### Qualifications:

High school diploma or GED equivalency, and two years experience in design, construction, and maintenance of individualized positioning devices for severely physically disabled.

## *Occupational Therapist*

*Job Code: 18000*                                    *Pay Range: 74*

### Definition:

This is professional work in the field of occupational therapy at a state mental health facility.

Employees in this class provide occupational therapy to the physically handicapped residents/patients of the facility and screen other residents/patients for previously undetected or developing physical deficits. Emphasis is places on neuro-developmental and neuro-physiological techniques for improvement and/or maintenance of existing motor function, restoration or motor function following orthopedic injury, reflex inhibition, appropriate positioning, and improvement and/or maintenance of self-care skills. Supervision may be exercised over assistants and aides. Supervision is received from a professional or administrative supervisor with supervision from a physician as indicated by individual treatment plans.

### Qualifications:

Completion of all academic and field work requirements of an approved educational program in Occupational Therapy accredited by the Accreditation Council for Occupational Therapy Education of the American Occupational Therapy Association.

### Necessary Special Requirements:

Possession of licensure as an Occupational Therapy issued by the Alabama Board of Occupational Therapy.

ADMH_06-03-00167

## *Occupational Therapist Senior*

**Job Code: I9000**                                              **Pay Range: 76**

### Definition:

This is highly responsible professional work in the field of occupational therapy at a state mental health facility.

Employees in this class provide occupational therapy to the physically handicapped residents/patients of the facility and screen other residents/patients for previously undetected or developing physical deficits. Emphasis is placed on neuro-developmental and neuro-physiological techniques for improvement and/or maintenance of existing motor function, restoration or motor function following orthopedic injury, reflex inhibition, appropriate positioning, and improvement and/or maintenance of self-care skills. Supervision may be exercised over assistants and aides. Supervision is received from a professional or administrative supervisor with supervision from a physician as indicated by individual treatment plans.

### Qualifications:

Completion of all academic and field work requirements of an approved educational program in Occupational Therapy accredited by the Accreditation Council for Occupational Therapy Education of the American Occupational Therapy Association. Experience (24 months or more) in Occupational Therapy.

### Necessary Special Requirements:

Possession of licensure as an Occupational Therapy issued by the Alabama Board of Occupational Therapy.

## *Occupational Therapy Assistant*

*Job Code: 17000*                                        *Pay Range: 59*

### Definition:

This is skilled technical work in the occupational therapy program of a state mental health facility.

Employees in this class are responsible for administering treatments to residents/patients in the activities of daily living, constructing adaptive and/or corrective devices, and assisting therapists in administering tests and complex treatments. Work is performed under the direction of a professional Occupational Therapist.

### Qualifications:

Completion of all academic and field work requirements of an approved educational program in Occupational Therapy accredited by the American Occupational Therapy Association.

### Necessary Special Requirements:

Possession of licensure as an Occupational Therapy Assistant issued by the Alabama Board of Occupational Therapy.

## *Physical Therapist*

**Job Code: 14000**                                    **Pay Range: 76**

### Definition:

This is professional work in the field of physical therapy in a state mental health facility.

An employee in this class is responsible for conducting physical therapy evaluations, setting up treatment programs, giving physical therapy treatments, and instructing and supervising technical and para-professional employees in carrying them out. Work also involves responsibility for ordering prescribed orthopedic devices. Treatments are prescribed by physicians, but administration of treatments and evaluations are given independently, subject only to general review by the physician. Supervision is exercised over assistants and aides engaged in carrying out physical therapy treatments. Work is performed under the supervision of a professional or administrative supervisor, but the employee makes independent decisions on professional matters.

### Qualifications:

Completion of a program in physical therapy education appropriate for preparation as a physical therapist, which is approved by the American Physical Therapy Associations Commission on accreditation in Physical Therapy education.

### Necessary Special Requirements:

Registered physical therapist issued by the Alabama Board of Physical Therapy.

## *Physical Therapist Assistant*

**Job Code: 13000**                                          **Pay Range: 61**

### Definition:

This is skilled technical work in a physical therapy program at a state mental health facility.

An employee in this class is responsible for administering treatments to patients/residents, training patients/residents in the use of adaptive or corrective devices, and assisting therapists in administering tests and complex treatments. Work may involve the supervision of non-professional employees. Work is performed under the direction of a professional physical therapist.

### Qualifications:

Associates degree as a physical therapist assistant.

### Necessary Special Requirements:

Licensed as a physical therapist assistant issued by the Alabama Board of Physical Therapy.

ADMH_06-03-00171

### Physical Therapist Senior

**Job Code: 14500**

**Pay Range: 79**

**Definition:**

This is highly responsible professional work in the field of physical therapy in a state mental health facility.

An employee in this class is responsible for conducting physical therapy evaluations, setting up treatment programs, giving physical therapy treatments, and instructing and supervising technical and para-professional employees in carrying them out. Work also involves responsibility for ordering prescribed orthopedic devices. Physicians prescribe treatments, but administration of treatments and evaluations are given independently, subject only to general review by the physician. Supervision is exercised over assistants and aides engaged in carrying out physical therapy treatments. Work is performed under the supervision of a professional or administrative supervisor, but the employee makes independent decisions on professional matters.

**Qualifications:**

Completion of a program in physical therapy education appropriate for preparation as a physical therapist, which is approved by the American Physical Therapy Associations Commission on accreditation in Physical Therapy education.. Experience (24 months or more) in physical therapy.

**Necessary Special Requirements:**

Registered physical therapist issued by the Alabama Board of Physical Therapy.

## *Pharmacist Senior*

**Job Code: X2000**                              **Pay Range: 86**

**Definition:**

This is highly responsible professional and administrative pharmaceutical work at a large state mental health facility.

An employee in this class is responsible for directing pharmaceutical services at a large state mental health facility. Work includes establishing procedures and controls for compounding and dispensing of pharmaceuticals, determining pharmaceuticals to manufacture in volume, and providing consultative services to the medical staff. Supervision is exercised over staff pharmacists and non-professional personnel. Work is performed with considerable independence within the framework of established policy, subject to review of reports and evaluations of programs effectiveness by a medical or administrative supervisor.

**Qualifications:**

Graduation from a school of pharmacy. Considerable (48 months or more) professional experience as a Registered Pharmacist, including supervisory or administrative experience (24 months or more).

**Necessary Special Requirements:**

Possession of a license to practice pharmacy as issued by the Alabama State Board of Pharmacy.

## *Pharmacy Director*

*Job Code: X3000*                                      **Pay Range: 87**

### Definition:

This is highly responsible professional and clinical pharmaceutical work in the Central Office Division of Mental Illness. This position is responsible for providing administrative support and coordination for overall pharmaceutical operations affecting the Alabama Department of Mental Health and Mental Retardation.

An employee in this class is responsible for managing the Department's Indigent Drug Program, including creation of a formulary, liaison with the prime vendor and the general purchasing agent representatives to assure best prices, and coordination with community pharmacists.

Work is performed with considerable independence within the framework of established policy, subject to review of reports and evaluations of program effectiveness by the Associate Commissioner for Mental Illness.

### Examples of Work Performed: (May not include all duties performed)

- Provide administrative support and coordination for overall pharmaceutical operations affecting DMH/MR
- Provide management for the Department's Indigent Drug Program
- Assists state facilities in meeting accreditation and licensure requirements
- Provide consultation to community and facility pharmacists and physicians on pharmacy and medication best practices
- Assists with selection and implementation of pharmacy software, billing procedures, and preparation for audits by third party insurers
- Provides individualized pharmacy consultation
- Processes orders and maintain budget reports, tracking, and data analysis
- Travel to local programs throughout the state to provide coordination, consultation, and general oversight.
- Act as liaison with other state agencies on various pharmacy issues

### Knowledge, Skills, and Abilities:

- Knowledge of pharmaceutical principles and practices
- Knowledge of pharmacy in a clinical setting
- Knowledge of various techniques in clinical pharmacology
- Knowledge of pharmaceutical software
- Knowledge of JCAHO and Medicaid pharmacy regulations and practices

Pharmacy Director
Page 2

- Knowledge of federal, state, and local laws regulating the pharmacy practices
- Knowledge of formulary development
- Knowledge of utilization review
- Knowledge of budget processes
- Ability to provide technical assistance to pharmacists and physicians on best practices
- Ability to provide clinical and administrative consultation
- Ability to analyze financial, billing, and service data

## **Qualifications:**

Graduation from a school of pharmacy. Extensive experience (72 months or more) as a registered Pharmacist, including experience (24 months or more) of supervisory or administrative experience.

## **Necessary Special Requirements:**

Possession of a license to practice pharmacy as issued by the Alabama State Board of Pharmacy.

ADMH_06-03-0017

## *Staff Pharmacist*

**Job Code: X1000**                                    **Pay Range: 84**

### Definition:

This is responsible professional pharmaceutical work at a state mental health facility.

Employees in this class fill prescriptions and dispense drugs in the pharmacy of a state mental health facility. Work involves preparing and maintaining special records on the types and quantities of drugs purchased, dispensed, and stocked. Work may include the supervision of non-professional employees. Work is performed under the general direction of a professional supervisor and is reviewed for conformance to departmental policies and standard pharmaceutical procedures through conferences and review of results.

### Qualifications:

Graduation from a school of pharmacy.

### Necessary Special Requirements:

Possession of a license to practice pharmacy as issued by the Alabama State Board of Pharmacy.

## Associate Physician
### (Redlined)

**Job Code: Z1000**                                     **Pay Range: 77**

**Definition:**

This is professional medical work in the care and treatment of patients/residents at a state mental health facility.

An employee in this class performs professional medical duties in the care and treatment of patients/residents of a state mental health facility. Work may include directing the work of nurses and other employees engaged in providing medical care and treatment to patients/residents. An employee works under the direct supervision of a professional supervisor. Work is subject to close check by the professional supervisor.

**Qualifications:**

Graduation from a school of medicine approved by the American Medical Association.

**Necessary Special Requirements:**

Possession of a limited license as a physician as issued by the Alabama State Board of Medical Examiners.

## *Medical Director*

**Job Code: Z5000**                              **Pay Range: 93**

**Definition:**

    This is a professional and administrative medical work in providing clinical supervision at a state mental health facility. Employee is responsible for the administration, supervision and coordination of all clinical services for the facility. Work includes developing policies, guidelines and administrative procedures to be used in the clinical program. Work also involves performing medical responsibilities in the care and treatment of clients/patients of the facility. Supervision is exercised over other medical and professional staff engaged in the care and treatment of clients/patients. Employees may serve as QMRP/QMHP as applicable.

    Work is performed with considerable latitude and professional discretion, and is reviewed by an administrative supervisor through periodic and special reports, and conferences.

**Examples of Work Performed:** (Any one position may not include all of the duties, nor do the examples include all of the duties which may be performed.)

- Coordinates/instructs/directs client/patient care in conjunction with nursing and ancillary services such as dietary, mental health workers, lab and physical therapy using clients'/patients' charts, reports, telephone, in-service training and face-to-face contact following oral and written instructions such as personal requests, facility policies and procedures, JCAH standards and professional judgment.
- Attends meeting such as monthly medical staff, committee, Treatment Planning Conference, continuing medical education, morning report, client/patient reviews and treatment team using clients'/patients' charts, audiovisual aids, reference materials and collected data following oral and written instructions such as facility policies and procedures and court-ordered standards.
- Writes documents such as hospitalization summaries, treatment plans, autopsy consents, progress notes, death certificates, summaries, accidents reports and operational planning reports using clients'/patients' charts and appropriate forms following oral and written instructions such as facility directives, JCAH and court-ordered standards and the *Diagnostic and Statistical Manual III, revised.*
- Monitors clients'/patients' status for medical/mental conditions such as cardiovascular problems, nutrition, seizures, endocrinology, infections and medication using observed behavioral changes, computer products, abnormal physical findings, clients'/patients' complaints, nurses notes and lab reports following oral and written instructions such as court-ordered and JCAH standards and facility directives in accordance with standard medical practice.

Medical Director
Page 2

- Provides written and/or oral information concerning client/patient status to various agencies such as courts, SSI, other mental health facilities, hospitals, insurance companies, nursing homes and clients'/patients' families using clients'/patients' charts, forms, telephones, letters, mail service and release information forms following oral and written instructions such as court orders, JCAH standards, legal requirements, privacy act/confidentiality and AMA ethical codes and requests.

**Knowledge, Skills, and Abilities:**

- Ability to communicate in writing
- Ability to make decisions
- Ability to communicate orally
- Knowledge of physical diseases
- Knowledge of anatomy/physiology
- Ability to add, subtract, multiply and divide
- Ability to perform diagnostic/surgical techniques

**Qualifications:**

Graduation from an approved school of medicine supplemented by completion of an internship and residency approved by the American Medical Association along with considerable clinical experience (48 months or more) including (24 months or more) supervisory/administrative experience.

**Special Requirements:**

Possession of a license as a physician as issued by the Alabama State Board of Medical Examiners. Eligibility or possession of a certificate as a diplomat of a specialty board established by the American Medical Association.

## *Physician*

**Job Code: Z3000**                                    **Pay Range: 89**

**Definition:**

    This is professional medical work in the care and treatment of clients/patients at a state mental health facility. Work may include directing the work of nurses and other employees engaged in providing medical care and treatment to clients/patients. Supervision may be exercised over other medical and professional staff engaged in the care and treatment of clients/patients. Employee may serve as QMRP/QMHP as applicable.

    Employee works under the general supervision of the medical director but relies on his or her professional knowledge to plan and implement medical services. Medical work involving unusual cases may be referred to a professional medical specialist.

**Examples of Work Performed:** (Any one position may not include all of the duties, nor do the examples include all of the duties which may be performed.)

- Monitors clients'/patients' status for medical/mental conditions such as cardiovascular problems, nutrition, seizures, endocrinology, infections and medication using observed behavioral changes, computer products, abnormal physical findings, clients'/patients' complaints, nurses notes and lab reports following oral and written instructions such as court-ordered and JCAH standards and facility directives.
- Evaluates clients/patients and records information (history, physical, mental status, basic laboratory) using a stethoscope, sphygmometer, oto-opthascope, tongue blade, reflex hammer, gloves, tape measures, dictation equipment, scales, lab reports and appropriate forms following proper medical practice.
- Writes prescriptions and orders using prescription pads, medical order sheets, *Physician's Desk Reference (PDR)*, interaction textbooks and clients'/patients' charts following oral and written instructions such as facility policies and procedures, JCAH standards and court-ordered standards.
- Writes documents such as hospitalization summaries, treatment plans, autopsy consents, progress notes, death certificates, summaries, accident reports and operational planning reports using clients'/patients' charts and appropriate forms following oral and written instructions such as facility directives, JCAH and court-ordered standards and the *Diagnostic and Statistical Manual III, revised.*
- Attends meeting such as monthly medical staff, committee, Treatment Planning Conference, continuing medical education, morning report, client/patient reviews and treatment team using clients'/patients' charts, audiovisual aids, reference materials and collected data following oral and written instructions such as facility policies and procedures and court-ordered standards.

ADMH_06-03-00180

Physician
Page 2

- Coordinates/instructs/directs client/patient care in conjunction with nursing and ancillary services such as dietary, mental health workers, lab and physical therapy using clients'/patients' charts, reports, telephone, in-service training and face-to-face contact following oral and written instructions such as personal requests, facility policies and procedures, JCAH standards and professional judgment.
- Performs minor surgical and diagnostic procedures such as minor lacerations, incision and drainage of some abscesses, removal of foreign bodies, biopsies and pap smears using appropriate instruments and environment and assisted by medical staff following oral and written instructions such as facility policies and medical and surgical techniques.
- Performs emergency medical evaluations and treatment such as CPR, endotrachealintubheion, Heimlich maneuver, defibrillation and cardioversion using appropriate equipment medicine and techniques following oral and written instructions such as calls, proper medical emergency procedures, facility policies and procedures and JCAH standards.
- Provides written and/or oral information concerning client/patient status to various agencies such as courts, SSI, other mental health facilities, hospitals, insurance companies, nursing homes and clients'/patients' families using clients'/patients' charts, forms, telephones, letters, mail service and release information forms following oral and written instructions such as court orders, JCAH standards, legal requirements, privacy act/confidentiality and AMA ethical codes and requests.

**<u>Knowledge, Skills, and Abilities:</u>**

- Knowledge of physical diseases/conditions
- Ability to read and comprehend documents
- Knowledge of anatomy/physiology
- Ability to interpret lab reports
- Ability to make decisions
- Ability to communicate orally and in writing
- Knowledge of pharmacology
- Knowledge of medical equipment/supplies
- Knowledge of infection controls
- Knowledge of mental disorders
- Knowledge of emergency interventions
- Knowledge of universal precautions
- Ability to perform surgical/diagnostic techniques
- Ability to add, subtract, multiply and divide
- Ability to operate office equipment

Physician
Page 3

## Qualifications:

Graduation from an approved school of medicine followed by a residency approved by the American Medical Association or the American Osteopathic Association.

## Special Requirements:

Possession of a license as a physician as issued by the Alabama State Board of Medical Examiners.

## *Physician Senior*

***Job Code: Z4000***                              ***Pay Range: 91***

### Definition:

This is a specialized professional and/or administrative medical work in the care and treatment of clients/patients at a state mental health facility. Work includes directing the work of nurses and other employees engaged in providing medical care and treatment to clients/patients. Employee performs specialized medical duties in the care and treatment of clients/patients. Employees may perform administrative duties such as developing policies and guidelines. Supervision may be exercised over other medical and professional staff engaged in the care and treatment of clients/patients. Employee may serve as QMRP/QMHP as applicable.

Employee works under the general supervision of the medical director but relies on his or her professional knowledge to plan and implement medical services. Medical work involving unusual cases may be referred to a professional medical specialist.

### Examples of Work Performed: (Any one position may not include all of the duties, nor do the examples include all of the duties which may be performed.)

- Evaluates clients/patients and records information (history, physical, mental status, basic laboratory) using a stethoscope, sphygmometer, oto-opthascope, tongue blade, reflex hammer, gloves, tape measures, dictation equipment, scales, lab reports and appropriate forms following proper medical practice.
- Monitors clients'/patients' status for medical/mental conditions such as cardiovascular problems, nutrition, seizures, endocrinology, infections and medication using observed behavioral changes, computer products, abnormal physical findings, clients'/patients' complaints, nurses notes and lab reports following oral and written instructions such as court-ordered and JCAH standards and facility directives.
- Writes prescriptions and orders using prescription pads, medical order sheets, *Physician's Desk Reference (PDR)*, interaction textbooks and clients'/patients' charts following oral and written instructions such as facility policies and procedures, JCAH standards and court-ordered standards.
- Performs emergency medical evaluations and treatments such as CPR, endotrachealintubheion, Heimlich maneuver, defibrillation and cardioversion using appropriate equipment medicine and techniques following oral and written instructions such as calls, proper medical emergency procedures, facility policies and procedures and JCAH standards.

Physician Senior
Page 2

- Performs minor surgical and diagnostic procedures such as minor lacerations, incision and drainage of some abscesses, removal of foreign bodies, biopsies and pap smears using appropriate instruments and environment and assisted by medical staff following oral and written instructions such as facility policies and medical and surgical techniques.

**Knowledge, Skills, and Abilities:**

- Knowledge of physical diseases
- Ability to read and comprehend documents
- Knowledge of anatomy/physiology
- Knowledge of mental disorders
- Ability to interpret lab reports
- Ability to communicate in writing
- Knowledge of emergency interventions
- Ability to perform diagnostic/surgical techniques
- Knowledge of medical equipment/supplies
- Knowledge of pharmacology
- Ability to make decisions
- Ability to communicate orally
- Ability to add, subtract, multiply, and divide
- Knowledge of infection controls
- Knowledge of universal precautions

**Qualifications:**

Graduation from an approved school of medicine followed by an internship and residency approved by the American Medical Association or the American Osteopathic Association with clinical experience (24 months or more) in the health care field.

**Special Requirements:**

Possession of a license as a physician as issued by the Alabama State Board of Medical Examiners. Eligibility or possession of a certificate as a diplomat of a specialty board established by the American Medical Association.

ADMH_06-03-00184

## *Psychiatrist Senior On-Call*

**Job Code: Z6400**                                              **Range: 92**

### Definition:

This is specialized professional work in the psychiatric care and treatment of clients/patients at a state mental health facility. Work may include directing/supervising the work of nurses and other professional employees engaged in provided treatment.

Employee may perform administrative duties such as supervision of clinical activities within a treatment unit or program at a facility.

This classification requires being on-call for specified time periods as required by the facility for which no compensatory time is granted.

### Examples of Work Performed: (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Evaluates/treats/medicates clients/patients during regular and/or on call hours using clinical judgment and in order to receive the highest possible level of functioning.
- Writes/Composes documents such as patient evaluations, treatment plans, progress notes, and discharge summaries, in order to provide a base of information for use by facility personnel.
- Writes prescriptions for clients/patients using APA and court ordered guidelines in order to provide instructions regarding name, dosage, frequency, and route of administration of medication.
- May supervise physicians/psychiatrists using in-service training, departmental directives, and personnel policies in order to foster professional growth, ensure accountability of staff, and to ensure quality job performance.
- Gives/receives information to/from staff, other state facilities, and personnel.
- Attends meetings/conferences/workshops in order to upgrade job performance and improve quality of client/patient care.

### Knowledge, Skills, and Abilities:

- Ability to make clinical assessments, interprets responses both verbal and non-verbal, gather clinical data, and diagnose illnesses.
- Ability to communicate effectively orally and in writing.

Psychiatrist Senior On-Call
Page 2

- Knowledge of mental conditions such as psychoses and behavioral disorders in order to evaluate the effectiveness of treatment plans and provide appropriate prognosis and plan after-care.
- Knowledge of pharmacology/psychopharmacology such as anti-psychotics and psycho tropics in order to maximize treatment progression.
- Knowledge of treatment strategies in order to develop, recommends, and implements treatment plans and effect positive changes in client/patient behavior.
- Knowledge of potential signs/symptoms of dangerous behavior to include suicidal, homicidal and assault as needed to manage aggressive behavior and reduce morbidity and mortality.
- Ability to supervise to include the ability to instruct, evaluate, discipline, commend, and evaluate employee performance to ensure completion of tasks as scheduled.
- Ability to conduct mathematical calculations to determine proper medication dosages, performance appraisal ratings, staff activity percentages, and accuracy of staff performance and budgets.

## Qualifications:

Graduation from a school of medicine and successful completion of a residency program in psychiatry as approved by the American Board of Psychiatry and Neurology and recognized by the American Medical Association or the American Osteopathic Association. Must be board certified in psychiatry by the American Board of Psychiatry and Neurology.

## Necessary Special Requirement:

Must possess a license as issued by the Alabama State Board of Medical Examiners.

## *Psychiatry Director*

**Job Code: Z6200**

*Range: 92*

**Definition:**

This is specialized professional and administrative medical work in the psychiatric care and treatment of clients/patients at a state mental health facility. Work includes directing the work of physicians and nurses and other professional employees engaged in providing medical/psychiatric care and treatment of clients/patients.

Employee performs specialized medical duties in the capacity of a Clinical Director. The employee also performs administrative duties such as developing policies and guidelines directing the operation of clinical service at a large facility.

**Examples of Work Performed:** (May not include all the duties performed.)

- Evaluates/treats/medicates clients/patients during regular and/or on call hours using clinical judgment.
- Writes/composes documents such as patient evaluations, treatment plans, progress notes, and discharge summaries.
- Writes prescriptions for clients/patients using APA and court ordered guidelines.
- Supervises physicians/psychiatrists using in-service training, departmental directives, and personnel policies.
- Directs and assigns work to subordinates based on ability, clinical privileges, and on work priorities.
- Coordinates the orientation/training and ongoing in-service activities for all clinical service staff with the appropriate personnel.
- Attends meetings/conferences/workshops.

**Knowledge, Skills, and Abilities:**

- Ability to make clinical assessments, interpret responses both verbal and non-verbal, gather clinical data, and diagnose illnesses
- Ability to communicate effectively orally and in writing
- Knowledge of treatment strategies in order to develop, recommend, and implement treatment plans and effect positive change in client/patient behavior

Psychiatry Director
Page 2

- Ability to supervise to include the ability to instruct, evaluate, discipline, commend, and evaluate employee performance to ensure completion of tasks as scheduled
- Ability to make decisions as needed to establish priorities, organize workloads, make treatment recommendations, and manage facility/staff resources
- Knowledge of conflict intervention techniques to include when and under what conditions to apply and limitations in managing

**Qualifications:**

Graduation from a school of medicine and successful completion of a residency program in psychiatry as approved by the American Board of Psychiatry and Neurology and should be recognized by the American Medical Association or the American Osteopathic Association. Must be board certified in psychiatry by the American Board of Psychiatry and Neurology. Extensive professional medical experience (72 months or more) in psychiatry with considerable (48 months or more) experience in administration.

**Special Requirements:**

Must possess a license as issued by the Alabama State Board of Medical Examiners.

### *Psychiatry Director On-Call*

*Job Code: Z6500*                                    *Range: 93*

**Definition:**

 This is specialized professional and administrative medical work in the psychiatric care and treatment of clients/patients at a large state mental health facility. Work includes directing the work of physicians and nurses and other professional employees engaged in providing medical/psychiatric care and treatment of clients/patients.

 Employee performs specialized medical duties in the capacity of a Clinical Director. The employee also performs administrative duties such as developing policies and guidelines directing the operation of clinical services at a large facility.

 This classification requires being on-call for specified time periods as required by the facility for which no compensatory time is granted.

**Examples of Work Performed:**  (May not include all the duties performed)

- Evaluates/treats/medicates clients/patients during regular and/or on call hours using clinical judgment and in order to receive the highest possible level of functioning.

- Writes/Composes documents such as patient evaluations, treatment plans, progress notes, and discharge summaries, in order to provide a base of information for use by facility personnel.

- Writes prescriptions for clients/patients using APA and court ordered guidelines in order to provide instructions regarding name, dosage, frequency, and route of administration of medication.

- Supervises physicians/psychiatrists using in-service training, departmental directives, and personnel policies in order to foster professional growth, ensure accountability and to ensure quality job performance.

- Directs and assigns work to subordinates based on ability, clinical privileges, and on work priorities in order to follow hospital directives.

Psychiatry Director On-Call
Page 2

- Coordinates the orientation/training and ongoing in-service activities for all clinical service staff with the appropriate personnel in order to ensure that quality care is provided to patients.
- Attends meetings/conferences/workshops in order to upgrade job performance and improve quality of client/patient care.

### Knowledge, Skills, and Abilities:

- Ability to make clinical assessments, interprets responses both verbal and non-verbal, gather clinical data, and diagnose illnesses.
- Ability to communicate effectively orally and in writing.
- Knowledge of treatment strategies in order to develop, recommend, and implement treatment plans and effect positive change in client/patient behavior.
- Ability to supervise to include the ability to instruct, evaluate, discipline, commend, and evaluate employee performance to ensure completion of tasks as scheduled.
- Ability to make decisions as needed to establish priorities, organize workloads, make treatment recommendations, manage facility/staff resources.
- Knowledge of conflict intervention techniques to include when and under what conditions to apply and limitations in managing.

### Qualifications:

Graduation from a school of medicine and successful completion of a residency program in psychiatry as approved by the American Board of Psychiatry and Neurology and should be recognized by the American Medical Association or the American Osteopathic Association. Must be board certified in psychiatry by the American Board of Psychiatry and Neurology. Extensive professional medical experience (72 months or more) in psychiatry with considerable (48 months or more) experience in administration.

### Special Requirements:

Must possess a license as issued by the Alabama State Board of Medical Examiners.

ADMH_06-03-0019(

## *Psychiatrist*

**Job Code: Z6000**

**Range: 90**

**Definition:**

This is specialized professional medical work in the psychiatric care and treatment of clients/patients at a state mental health facility.

The employee works under the general supervision of the clinical director of service chief, but relies on his/her professional knowledge to plan and implement medical/psychiatric service.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Evaluates/treats/medicates clients/patients during regular and/or on call hours using clinical judgment and in order to receive the highest possible level of functioning.
- Writes/Composes documents such as patient evaluations, treatment plans, progress notes, and discharge summaries, in order to provide a base of information for use by facility personnel.
- Writes prescriptions for clients/patients using APA and court ordered guidelines in order to provide instructions regarding name, dosage, frequency, and route of administration of medication.
- Attends meetings/conferences/workshops in order to upgrade job performance and improve quality of client/patient care.
- Gives/receives information to/from staff, other state facilities, and personnel in order to improve quality of client/patient care.

**Knowledge, Skills, and Abilities:**

- Ability to make clinical assessments, interprets responses both verbal and non-verbal, gather clinical data, and diagnose illnesses.
- Ability to communicate effectively orally and in writing.
- Knowledge of mental conditions such as psychoses and behavioral disorders in order to evaluate the effectiveness of treatment plans and provide appropriate prognosis and plan after-care.
- Knowledge of pharmacology/psychopharmacology such as anti-psychotics and psycho tropics in order to maximize treatment progression.
- Knowledge of treatment strategies in order to develop, recommends, and implements treatment plans and effect positive changes in client/patient behavior.

Psychiatrist
Page 2

- Knowledge of psychological principles needed to implement into a program of treatment/training for clients.
- Ability to conduct mathematical calculations to determine proper medication dosages, performance appraisal ratings, staff activity percentages, and percentages of accuracy of staff performance and budgets.

**Qualifications:**

Graduation from a school of medicine and successful completion of a residency program in psychiatry as approved by the American Board of Psychiatry and Neurology and recognized by the American Medical Association of the American Osteopathic Association.  Must be board eligible in Psychiatry by the American Board of Psychiatry and Neurology.

**Necessary Special Requirements:**

Must possess a license as issued by the Alabama State Board of Medical Examiners.

ADMH_06-03-00192

## *Psychiatrist On-Call*

**Job Code: Z6300**                                                    **Range: 91**

**<u>Definition:</u>**

This is specialized professional medical work in the psychiatric care and treatment of clients/patients at a state mental health facility.

The employee works under the general supervision of the clinical director or service chief, but relies on his/her professional knowledge to plan and implement medical/psychiatric service.

This classification requires being on-call for specified time periods as required by the facility for which no compensatory time is granted.

**<u>Examples of Work Performed:</u>** (May not include all the duties performed.)

- Evaluates/treats/medicates clients/patients during regular and/or on call hours using clinical judgment.
- Writes/composes documents such as patient evaluations, treatment plans, progress notes, and discharge summaries.
- Writes prescriptions for clients/patients using APA and court ordered guidelines in order to provide instructions regarding name, dosage, frequency, and route of administration of medication.
- Attends meetings/conferences/workshops.
- Gives/receives information to/from staff, other state facilities, and personnel.

**<u>Knowledge, Skills, and Abilities:</u>**

- Ability to make clinical assessments, interprets responses both verbal and non-verbal, gather clinical data, and diagnose illnesses
- Ability to communicate effectively orally and in writing
- Knowledge of mental conditions such as psychoses and behavioral disorders
- Knowledge of pharmacology/psychopharmacology such as anti-psychotics and psychotropics
- Knowledge of treatment strategies
- Knowledge of psychological principles needed to implement into a program of treatment/planning for clients
- Ability to conduct mathematical calculations to determine proper medication dosages, performance appraisal ratings, staff activity percentages, and percentages of accuracy of staff performance and budgets

Psychiatrist On-Call
Page 2

## Qualifications:

Graduation from an accredited school of medicine and successful completion of a residency program in psychiatry as approved by the American Board of Psychiatry and Neurology and recognized by the American Medical Association of the American Osteopathic Association. Must be board eligible in Psychiatry by the American Board of Psychiatry and Neurology.

## Special Requirements:

Must possess a license as issued by the Alabama State Board of Medical Examiners.

### *Psychiatrist Senior*

*Job Code: Z6100*                                                                        *Range: 91*

**Definition:**

This is specialized professional work in the psychiatric care and treatment of clients/patients at a state mental health facility. Work may include directing/supervising the work of nurses and other professional employees engaged in provided treatment.

Employee may perform administrative duties such as supervision of clinical activities within a treatment unit or program at a facility.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Evaluates/treats/medicates clients/patients during regular and/or on call hours using clinical judgment and in order to receive the highest possible level of functioning.
- Writes/Composes documents such as patient evaluations, treatment plans, progress notes, and discharge summaries, in order to provide a base of information for use by facility personnel.
- Writes prescriptions for clients/patients using APA and court ordered guidelines in order to provide instructions regarding name, dosage, frequency, and route of administration of medication.
- May supervise physicians/psychiatrists using in-service training, departmental directives, and personnel policies in order to foster professional growth, ensure accountability of staff, and to ensure quality job performance.
- Gives/receives information to/from staff, other state facilities, and personnel.
- Attends meetings/conferences/workshops in order to upgrade job performance and improve quality of client/patient care.

**Knowledge, Skills, and Abilities:**

- Ability to make clinical assessments, interprets responses both verbal and non-verbal, gather clinical data, and diagnose illnesses.
- Ability to communicate effectively orally and in writing.
- Knowledge of mental conditions such as psychoses and behavioral disorders in order to evaluate the effectiveness of treatment plans and provide appropriate prognosis and plan after-care.

Psychiatrist Senior
Page 2

- Knowledge of pharmacology/psychopharmacology such as anti-psychotics and psycho tropics in order to maximize treatment progression.
- Knowledge of treatment strategies in order to develop, recommends, and implements treatment plans and effect positive changes in client/patient behavior.
- Knowledge of potential signs/symptoms of dangerous behavior to include suicidal, homicidal and assault as needed to manage aggressive behavior and reduce morbidity and mortality.
- Ability to supervise to include the ability to instruct, evaluate, discipline, commend, and evaluate employee performance to ensure completion of tasks as scheduled.
- Ability to conduct mathematical calculations to determine proper medication dosages, performance appraisal ratings, staff activity percentages, and accuracy of staff performance and budgets.

**Qualifications:**

Graduation from a school of medicine and successful completion of a residency program in psychiatry as approved by the American Board of Psychiatry and Neurology and recognized by the American Medical Association or the American Osteopathic Association. Must be board certified in psychiatry by the American Board of Psychiatry and Neurology.

**Necessary Special Requirement:**

Must possess a license as issued by the Alabama State Board of Medical Examiners.

ADMH_06-03-00196

## *Psychological Assistant*

**Job Code: P1000**                                        **Pay Range: 57**

**Definition:**

  This is professional work assisting a psychologist at a state mental health facility. Employee assists a higher level psychologist in the implementation of psychotherapy or behavioral and self-help training for clients/patients of the facility. Work is performed under the direct supervision of a professional supervisor and is reviewed through the observation of work in progress, reports, and conferences. Employee may serve as QMRP/QMHP as applicable.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Instructs/demonstrates/interacts with client/patient in the areas of education, recreation, self-help, practical living, vocational training and social behaviors
- Composes/Compiles documents such as case notes, programs, correspondence, client/patient data records and forms (including Client/Patient Tracking Form Hospitalization Summary, Monthly Progress Summary and incident forms)
- Provides/assists client/patient safety by implementing behavior programs and procedures such as time-outs, loss of privileges, physical interventions and maintenance of equipment and environment following written instructions
- Converses with/listens to client/patient concerning personal needs, responsibilities, privileges and personal/behavioral problems using client/patient records and individual/group sessions and treatment plans following oral and written instructions
- Computes data such as client/patient services costs, behavioral frequencies and training performance using calculators and related source documents following oral and written instructions

**Knowledge, Skills and Abilities:**

- Ability to read and comprehend materials such as policies and procedures, program prescription/habilitative plans, interdisciplinary notes, progress notes, behavior management programs, evaluations and reports
- Ability to communicate orally in such situations as meetings, counseling sessions, training sessions and one-to-one exchanges

ADMH_06-03-00197

Psychological Assistant
Page 2

- Ability to communicate in writing in documents such as progress notes, assignment summaries, evaluation reports, behavior management programs, training programs, observation notes, goals and objectives on habilitative plans, discharge summaries, inter-facility transfer summaries and memos
- Knowledge of behavior management techniques such as positive reinforcements, time-outs, quiet training, overcorrection, physical management, restriction, restitution and response costs
- Knowledge of mental retardation/mental illness/substance abuse diagnoses
- Knowledge of special education areas such as vocational, prevocational, basic readiness and self-help
- Ability to add, subtract, multiply and divide

**Qualifications:**

Bachelor's degree in Psychology.

ADMH_06-03-00198

## *Psychological Associate*

**Job Code: P3000**                                    **Pay Range: 72**

**Definition:**

    This is professional psychological work in a state mental health facility. Employee is responsible for psychological services in a designated area of the facility. Work includes developing and implementing behavior and self-help training programs for assigned clients/patients. Supervision may be exercised over other professional and non-professional employees. Employee may serve as a QMRP/QMHP as applicable.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Composes and compiles documents such as case notes, programs, correspondence, client/patient data records and forms
- Converses with/listen to client/patient concerning personal needs, responsibilities, privileges and personal/behavioral problems
- Administers/scores client/patient vocational, educational and psychological tests
- Exchanges/distributes information and materials pertaining to client/patient services, resident schedules and client/patents progress
- Provides/assists client/patient safety by implementing behavior programs and procedures
- Instructs/demonstrates/interacts with client/patient in the areas of education, recreation, self-help, practical living, and vocational training
- Provides/assists client/patient safety by implementing behavior programs and procedures
- Computes data such as client/patient service costs, behavioral frequencies and training performance
- Trains staff in appropriate client/patient interactions, program procedures, individual treatment programs and treatment schedules

**Knowledge, Skills and Abilities:**

- Knowledge of mental illness and mental retardation processes
- Knowledge of behavior modification and learning principles
- Knowledge of psychological therapies
- Knowledge of conflict intervention techniques
- Knowledge of psychological tests
- Knowledge of statistical methods

Psychological Associate
Page 2

- Knowledge of prescribed medications/abusive substances
- Ability to communicate effectively both orally and in writing
- Ability to read and comprehend documents such as policies and procedures
- Ability to operate office equipment
- Ability to manage and establish priorities, workloads, and implement treatment plans
- Ability to conduct training sessions
- Ability to add, subtract, multiply and divide

**Qualifications:**

Master's degree in Psychology with some (12 months or more) directly related work experience.

ADMH_06-03-00200

## *Psychologist*

**Job Code: P4000**                                    **Pay Range: 80**

**Definition:**

    This is professional psychological work in a state mental health facility. Employee is responsible for psychological services in a designated area of the facility.    Work includes conducting psychotherapy or developing and implementing behavior and self-help training programs for assigned clients/patients.    Supervision maybe exercised over other professional and non-professional employees.    Employee may serve as a QMRP/QMHP as applicable.    Work is performed under the general supervision of a professional or administrative supervisor and is reviewed through conferences and reports for conformance to accepted standards and program effectiveness.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Designs group and individual treatment programs, habilitation plans, psychological and social history updates, placement programs and classes
- Provides group and/or individual counseling/therapy session such as therapy problem solving, reality orientation, crisis orientation, ward meetings, psychotherapy, out-placement meetings, substance abuse counseling, pre-vocational counseling and sex-role counseling
- Physical and verbally intervenes in crisis situations such as fights, destruction of property, suicide gestures, threats or attempts, self-abusive behavior, elopement, sexual acting-out, arguments and personal emotive disturbances
- Observes and or documents pertinent client/patient behaviors
- Selects/administer/scores/interprets psychological tests such as MMP (Minnesota Multiphasic Personality Inventory), Wechsler Adult Intelligence, Stanford-Binet, Leiter, Laura-Nebraska. Thematic Appreciation Test, Rorschach, House Tree Person, Bayley, Adaptive Behavior Scale, Quick Test, Zong Depression Scale, Peabody Picture Vocabulary, and Vineland Social Maturity Scales
- Gives and receives information to/from co-workers, other agencies, clients/patients, families and contracted parties
- Instructs personnel such as mental health workers, new employees, teacher's aides, foster home operators, families, nursing students, co-workers and graduate students

Psychologist
Page 2

### Knowledge, Skills and Abilities:

- Knowledge of treatment strategies
- Knowledge of various diagnostic disorders and categories
- Knowledge of psychological assessment instruments
- Knowledge of conflict intervention techniques
- Ability to make clinical assessments
- Ability to make decisions as needed to establish priorities
- Ability to effective communicate orally and in writing
- Ability to conduct therapy
- Ability to supervise subordinates
- Ability to read and comprehend various documents
- Ability to calculate and initiate various mathematical computations

### Qualifications:

Doctorate degree in Psychology.

### Special Requirements:

Possession of or eligibility for licensure as issued by the Alabama Board of Examiners in Psychology.

## *Psychologist Manager*

**Job Code: P6000**                              **Pay Range: 82**

**Definition:**

    This is professional and administrative psychological work in a state mental health facility. Work includes conducting and supervising psychological services. Employee conducts psychotherapy and develops behavior and self-help training programs for assigned clients/patients. Supervision is exercised over other professional and para-professional employees. Employee may serve as a QMRP/QMHP as applicable.

    Work is performed under the general supervision of a professional or administrative supervisor and is reviewed through conferences and reports for conformance to accepted standards and program effectiveness.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Provides group and/or individual counseling/therapy session such as family, therapy problem solving, reality orientation, crisis orientation, ward meetings, psychotherapy, out-placement meetings, substance abuse counseling, pre-vocational counseling and sex-role counseling.
- Physical and verbally intervenes in crisis situations such as fights, destruction of property, suicide gestures, threats or attempts, self-abusive behavior, elopement, sexual acting-out, arguments and personal emotive disturbances.
- Instructs personnel such as mental health workers, new employees, teacher's aides, foster home operators, families, nursing students, co-workers and graduate students.
- Selects/administers/scores/interprets psychological tests such as MMP (Minnesota Multiphasic Personality Inventory), Wechsler Adult Intelligence, Stanford-Binet, Leiter, Laura-Nebraska, Thematic Appreciation Test, Rorschach, House-Tree-Person, Bayley, Adaptive Behavior Scale, Quick Test, Zong Depression Scale, Peabody Picture Vocabulary and Vineland Social Maturity Scales.

**Knowledge, Skills and Abilities:**

- Knowledge of mental disorders
- Knowledge of psychological principles
- Knowledge of treatment strategies
- Knowledge of assessment techniques
- Ability to conduct therapy
- Knowledge of conflict intervention techniques

Psychologist Manager
Page 2

- Ability to make decisions as needed to establish priorities
- Knowledge of psychotropic, psychoactive and anti-convulsant medications
- Ability to read and comprehend various documents
- Ability to effective communicate orally and in writing
- Ability to make clinical assessments

## **Qualifications:**

Doctorate degree in Psychology and considerable experience (48 months or more) in psychological work and administration, including (24 months or more) supervisory experience.

## **Special Requirements:**

Possession of or eligibility for licensure as issued by the Alabama Board of Examiners in Psychology.

ADMH_06-03-00204

### *Psychologist Senior*

**Job Code: P5000**                                     **Pay Range: 81**

**Definition:**

    This is professional psychological work in a state mental health facility. The employee is responsible for psychological services in a designated area of the facility. Work includes conducting psychotherapy or developing and implementing behavior and self-help training programs for assigned clients/patients. Supervision maybe exercised over other professional and non-professional employees. Employee may serve as a QMRP/QMHP as applicable. Work is performed under the general supervision of a professional or administrative supervisor and is reviewed through conferences and reports for conformance to accepted standards and program effectiveness.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Designs group and individual treatment programs, habilitation plans, psychological and social history updates, placement programs and classes
- Provides group and/or individual counseling/therapy session such as therapy problem solving, reality orientation, crisis orientation, ward meetings, psychotherapy, out-placement meetings, substance abuse counseling, pre-vocational counseling and sex-role counseling
- Physical and verbally intervenes in crisis situations such as fights, destruction of property, suicide gestures, threats or attempts, self-abusive behavior, elopement, sexual acting-out, arguments and personal emotive disturbances
- Observes and or documents pertinent client/patient behaviors
- Selects/administer/scores/interprets psychological tests such as MMP (Minnesota Multiphasic Personality Inventory), Wechsler Adult Intelligence, Stanford-Binet, Leiter, Laura-Nebraska. Thematic Appreciation Test, Rorschach, House Tree Person, Bayley, Adaptive Behavior Scale, Quick Test, Zong Depression
- Scale, Peabody Picture Vocabulary, and Vineland Social Maturity Scales
- Gives and receives information to/from co-workers, other agencies, clients/patients, families and contracted parties
- Composes/writes forms such as preliminary release forms, treatment implementation forms, worksheets, progress reports, referrals, etc.
- Writes group/unit treatment programs including pre-foster home programs, pre-vocational programs, classes, behavior modification programs and unit standards of behavior

Psychologist Senior
Page 2

- Discusses and documents post-hospital planning information
- Instructs personnel such as mental health workers, new employees, teacher's aides, foster home operators, families, nursing students, co-workers and graduate students

## Knowledge, Skills and Abilities:

- Knowledge of treatment strategies
- Knowledge of various diagnostic disorders and categories
- Knowledge of psychological assessment instruments
- Knowledge of conflict intervention techniques
- Ability to make clinical assessments
- Ability to make decisions as needed to establish priorities
- Ability to effective communicate orally and in writing
- Ability to conduct therapy
- Ability to supervise subordinates
- Ability to read and comprehend various documents
- Ability to calculate and initiate various mathematical computations

## Qualifications:

Doctorate degree in Psychology and experience (24 months or more) in psychological work.

## Special Requirements:

Possession of or eligibility for licensure as issued by the Alabama Board of Examiners in Psychology.

### *Quality Improvement Specialist*

*Job Code: Q1000*                                                    *Range: 71*

**Definition:**

     This is professional work in the planning and/or quality assurance of mental health programs.

     Employees in this class serve as planners, evaluators, and analysts in the mental health system. Work also involves providing technical assistance to personnel in the area of assignment. Work may involve collecting and analyzing data and the use of computer. Work is performed with some independence within established policies and regulations, and reviewed by an administrative supervisor through conference and review of periodic and special reports.

**EXAMPLES OF WORK PERFORMED:**

- Assists in the development and implementation of quality improvement activities for MH/MR facilities and community providers
- Assists in the preparation of reports and charts
- Assists in the provision of consultation/education/technical assistance to facilities and community providers regarding implementation of quality activities
- Assists in the coordination and attends quality improvement committees for dissemination of information
- Assists in the evaluation of the facility and community quality improvement programs and activities on a regularly scheduled basis

**REQUIRED KNOWLEDGE, SKILLS, AND ABILITIES:**

- Knowledge of quality improvement concepts
- Ability to plan, organize, and prioritize work activities
- Ability to communicate effectively both orally and in writing
- Ability to analyze information and recommend appropriate action
- Knowledge and experience in using a personal computer and related software programs
- Working knowledge of applicable standard (eg. JCAHO, Title XIX, Community etc.) requirements (e.g. Medicaid, Medicare), department policies and other applicable state and federal requirements.

Quality Improvement Specialist
Page 2

## QUALIFICATIONS:

Bachelor's degree in one of the specified program options. Some experience (12 months or more) related to the area of specialization.

Other directly related education and/or work experience may be substituted for all or part of these basic requirements.

## SPECIFIED PROGRAM OPTIONS:
Public Health Administration
Business Administration
Social Work
Special Education
Psychology
Nursing
Statistical Analysis/Research
A Human Service Field

## Necessary Special Requirement:

Possession of, or eligible for, license or certification, if required for the particular discipline.

ADMH_06-03-00208

## *Planning & Quality Improvement Manager*

*Job Code: Q4000*                                    *Range: 80*

### Definition:

This is highly responsible professional and administrative work in the planning and/or quality assurance of mental health programs.

Employees in this class are responsible for administering the facility planning and evaluation program, evaluating various mental health programs, developing and monitoring plans of correction and providing consultative advice and assistance to high level mental health officials on matters pertaining to program compliance. Work may involve collecting and analyzing data and the use of computer. Duties require frequent contact with high-level officials in the state mental health system, other agencies, and the general public. Work may involve the supervision of lower level planners, coordinators and analysts. Work is performed with considerable independence and is reviewed by an administrative supervisor through conference and review of periodic and special reports.

### EXAMPLES OF WORK PERFORMED:

- Organizing, administering, and evaluating quality assurance and improvement programs
- Providing consultation/education/technical assistance to facilities and community providers regarding implementation of quality activities
- Chairing quality improvement committees/councils
- Evaluating quality assurance and improvement functions and systems on a regularly scheduled basis in facilities and in community services
- Gathering and analyzing data and compiling reports, charts, graphs, etc.
- Interacting with officials in the State Mental Health/Mental Retardation system, consumer and family advocacy groups, other departments and agencies, and the general public to discuss facility and community programs

### REQUIRED KNOWLEDGE, SKILLS, AND ABILITIES:

- Knowledge of quality improvement concepts and management principles
- Ability to plan and organize workflow, and prioritize work activities
- Ability to plan, direct, and review the work of others
- Knowledge of the Mental Health/Mental Retardation service delivery system in Alabama

ADMH_06-03-00209

Planning and Quality Improvement Manager
Page 2

- Administrative ability to effectively coordinate efforts of various people and resources to achieve desired outcomes
- Ability to establish and maintain effective working relationships with various individuals, associates, subordinates, groups, and professionals
- Ability to communicate effectively both orally and in writing
- Ability to work independently
- Supervisory skills and abilities
- Ability to analyze information and recommend appropriate action; develop major reports, analyses, and other professional documents
- Knowledge and experience in using a personal computer and related software programs
- Considerable knowledge of applicable standards (e.g., JACHO, Title XIX, community), requirements (e.g., Medicaid, Medicare), department policies, and other applicable state and federal requirements, as set forth by the various certifying, licensing, accrediting, and other regulatory agencies
- Leadership skills and abilities to chair and assist in the coordination of quality improvement committees and activities
- Knowledge in development of policies and procedures
- Ability to understand and exercise good judgment in interpreting department policies, federal and state laws and regulations

## Qualifications:

Master's degree in one of the specified program options. Extensive experience (72 months or more) in mental health programs, including experience (24 months or more) in a supervisory capacity.

## SPECIFIED PROGRAM OPTIONS:
Public Health Administration
Business Administration
Social Work
Special Education
Education
Psychology
Nursing
Statistical Analysis/Research
A Human Services Field

## Necessary Special Requirement:

Possession of, or eligible for, license or certification, is required for the particular discipline.

## *Planning and Quality Improvement Director*

**Job Code: Q5000**                                                    **Range: 83**

**Definition:**

This is highly responsible professional and administrative work in directing the planning and/or quality assurance program for the department.

An employee in this class is responsible for administering the Department's planning and/or quality assurance program and coordinating activities contributing to the development and implementation of a statewide plan. Duties require constant contact with high level state officials in the Department, other agencies, and the general public. Work may involve collecting and analyzing data and the use of computer. Work involves the supervision of lower level planners, coordinators, analysts, and clerical employees. The employee has extensive latitude in making independent decisions on important plans and programs consistent with Department policies. Work is performed under the general direction of an administrative supervisor and is reviewed through conferences and reports for program effectiveness and conformity with objectives.

**EXAMPLES OF WORK PERFORMED:**

- Developing, administrating and evaluating of system-wide quality improvement systems and programs
- Providing consultation/education/technical assistance to facilities and community providers regarding quality improvement programs and activities
- Evaluating facility and community quality improvement programs and activities on a regularly scheduled basis
- Interacting with officials in the State Mental Health/Mental Retardation system, consumer and family advocacy groups, other departments and agencies, and the general public to discuss facility and community programs
- Interacting with other departments/agencies in the administrating and planning of activities and improvements to maximize efficient and effective use of facilities, staff, and resources
- Chairing committee/councils directed toward the enhancement and improvement of services

**REQUIRED KNOWLEDGE, SKILLS, AND ABILITIES:**

- Knowledge of quality improvement concepts and management principles
- Ability to plan, and organize workflow, and prioritize work activities

Planning and Quality Improvement Director
Page 2

- Ability to plan, direct, supervise, and review the work of others
- Knowledge of the Mental Health/Mental Retardation service delivery system in Alabama DMH/MR
- Administrative ability to effectively coordinate efforts of various people and resources to achieve desired outcomes
- Ability to establish and maintain effective working relationships with various individuals, associates, subordinates, groups, and professionals
- Ability to communicate effectively both orally and in writing
- Ability to work independently
- Knowledge in using a personal computer and related software packages
- Ability to analyze information and recommend appropriate action; develop major reports, analyses, and other professional documents
- Knowledge of applicable standard (e.g., Medicaid, Medicare), department policies, and other applicable state and federal requirements as set forth by the various certifying, licensing, accrediting, and other regulatory agencies
- Ability to understand and exercise good judgment in interpreting departmental policies, federal and stat laws and regulations
- Knowledge in development of policies and procedures

**Qualifications:**

Master's degree in one of the specified program options. Extensive experience (72 months or more) in mental health programs, including considerable experience (48 months or more) in a supervisory capacity.

**SPECIFIED PROGRAM OPTIONS:**
Public Health Administration
Business Administration
Social Work
Special Education
Education
Psychology
Nursing
Statistical Analysis/Research
A Human Services Field

**Necessary Special Requirement:**

Possession of, or eligible for, license or certification, is required for the particular discipline.

## *Quality Improvement Analyst*

**Job Code: Q2000**                                      **Range: 74**

**Definition:**

> This is responsible professional work in the planning and/or quality assurance of mental health programs.

> Employees in this class serve as planners, evaluators, and analysts in the mental health system. Work may involve evaluating various mental health programs, developing and monitoring plans of correction, and providing consultative advice and assistance to mental health officials on matters pertaining to program compliance. Work may involve collecting and analyzing data and the use of computer. Duties require frequent contact with Departmental officials, officials of other agencies, and the general public. Work is performed with considerable independence and is reviewed by an administrative supervisor through conference and review of periodic and special reports.

**EXAMPLE OF WORK PERFORMED:**

- Evaluating various mental health/mental retardation programs, developing, and monitoring plans of correction, and providing consultative advice and technical assistance to mental health/mental retardation officials on matters pertaining to program compliance and improvement
- Collecting and analyzing data and/or compiling reports with the use of a personal computer
- Frequent contact with DMH/MR officials and other staff
- Organizing, coordinating, and assuring of adequate documentation of quality assurance and improvement programs
- Providing consultation/education/technical assistance to facilities and community providers regarding implementation of quality activities
- Assisting in the coordination of quality improvement committees/councils for dissemination of information
- Assisting in the evaluation of the facility and community quality improvement programs and activities on a regularly scheduled basis
- Interacting with other department to discuss facility services and community services, evaluating services and planning improvement to maximize efficient use of the facilities, staff, and resources

Quality Improvement Analyst
Page 2

## REQUIRED KNOWLEDGE, SKILLS, AND ABILITIES:

- Knowledge of quality improvement concepts
- Ability to plan, organize, and prioritize work activities
- Good decision making skills
- Good interpersonal skills with the ability to communicate effectively both orally, in writing and in individual and group interactions
- Ability to work with diverse groups of people, including subordinated, associates, professionals, other agencies, and organizations, consumers, families, and the general public
- Ability to analyze information and recommend appropriate action
- Knowledge and experience in using a personal computer and related software programs
- Working knowledge of applicable standards (e.g. Medicaid, Medicare), department policies, and other applicable state and federal requirements

## Qualifications:

Master's degree in one of the specified program options.   Experience (24 months or more) related to the area of specialization.

## SPECIFIED PROGRAM OPTIONS:
Public Health Administration
Business Administration
Social Work
Special Education
Psychology
Nursing
Statistical Analysis/Research
A Human Service Field

## Necessary Special Requirement:

Possession of, or eligible for, license or certification, if required for the particular discipline.

## *Quality Improvement Coordinator*

**Job Code: Q3000**                                            **Range: 77**

**Definition:**

    This is responsible professional work in the planning and/or quality assurance of mental health programs.

    Employees in this class are responsible for planning, evaluating various mental health programs, developing and monitoring plans of correction and providing consultative advice and assistance to high level mental health officials on matters pertaining to program compliance. Work may involve collecting and analyzing data and the use of computer. Duties require frequent contact with high level officials in the state mental health system, other agencies, and the general public. Work may involve the supervision of lower level planners, coordinators and analysts. Work is performed with considerable independence and is reviewed by an administrative supervisor through conference and review of periodic and special reports.

**EXAMPLES OF WORK PERFORMED:**

- Organizing, coordinating, and assuring adequate review and documentation of quality assurance and improvement programs
- Gathering and analyzing data and/or compiling reports, charts, graphs, etc.
- Providing consultation/education/technical assistance to facilities and community providers regarding implementation of quality assurance/improvement activities
- Assisting in the coordination of quality improvement committees/councils for dissemination of information
- Assisting in the evaluation of the facilities and community quality assurance and improvement programs and activities on a regularly scheduled basis
- Interacting with departmental officials and other staff to discuss facility services and community services, evaluating services, and planning improvements to maximize efficient use of facilities, staff, and resources

**REQUIRED KNOWLEDGE, SKILLS, AND ABILITIES:**

- Knowledge of quality improvement concepts
- Ability to plan, organize workflow, and prioritize work activities
- Knowledge of the Mental Health/Mental Retardation service delivery system in Alabama
- Skill in the use of the personal computer and related software

Quality Improvement Coordinator
Page 2

- Administrative ability to effectively plan, direct, coordinate, and review the efforts of various people and resources to achieve desired outcomes
- Ability to establish and maintain effective working relationships with various individuals, associated, subordinates, groups, and professionals
- Ability to communicate effectively both orally and in writing
- Ability to work independently
- Ability to analyze information and recommend appropriate action
- Working knowledge of applicable standards (e.g. Medicaid, Medicare), department policies and other applicable state and federal requirements
- Knowledge in the development of policies and procedures
- Ability to understand and exercise good judgment in interpreting departmental policies, federal and state laws, and regulations

## **Qualifications:**

Master's degree in one of the specified program options. Considerable experience (48 months or more) in mental health programs, including experience (24 months or more) in a supervisory capacity.

## **SPECIFIED PROGRAM OPTIONS:**
Public Health Administration
Business Administration
Social Work
Special Education
Education
Psychology
Nursing
Statistical Analysis/Research
A Human Services Field

## **Necessary Special Requirement:**

Possession of, or eligible for, license or certification, is required for the particular discipline.

## *Therapeutic Recreational Manager*

**Job Code: J3000**                                    *Range: 73*

### Definition:

This is highly responsible professional and administrative work directing patient/resident activities or recreation services at a state mental health facility.

The employee in this class is responsible for planning, developing, coordinating and supervising patient/resident activities or recreation programs at a state mental health facility. Work is performed under the general supervision of an administrative supervisor and is reviewed through conferences and reports for program effectiveness and for conformity with policies and objectives.

### Examples of Work Performed: (Any one position may not included all of the duties listed, nor do the examples cover all of the duties which may be performed.)

- Responsible for the planning, development and implementation of activities or recreational programs for clients/residents and integrating them into the overall program of the facility.
- Develops and evaluates the assigned program to ensure it meets the individual's current needs.
- Teaches basic and advanced skills in the various recognized activities at the group and individual level and develops special programs to meet exceptional needs creative expression.
- Interprets institutional policies and services to staff personnel and cooperates in the coordination of the assigned activities program with other services in the facility.
- Supervises and evaluates a large staff of professional and non-professional employees responsible for recreation delivery programs.

### Required Knowledge, Skills, and Abilities:

- Considerable knowledge of the basic theories and practices of the therapeutic use of various activities.
- Considerable knowledge of the nature and specifications for equipment and supplies needed for the assigned activities program and their proper care and maintenance.
- Knowledge of individual and group behavior and effective ways of working with mentally challenged individuals, youth offenders, or prison inmates.

Therapeutic Recreational Manager
Page 2

- Knowledge of theory and practices of mental hygiene.
- Ability to utilize professional data in planning and evaluating activity programs and to adapt and implement such programs as required.
- Ability to supervise, direct, and evaluate the work of others.

## Qualifications:

Master's degree in physical education, adaptive physical education, therapeutic recreation, recreation, or music therapy. Considerable experience (48 months or more) in recreation, or therapeutic activities work.

## Necessary Special Requirement:

If required by the facility, must possess or be eligible to receive Certification as a CTRS through the National Council for Therapeutic Recreation Certification or be board certified as a music therapist under (CBMT) the Certification Board for Music Therapist.

ADMH_06-03-00218

## *Therapeutic Recreational Specialist*

**Job Code: J1000**                                        **Range: 66**

**Definition:**

This is professional work in patient/resident activities or recreation services at a state mental health facility.

Employees in this class are responsible for activities or recreation programs in designated areas of the facility. Work includes the development and implementation of activities or recreation to meet the patients/residents needs. Work may include the supervision of non-professional employees. Work is performed under the supervision of a professional or administrative supervisor, and is reviewed through the observation of work in progress, and upon completion, for quality and achievement of established objectives.

**Example of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties which may be performed.)

- Responsible for planning, organizing, supervising, and implementing recreational or specialized activities to meet the patients/residents needs.
- Develops and evaluates the assigned program to ensure it meets the individual's need.
- Participates in the development of inter-related activities in a broad therapeutic or recreational context.
- Consults with other professionals on the development and conduct of the assigned activities program.
- Requisitions, inspects, and supervises proper maintenance of appropriate equipment and materials.
- May supervise a non-professional staff of employees.
- Performs related work activities as assigned.

**Required Knowledge, Skills, and Abilities:**

- Knowledge of the basic theories and practices of the therapeutic use of various activities.
- Knowledge of the nature and specifications for equipment and supplies needed for the assigned activities program and their proper care and maintenance.
- Knowledge of theory and practices of mental hygiene.

Therapeutic Recreational Specialist
Page 2

- Ability to utilize professional data in planning and evaluating the activities programs and to adapt and implement such programs as required.

## Qualifications:

Bachelor's degree in therapeutic recreation, adaptive physical education, recreation, physical education or music therapy.

## Necessary Special Requirement:

If required by the facility, must possess or be eligible to receive Certification as a CTRS through the National Council for Therapeutic Recreation Certification or be board certified as a music therapist under (CBMT) the Certification Board for Music Therapist.

ADMH_06-03-0022C

## *Therapeutic Recreational Supervisor*

*Job Code: J2000*                                      *Range: 68*

### Definition:

This is responsible professional work in patient/resident activities or recreation services at a state mental health facility.

Employees in this class are responsible for developing and implementing activities or recreation programs for assigned clients.    Work is performed under the general supervision of a professional or administrative supervisor, and reviewed for conformance to accepted standards and for program effectiveness.

### Examples of Work Performed:    (Any one position may not include all of the duties listed, nor do the examples cover all of the duties which may be performed.)

- Responsible for the planning, development, and implementation of activities or recreational programs to meet the patient's/resident's needs.
- Develops and evaluates the assigned program to ensure it meets the individual's current needs.
- Teaches basic and advanced skills in the various recognized activities at the group and individual level and develops special programs to meet exceptional needs for creative expression.
- Interprets creative expression to a degree in which identifies it sufficiently for possible application in the total rehabilitation process.
- Interprets institutional policies and services to staff personnel and cooperates in the coordination of the assigned activities program with other services in the facility.
- Supervises and evaluates a staff of professional and non-professional employees.
- Performs related work activities as assigned.

### Required Knowledge, Skills, and Abilities:

- Experience in understanding the basic theories and practices of the therapeutic use of various activities.
- Knowledge of the nature and specifications for equipment and supplies needed for the assigned activities program and their proper care and maintenance.
- Knowledge of theory and practices of mental hygiene.

ADMH_06-03-00221

Therapeutic Recreational Supervisor
Page 2

- Ability to utilize professional data in planning and evaluating the activities programs and to adapt and implement such programs as required.

## Qualifications:

Master's degree in therapeutic recreation, recreation, adaptive physical education, physical education, or music therapy. Experience (24 months or more) in recreation, physical education or therapeutic activities.

## Necessary Special Requirement:

If required by the facility, must possess or be eligible to receive Certification as a CTRS through the National Council for Therapeutic Recreation Certification or be board certified as a music therapist under (CBMT) the Certification Board for Music Therapist.

# *Horticulturist*

*Job Code: R5000*                              **Pay Range: 65**

## Definition:

    This is professional work teaching horticulture to patients/residents of a state mental health facility.

    Employees in this class are responsible for rendering instructional services in horticulture to patients/residents of the facility. Work includes determining training needs and planning vocational programs in horticulture. Another employee may be responsible for the care of landscaped grounds at a mental health facility. Work may involve supervision of subordinate employees. Work is performed under the general supervision of a professional or administrative supervisor through conferences and by evaluation or results obtained.

## Qualifications:

    Bachelor's degree in Horticulture.

ADMH_06-03-00223

## *Rehabilitation Services Coordinator*

*Job Code: R3000*                                          *Pay Range: 66*

### Definition:

This is highly responsible vocationally oriented professional work in a state mental health facility.

Employees in this class are responsible for providing rehabilitative or vocational rehabilitative services to clients in a state mental health facility. The work involves direct training, individual counseling, program monitoring, job placement, and follow-up responsibilities of individual clients assigned to the professional. Employees within this class will utilize a wide variety of resources to achieve individual objectives for their clientele. Work includes the supervision of professional and non-professional employees. The individual is expected to utilize sound professional judgment in their decision-making in their work. Work is performed under the general direction of an administrative supervisor and is reviewed periodically through various monitoring approaches.

### Qualifications:

Master's degree in rehabilitative counseling, vocational rehabilitation, or other closely related field.

ADMH_06-03-00224

## *Rehabilitation Services Foreman*

*Job Code: R1000*                              *Pay Range: 52*

### Definition:

This is supervisory work in a state sheltered workshop for the handicapped.

Employees in this class perform responsible para-professional work supervising activities in a sheltered workshop for the handicapped. Work involves planning and supervising the work of clients assigned to a workshop, and setting standards and procedures to insure safe and purposeful performance of tasks. Close supervision is exercised over clients engaged in the workshop program. Supervision is exercised over subordinate employees engaged in the workshop program. General supervision is received from the sheltered workshop manager, but employees are responsible for applying standard shop practices to the work and for maintaining work schedules.

### Qualifications:

High school diploma or GED equivalent. Experience (24 months or more) in sheltered workshops, including some experience (12 months or more) in a supervisory capacity.

## *Rehabilitation Services Manager*

*Job Code: R4000*                                                    *Pay Range: 73*

**Definition:**

    This is highly responsible professional and administrative work directing rehabilitation programs at a state mental health facility.

    An employee in this class is responsible for planning, organizing, and directing rehabilitation programs at a state mental health facility. Work involves responsibility for developing policies and procedures and responsibility for the implementation of decisions as they apply to the rehabilitation program. Emphasis is placed on the responsibility for integrating rehabilitation programs into the overall program of the facility. Supervision is exercised over a large staff of professional and non-professional employees engaged in the delivery of rehabilitation training to clients. Work is performed under the general supervision of an administrative supervisor and is reviewed through conferences and reports for program effectiveness and for conformity with policies and objectives.

**Qualifications:**

Master's degree in rehabilitation, rehabilitative counseling, vocational rehabilitation, or related field. Considerable experience (48 months or more) in the field of rehabilitation, including experience (12 months or more) in a supervisory or administrative capacity.

## *Rehabilitation Services Specialist*

*Job Code: R2000*                                                    *Pay Range: 60*

### Definition:

This is professional work in the field of rehabilitation in a state mental health facility.

Employees in this class are responsible for providing rehabilitative or vocational rehabilitative services to clients in a state mental health facility. The work may involve direct training, counseling, job placement, and follow-up responsibilities for clients assigned to the professional. The work is performed under supervision and is reviewed through case records, reports, and conferences.

### Qualifications:

Bachelor's degree in the field of rehabilitation, vocational education, or other related area. Some (12 months or more) experience in the rehabilitation field.

## *Police Officer*

**Job Code: S2000**                                    **Pay Range: 67**

### Definition:

This is routine police work protecting state property and maintaining the security of a state mental health facility.

Employees in this class are responsible for patrolling the grounds of a state mental health facility to protect and guard property and persons from fire, theft, trespassers, or other hazards. Work involves regulating the activities of patients/residents, employees, and the general public, and includes exercising police powers. An important aspect of the work is the availability of the employee in time of emergencies or unexpected incidents. Work is performed in accordance with prescribed rules and regulations. Supervision is received through daily instructions and inspections by a superior police officer.

### Qualifications:

High school diploma or GED equivalency supplemented by APOST Basic Police Academy Certification.

### Necessary Special Requirements:

Must meet the requirements of the Alabama Peace Officer Standards and Training Act. Must have a valid Alabama driver's license.

ADMH_06-03-00228

## *Police Officer Supervisor*

*Job Code: S3000*                                          *Pay Range: 71*

### Definition:

This is supervisory police work protecting property and maintaining safety and security of a state mental health facility.

An employee in this class supervises police activities on a particular shift at a state mental health facility. Work involves safe guarding facility property, residents, and employees against fire, theft, vandalism, and other hazards. An important aspect of the work is the availability of the employee in time of emergencies or unexpected incidents. Assignments are received in the form of oral or written orders from a superior police officer or other facility officials. Work conforms with established laws, rules and policies and is reviewed through reports, conferences, and accomplishments.

### Qualifications:

High school diploma or GED equivalency supplemented by APOST Basic Police Academy Certification. Experience (24 months or more) as a police officer.

### Necessary Special Requirements:

Must meet the requirements of the Alabama Peace Officer Standards and Training Act. Must have a valid Alabama driver's license.

ADMH_06-03-00229

### *Police Officer Trainee*

**Job Code: S1000**                                    **Pay Range: 61**

**Definition:**

This is routine police work of a training nature protecting state property and maintaining the security of a state mental health facility.

Employees in this class are responsible for patrolling the grounds of a state mental health facility to protect and guard property and persons from fire, theft, trespassers, or other hazards. Work involves regulating the activities of patients/residents, employees, and the general public. An important aspect of the work is the availability of the employee in time of emergencies or unexpected incidents. Work is performed in accordance with prescribed rules and regulations. Supervision is received through daily instructions and inspections by a superior police officer.

**Qualifications:**

High school diploma or GED equivalency and 21 years of age.

**Necessary Special Requirements:**

Must be eligible for admission to APOST Basic Police Academy within six months of employment. Must have a valid Alabama driver's license.

## *Police Operations Director*

**Job Code: S4000**                                    **Pay Range: 75**

### Definition:

This is responsible supervisory and minor administrative police work in protecting property and maintaining the safety and security of a state mental health facility; or, this is responsible investigation work of a confidential nature concerning incidents in the state mental health system.

An employee in this class serves as the chief police officer for a small facility or the assistant chief police officer for a large mental health facility. Work involves responsibility for the appearance, discipline, efficiency, and effectiveness of subordinate police officers engaged in safeguarding facility property, residents, and employees against fire, theft, vandalism, and other hazards. Other employees serve as the chief fire and safety officer for a state mental health facility. Other employees conduct investigations of a confidential nature relating to residents/patients and employees of the department. An important aspect of the work is the availability of the employee in time of emergencies or unexpected incidents. Assignments are received in the form of oral or written orders from a superior officer or other facility/departmental officials. Work conforms with established laws, rules, and policies, and is reviewed through reports, conferences, and accomplishments.

### Qualifications:

High school diploma or GED equivalency supplemented by APOST Basic Police Academy Certification. Considerable (48 months or more) experience of a responsible nature in police or security or investigative work, including some (12 months or more) supervisory experience in law enforcement.

### Necessary Special Requirements:

Must meet the requirements of the Alabama Peace Officer Standards and Training Act. Must have a valid Alabama driver's license.

## *Safety Officer*

**Job Code: S6000**                                   **Pay Range: 56**

### Definition:

This is routine inspection work in the field of hospital fire and safety in the state mental health facility.

An employee in this class assists the Safety Director by performing inspections of all buildings and grounds to ensure that applicable fire and safety codes and other applicable standards are met. Employee conducts fire drills and teaches fire/safety classes to hospital employees. An administrative supervisor instructs the employee through verbal and written communications, and reviews the work of employee through conferences and field inspections.

### Qualifications:

High school diploma or GED equivalency. Experience (24 months or more) as a fire fighter, building inspector, safety officer or related field

## *Safety Specialist*

**Job Code: S6500**                                    **Pay Range: 64**

### Definition:

This is responsible inspection work in the field of hospital fire and safety in a state mental health facility.

An employee in this class is responsible for the fire and safety program in a state mental health facility. Work involves planning, organizing and directing all aspects of a hospital safety program. Supervision may be exercised over a small staff of employees engaged in inspecting and assuring that all safety guidelines, codes and policies are met. Work is performed under the general supervision of a professional or administrative supervisor and is reviewed though conferences and reports for program effectiveness and conformity with policies and objectives.

### Qualifications:

High school diploma or GED equivalency supplemented by specialty training in the techniques of building inspection and the operation of fire fighting equipment. Considerable experience (48 months or more) as a fire fighter, building inspector, safety officer or related field.

ADMH_06-03-00233

**Security Officer IV**
**(Terminal Class-Redlined)**

**Job Code: S5000**

**Pay Range: 76**

## Definition:

This is highly responsible supervisory and administrative police work in protecting property and maintaining the safety and security of a large state mental health facility; or, this is highly responsible supervisory investigation work of a confidential nature concerning incidents in the state mental health system.

An employee in this class serves as the chief police officer for a large state mental health facility. Work involves responsibility for the appearance, discipline, efficiency, and effectiveness of subordinate police officers engaged in safeguarding facility property, residents/patients, and employees against fire, theft, vandalism, and other hazards. Another employee plans, assigns, and conducts investigations of a confidential nature relating to residents/patients and employees of the department. An important aspect of the work is the availability of the employee in time of emergencies or unexpected incidents. Assignments are received in the form of oral or written orders from an administrative supervisor. Work conforms with established laws, rules, and policies, and is reviewed through reports, conferences, and accomplishments.

## Qualifications:

Graduation from a standard senior high school, supplemented by an approved course conducted by a police academy. Extensive (72 months or more) progressively responsible recent experience in police, security or investigative work, including some (12 months) in a supervisory capacity.

## Necessary Special Requirements:

Must meet the requirements of the Alabama Peace Officer Standards and Training Act. Possession of a valid Alabama Driver's License.

## *Special Investigations Manager*

**Job Code: S8000**                                    **Pay Range: 78**

### Definition:

    This is highly responsible administrative and supervisory work in coordinating, developing and directing a Department Investigations Program. Work is performed with considerable independence and is reviewed through conferences with administrative superior for program effectiveness and conformance with established laws, policies, and regulations.

### Example of Work Performed:

- Coordinates investigations by reviewing reports from subordinates in order to determine if adequate information has been supplied.
- Establish focus of each investigation and determine procedures for implementation.
- Performs supervisory duties and directs special projects and investigations.
- Testifies in administrative, civil, criminal, or other proceedings concerning investigative findings.
- Advises departmental officials of potential trouble areas through intelligence gained during investigations.
- Evaluates program effectiveness and makes recommendations to supervisors on program goals and procedures to attain goals.
- Trains and develops other investigative staff and evaluates their performance.

### Required Knowledge Skills and Abilities:

- Extensive knowledge of the basic rules of evidence and the application of constitutional law to criminal cases.
- Extensive knowledge of the criminal justice system.
- Extensive knowledge of criminal law, legal rights of individuals involved in crimes, laws of evidence and court procedures.
- Thorough knowledge of the operations of the Department of Mental Health and its relationship as affected by the entire criminal justice system.
- The ability to communicate effectively orally and in writing.
- Knowledge of the principles of supervision and office management.
- Ability to perform investigations, ascertain facts, collect evidence and testify in court regarding such investigations.
- Ability to effectively perform the physical duties involved in conducting investigations.

Special Investigations Manager
Page 2

- Extensive knowledge of investigative techniques.
- Ability to travel extensively throughout the state
- Ability to work nights and weekends

## Qualifications:

Bachelor's degree in criminal justice, criminology, public safety or a related field. Extensive experience (72 months or more) in the techniques of criminal investigation with a law enforcement or regulatory agency. Other directly related education and/or work investigative experience may be substituted for all or part of the degree.

## Necessary Special Requirement:

Must possess or be eligible to possess certification established by the APOST Basic Police Academy. Must have a valid Alabama driver's license.

ADMH_06-03-00236

## *Special Investigator*

**Job Code: S7000**                                            **Pay Range: 72**

### Definition:

This is responsible investigative work of a confidential nature concerning incidents involving consumers and employees, with the Alabama Department of Mental Health and Mental Retardation facilities. A superior agent or supervisor supervises work and specific instructions as to methods used to conduct investigations are provided through consultations and written instructions.

### Examples of Work Performed:

- Conducts intra-departmental investigations concerning incidents involving consumers and/or employees of the Department of Mental Health/Mental Retardation.
- Investigates alleged or suspected violations of laws and statutes.
- Conducts field investigations to ascertain facts and obtains evidence of incidents involving homicides, suicides, escapes, thefts, drug violations, abuse and neglect complaints and other violations of criminal statutes.
- Evaluates and prepares investigative reports for presentation to a superior agent, supervisor or other officials, if required.
- Gives testimony at criminal justice system proceedings and administrative hearings.

### Required Knowledge Skills and Abilities:

- Knowledge of the rules of evidence and the applications of constitutional law to criminal cases.
- Knowledge of the rights of individuals involved in a crime, criminal law and court procedures.
- Ability to prepare detailed and summary reports of evidence surrounding a case.
- Ability to plan the work involved in criminal investigations and work multiple cases assigned.
- Ability to write and speak effectively.
- Ability to preserve evidence and information.
- Ability to perform the physical duties involved in conducting investigations
- Ability to conduct training sessions to other law enforcement agencies.
- Ability to travel extensively throughout the state
- Ability to work nights and weekends

Special Investigator
Page 2

## **Qualifications:**

Bachelor's degree in criminal justice, criminology, public safety or related field. Other directly job related education and/or investigative experience may be substituted for all or part of the degree.

## **Necessary Special Requirements:**

Must possess or be eligible to possess certification established by the APOST Basic Police Academy. Must have a valid Alabama driver's license.

## *Special Investigator Senior*

**Job Code: S7500**                                    **Pay Range: 75**

### Definition:

This is highly responsible supervisory work of a confidential nature concerning incidents involving consumers and employees, in Mental Health/Mental Retardation facilities. Work is performed under the general supervision of an administrative agent and instructions as to methods used to conduct investigations are provided through consultation and written instructions.

### Examples of Work Performed:

- Conducts intra-departmental investigations concerning incidents involving consumers and/or employees of the Department of Mental Health/Mental Retardation.
- Investigates alleged or suspected violations of laws and statutes.
- Conducts field investigations to ascertain fats and obtains evidence of incidents involving homicides, suicides, escapes, thefts, drug violations, abuse and neglect complaints and other violations of criminal statutes.
- Evaluates and prepares investigative reports for presentation to a supervisor or other officials, if required.
- Gives testimony of criminal justice system proceedings and administrative hearings.
- Assists the MH Special Agent III in coordinating investigations, reviewing reports from subordinate agents to determine if adequate investigative efforts have been performed and documentation is satisfactory.
- Develops criminal justice training events for subordinate agents and other law enforcement agencies.
- Assumes the duties and responsibilities of the MH Special Agent III in his/her absence.
- Conduct training with other law enforcement agencies

### Required Knowledge Skills and Abilities:

- Considerable knowledge of the rules of evidence and the application of constitutional law to criminal cases.
- Considerable knowledge of the criminal justice system.
- The ability to communicate effectively orally and in writing.
- The ability to both instruct and supervise agents and investigate cases at the same time.
- Ability to assist the MH Special Agent III in the preparation of budget documentation and other periodic reports to departmental officials.

Special Investigator Senior
Page 2

- Considerable knowledge of investigative techniques.
- Ability to travel extensively throughout the state
- Ability to work nights and weekends

**Qualifications:**

Bachelor's degree in criminal justice, criminology, public safety or related field. Considerable experience (48 months or more) in the techniques of criminal investigation with a law enforcement or regulatory agency. Other directly related education and/or work investigative experience may be substituted for all or part of the degree.

**Necessary Special Requirements:**

Must possess or be eligible to possess certification established by the APOST Basic Police Academy. Must have a valid Alabama driver's license.

ADMH_06-03-00240

## *Telecommunications Specialist*

*Job Code: S8500*                              *Pay Range: 46*

### Definition:

This is skilled work in operating a law enforcement radio and telephone switchboard. Receives and transmits alarms and messages by radio, in writing, over telephone or orally.

Work is performed under the general supervision of an administrative supervisor through observation of work in progress, reports and conferences.

### Qualifications:

High school diploma or GED equivalency. Some (12 months or more) experience in the operation of a law enforcement radio and/or telecommunications equipment.

# *Telecommunications Supervisor*

*Job Code: S9000*                                    *Pay Range: 53*

## Definition:

This is responsible supervisory work directing the operations of the facility switchboard and law enforcement radio.

Work involves scheduling, approving leave, seeing that radio and switchboard equipment are kept in order, assignment of security cars. Responsible for notifying the proper authorities of unusual occurrences, or emergency situations and for keeping records of such. Supervision is exercised over lower level employees. Work is reviewed by an administrative superior in accordance with approved policies and guidelines.

## Qualifications:

High school diploma or GED equivalency with experience (24 months or more) in operating a law enforcement radio and/or telecommunications equipment, including some (12 months or more) supervisory experience.

## *Social Work Director*

**Job Code: W5000**                                    **Pay Range: 78**

**Definition:**

    This is professional and administrative work in a large state mental health facility. Employee is responsible for planning, developing, conducting and supervising social services to a large facility. Supervision is exercised over a large staff of professionals engaged in the delivery of social services to clients/patients of the facility. The employee serves as QMRP/QMHP.

    Work is performed under the general supervision of a professional or administrative supervisor and is reviewed for conformance to accepted standards and program effectiveness.

**Examples of Work Performed:**    (May or may not include all duties and responsibilities performed)

- Maintains an organized structure for the social work department.
- Ensures that a quality assurance program is ongoing in the Social Work Department.
- Serves as community liaison by exchanging information with agencies or individuals, community mental health centers, volunteer groups, professional social work meetings.
- Monitors social work functions on a hospital basis by auditing charts, reviewing and correcting social history updates, psycho-social assessments, release plans and other work products, investigating complaints from patients, staff and others.
- Supervises (delegates, demonstrates, instructs, evaluates) student and staff using in-service.
- Composes and revises social work and program policies and maintain an up-to-date departmental policy and procedure manual.
- Defines the needs of the social work department to the Clinical and Hospital Directors and Director of Personnel.
- Coordinates the orientation/training, and ongoing in-service training for all social worker services staff with the Mental Health Social Worker III's, and Staff Development Department.
- Performs the orientation/training and in-service training activities as needed.
- Serves as interdisciplinary resource person to the administration.
- Screen/reviews voluntary admissions and needs for restrictions.

Social Work Director
Page 2

### __Knowledge, Skills, and Abilities__:

- Ability to make decisions.
- Ability to read and comprehend.
- Ability to make clinical assessments.
- Knowledge of therapies/casework such as individual, group and family.
- Knowledge of human behavior.
- Knowledge of social work to include family dynamics, developmental models, community and group.
- Ability to communicate orally.
- Ability to communicate in writing.
- Knowledge of mental and psychological disorders.
- Ability to supervise, delegate, commend, discipline, evaluate, and evaluate the work of others.
- Knowledge of crisis intervention techniques.

### __Qualifications__:

Master's degree in Social Work and extensive (72 months or more) experience as a social worker in the mental health field plus experience (24 months or more) in a supervisory role.

### __Special Requirements__:

Licensed Certified Social Worker (LCSW) as issued by the Alabama Board of Social Work Examiners.

## *Social Worker*

*Job Code: W1000*                                              *Pay Range: 63*

**Definition:**

  This is a professional social work position which provides social services to a caseload of clients/patients in a state mental facility. Employee contributes to maintaining client/patient records, conducts social evaluations and implements socialization programs. Employee may serve as QMRP/QMHP as applicable.

  Employee's work is performed under the general supervision of a professional supervisor and work is reviewed by periodic review of case records and caseload reports.

**Examples of Work Performed:**   (May or may not include all duties and responsibilities performed)

- Writes and/or dictates documents such as social summaries, background information, in-take legal summaries, hospitalization summaries, transfer materials for community placement, treatment progress notes, on-going family contact reports, treatment plans and Social Security Impairment reports.
- Interviews (talks with) families and clients/patients using telephones, counseling sessions, social history forms, psycho-social assessment forms, home visits, correspondence and one-to-one contacts following oral and written instructions.
- Communicates (orally and in writing) with residents, visitors, families, mental health facility personnel, CMHC staff personnel and NICS facilities staff personnel.
- Attends meetings such as treatment team meetings, individual habilitation plan meetings, ward team meetings, community placement meetings, monthly field representative meetings and morning meetings with mental health facility staff personnel.
- Composes correspondence such as requests for information, progress reports to families, courts, community mental health centers and other agencies, community placements, other facilities, requests for materials, requests for interstate transfers, memoranda of records, and interhospital memos.
- Files, retrieves and purges documents such as clients/patients charts, commitment orders, social summaries, transfer materials, reports, petitions for commitment, legal summaries, contract sheets, progress notes, background information competency reports and authorization forms.

ADMH_06-03-00245

Social Worker
Page 2

- Gives and receives information to/from physicians, nurses physical rehabilitation staff personnel and CMHC and NICS facilities.
- Proofreads documents such as contracts, vouchers, social histories, hospitalization summaries, letters to families, memoranda, reports of transfer to nursing homes, foster and legal summaries.
- Provides/receives information to/from collateral sources such as lawyers. District attorneys, district court judges, circuit court clerks, sheriffs, probation and parole officers, guardians, Department of Pensions and Security personnel, CMHC and NICS facilities staff.

### Knowledge, Skills, and Abilities:

- Ability to communicate in writing.
- Ability to orally convey and express ideas effectively
- Ability to read and comprehend documents such as journals, court orders, consent forms, etc...
- Ability to exercise good judgment in making decisions.
- Knowledge of mental disorders such as schizophrenia, bi-polar, maniac/depressive, organic, personality, depression, substance abuse and mental retardation.
- Knowledge of crisis intervention techniques.

### Qualifications:

Bachelor's degree in Social Work.

**Necessary Special Requirements**: Possession of or eligibility for licensure as a Bachelor level social worker as issued by the Alabama Board of Social Work Examiners.

## Social Worker MSW

**Job Code: W2000**                                    **Pay Range: 70**

**Definition:**

    This is a professional social work position which provides social services to a caseload of clients/patients in a state mental health facility. Employee contributes to maintaining client/patient records, conducts social evaluations and implements socialization programs. Employee may supervise other social work staff. Employee may serve as QMRP/QMHP as applicable.

    Employee's work is performed under the general supervision of a professional or administrative supervisor. Employee's work is reviewed for conformance to accepted standards and program effectiveness.

**Examples of Work Performed:**    (May or may not include all duties and responsibilities being performed)

- Writes and/or dictates documents such as social summaries, transfer materials for community placement, treatment progress notes, on-going family contact reports, treatment plans and Social Security Impairment reports.
- Communicates (orally and in writing) with residents, visitors, families, mental health facility personnel, CMHC staff personnel and NICS facilities staff personnel.
- Interviews (talks with) families and clients/patients using telephones, counseling sessions, social history forms, psycho-social assessment forms, home visits, correspondence and one-to-one contacts.
- Attends meetings such as treatment team meetings, individual habitation plan meetings, ward team meetings, community placement meetings, monthly field representative meetings and morning meetings with mental health facility staff personnel.
- Gives and receives information to/from physicians, nurses rehabilitation staff personnel and CMHC and NICS facilities using one-to-one contacts, telephone and memos following oral and written instructions.
- Composes correspondence such as requests for information progress reports to families, courts, community mental health centers and other agencies, community placements, other facilities, request for materials, requests for interstate transfers, memoranda of records, and inter hospital memos.
- Provides/receives information to/from collateral sources such as lawyers, district attorneys, district court judges, circuit court clerks, sheriffs, probation and parole officers, guardians. Department of Pensions and Security Personnel, CMHC and NICS facilities staff.

Social Worker MSW
Page 2

- Proofreads documents such as contract vouchers, social histories, hospitalization summaries, letters to families, memoranda, reports of transfer to nursing homes, foster and legal summaries.

## Required Knowledge, Skills, and Abilities:

- Ability to effectively communicate in writing
- Ability to read and comprehend documents such as social histories, psychological assessments, data and court orders, and etc.
- Ability to effectively convey and express ideas
- Ability to make clinical assessments
- Knowledge of social work to include family dynamics, development models, community and group process cultural influencing factors, psycho-social development and social work roles
- Ability to exercise good judgment in rendering decisions
- Knowledge of clinical interventions such as individual, group and family therapy, crisis intervention and behavioral management techniques
- Knowledge of mental and psychological disorders
- Knowledge of psychotropic medications
- Knowledge of crisis intervention techniques
- Knowledge of physical disabilities to include age of onset, course, prognosis, etiology and levels of functioning

## Qualifications:

Masters degree in Social Work.

## Necessary Special Requirements:

Possession of or eligibility for licensure as graduate social worker as issued by the Alabama Board of Social Work.

ADMH_06-03-00248

### *Social Worker Senior*

**Job Code: W3000**                                                      **Pay Range: 72**

**Definition:**

 This is a professional social work position which provides social services to a caseload of clients/patients in a state mental health facility. Employee contributes to maintaining client/patient records, conducts social evaluations and implements socialization programs. The employee may serve as QMRP/QMHP as applicable. Work in this classification includes the supervision of social work staff.

 Employee's work is performed under the general supervision of a professional or administrative supervisor. Employee's work is reviewed for conformance to accepted standards and program effectiveness.

**Examples of Work Performed:**  (May or may not include all duties and responsibilities being performed)

- Provides direct treatment such as crisis intervention, group, collateral, family and individual therapy.
- Composes clinical documents and other documents such as social summaries, court reports, progress notes, release summaries, seclusion orders, correspondence, treatment plans, social histories, psycho-social updates, habilitation training programs, post-hospitalization summaries, background information for Individual Habilitation Plans and accountability reports.
- Interviews (questions/observes/talks with/listens to) clients/patients, families, professionals, personnel from other agencies and ward staff.
- Reviews (reads) clinical documents such as clients'/patients' records, information from other agencies, referral information, information on services available within and outside facility and reports following oral and written instructions.
- Fills-out forms such as referral forms, financial questionnaires, ground privileges forms, temporary visit forms, trail placement forms, discharge forms, social security forms, therapeutic leave forms and consent forms.
- Accompanies clients/patients to appointments, shopping trips, pre-placement visits, social and recreational activities, home visits, placement screening and court appearances.

Social Worker Senior
Page 2

## Required Knowledge, Skills, and Abilities:

- Ability to read and comprehend documents such as court orders, policies and procedures, regulatory standards, assessments, etc.
- Knowledge of social work to include family dynamics, developmental models, community and group processes, cultural influencing factors, psycho-social development and social work roles.
- Ability to make clinical assessments.
- Knowledge of therapies/casework.
- Ability to communicate orally in such forums as meetings, conferences, therapy sessions, one-to-one exchanges, and in-service training sessions
- Knowledge of mental and psychological disorders,
- Knowledge of human behavior to include developmental theories, personality theories, normalization, systems theories, non-verbal communication and social and cultural influences.
- Ability to communicate in writing.
- Ability to exercise good judgment.
- Knowledge of crisis intervention techniques.
- Knowledge of community/agency resources.
- Knowledge of facility forms such as referral forms, request for fund forms, written reprimands, history and assessment forms.
- Knowledge of psychotropic medications.
- Ability to supervise, delegate, commend, discipline, evaluate and instruct others.
- Knowledge of physical disabilities.
- Ability to add, subtract, multiply and divide to include percentages.

## Qualifications:

Master's degree in Social Work plus experience (24 months or more) as a social worker in a mental health or medical field.

## Necessary Special Requirements:

Possession of or eligibility for licensure as a graduate social worker as issued by the Alabama Board of Social Work.

## *Deaf Care Worker*

**Job Code: B3500**                                             *Range: 50*

### Definition:

This is beginning level work in training for the care, habilitation, and rehabilitation of deaf and hard of hearing (D/HH) persons with co-occurring disorders of mental illness and chemical dependency in a state mental health facility. Employees in this class participate in an approved training course designed to develop basic skills to gain elementary understanding of the causes, nature and treatment of persons with co-occurring disorders of mental illness and chemical dependency, and perform beginning level duties on a unit involving guiding patients in basic therapeutics, daily living and health care activities. Training and work assignments are performed under close supervision.

### Examples of Work Performed:   (May or May not include all duties being performed)

- Receives basic orientation and classroom training in hospital policies and procedures in relation to overall functions of the Department of Mental Health and the individual facility to include training in the basic elements of nursing care, first aid, and personal hygiene.
- Receives on-the-job instruction necessary to develop basic skills needed to render services, care habilitation and rehabilitation to patients.
- Performs beginning level duties assisting in the care, treatment and development of Deaf/Hard of Hearing persons with co-occurring disorders of mental illness and chemical dependency.
- Performs light housekeeping functions in all areas of the unit; supervises patients in personal housekeeping activities.
- Provides the necessary work, assistance and support, as well as immediate care and supervision to patients in dining area functions as services are needed or required during meal time.
- Assists in providing necessary personal care services including bathing, feeding, dressing and other general care duties.
- Assists in maintaining the assigned area in a safe, clean and orderly condition, and in the maintenance of patient clothing, supplies, and equipment.
- Assists under close supervision, in the performance of simple nursing procedures.
- Assists in the delivery of prescribed habilitation and treatment programs under close supervision.

Deaf Care Worker
Page 2

- Contributes to the development of a Sign Language enriched environment by modeling the use of ASL or other appropriate communication modalities with patients.
- Observes the behavior, attitudes, and physical condition of patients; reports significant changes to appropriate staff.
- Escorts clients to various areas within the hospital and grounds.
- Performs limited temporary charge responsibility at times where immediate needs dictate.
- Fosters good one-on-one relationships with patients and co-workers.
- Performs related work as assigned.

## Required Knowledge, Skills, and Abilities:

- Knowledge of American Sign Language.
- Knowledge of SLPI/SCPI
- Familiarity with cultural and behavioral norms of deaf people.
- Ability to communicate effectively in ASL, with an Interpreter, and in writing
- Ability to read and comprehend documents such as policies and procedures, either in written English or a version translated into American Sign Language.
- Ability to add, subtract, multiply and divide.

## Qualifications:

High school diploma or GED equivalency.

## Necessary Special Requirement:

- Must be at least 18 years of age at the time of appointment.
- Proficiency in American Sign Language at "native" or near "native fluency" level of signing skills as measured by a recognized screening process, such as SLPI/SCPI at the "Advanced" level or higher.
- Must have a valid Alabama driver's license.

ADMH_06-03-00252

*Interpreter*

**Job Code: B6000**                                   **Range: 73**

**Definition:**

This is professional level work in providing specialized services to individuals who are deaf and hard of hearing and who have mental illness/mental retardation and/or substance abuse issues.

Work involves interpreting between deaf or hard of hearing consumers, staff of the Alabama Department of Mental Health and Mental Retardation facilities or contract service providers. Work may be performed in a variety of different settings. Administrative supervision provided by the MH Specialist in the region or facility while clinical supervision is provided by the state MH Interpreter Coordinator II.

**Examples of Work Performed:** (May or may not include all duties being performed)

- Interprets between English speaking and individuals who use American Sign Language or other Manual Codes for English.
- Perform communication assessments of consumers who are deaf or hard of hearing.
- Provides communication training such as sign language classes to contracted service providers.
- Completes various reports and necessary paperwork as required by the mental illness division and the Office of Deaf Services.
- Provides supervision to contract interpreters and train others in American Sign Language and adaptive technology.

**Required Knowledge, Skills, and Abilities:**

- Knowledge of American Sign Language.
- Knowledge of the function of a professional interpreter and Interpreting Code of Ethics.
- Knowledge of deafness and deaf culture.
- Knowledge of telecommunication devices and their use.
- Ability to interpret between consumers using a variety of dialects and fluency levels.
- Ability to communicate effectively both orally and in writing.
- Ability to interpret in situations where partial control by interpreter is possible.
- Ability to utilize computer, internet resources and various software packages.

Interpreter
Page 2

- Ability to provide training in the American Sign Language and the use of adaptive technology.
- Ability to work a flexible work schedule to include nights and/or weekends as needed.
- Ability to supervise the work of others.

## Qualifications:

Associates degree plus considerable (48 months or more) of full-time experience interpreting in a variety of different settings. Other job related education and/or experience may be substituted for all or part of these basic requirements.

## Necessary Special Requirements:

- Must be licensed or eligible for licensure by the Alabama Licensure Board of Interpreters and Transliterators.
- Must be certified or eligible to receive certification as a QMHI (Qualified Mental Health Interpreter) or its equivalent. **Certification must be obtained within 24 months of hire.**
- Must have a valid Alabama driver's license

## *Interpreter Trainee*

**Job Code: U1000**                                         **Range: 67**

**Definition:**

This is professional trainee level work in providing specialized services to individuals who are deaf and hard of hearing and who have mental illness, mental retardation, and/or substance abuse issues.    Work involves interpreting under supervision between deaf or hard of hearing consumers, staff of the Alabama Department of Mental Health and Mental Retardation facilities or contract service providers.  Work may be performed in a variety of different settings.  Administrative supervision is provided by the MH Specialist in the region or facility while clinical supervision is provided by the state MH Interpreter Coordinator II.

**Examples of Work Performed:** (May or May not include all duties being performed)

- Interprets between English speaking individuals and individuals who use Sign Language including, but not limited to, American Sign Language, Visual Gestural Communication Systems or Manual Codes for English.
- Coordinates interpreter scheduling, as needed, for contract interpreters.
- Assists with training in areas such as sign language classes, deaf awareness, adaptive technology and interpreting.
- Assists with training projects as established by the ADMHMR central office.
- Completes various reports and necessary paperwork as required by the mental illness division and the Office of Deaf Services.
- Participates in mentorship with licensed interpreter.

**Required Knowledge, Skills, and Abilities:**
- Knowledge of American Sign Language
- Knowledge of the function of a professional interpreter and Interpreting Code of Ethics
- Knowledge of deafness and deaf culture
- Knowledge of telecommunication devices and their use
- Ability to interpret between consumers using a variety of dialects and fluency levels
- Ability to communicate effectively both orally and in writing
- Ability to utilize computer, internet resources and various software packages
- Ability to provide training in American Sign Language, Deaf Awareness, Interpreting and the use of adaptive technology

ADMH_06-03-00255

Interpreter Trainee
Page 2

- Ability to work a flexible work schedule to include nights and/or weekends as needed

## Qualifications:

Associates Degree with experience (24 months or more) as an interpreter.
                    or
Bachelor's Degree with no experience.

Graduation from a recognized interpreter training program is preferred.

## Necessary Special Requirement:

- Must be permitted or permit eligible by the Alabama Licensure Board of Interpreters and Transliterators.    Must be able to acquire a license by the Alabama Licensure Board of Interpreters and Transliterators within 36 months of hire.
- Permitted individuals must pass the Sign Language Proficiency Interview (SLPI) at an Advanced or higher level.
- Must be certified as an interpreter by the Registry of Interpreters for the Deaf or National Association of the Deaf at a level 4 or 5 or equivalent or eligible to receive certification issued by the Registry of Interpreters for the Deaf or equivalent. Certification must be obtained within 36 months of hire.
- Must be certified or eligible to receive certification as a QMHI (Qualified Mental Health Interpreter) or its equivalent. Certification must be obtained within 24 months of acquiring license by the Alabama Licensure Board of Interpreters and Transliterators.
- Must have a valid Alabama driver's license

ADMH_06-03-00256

### *Interpreting Services Coordinator*

**Job Code: B7000**                                                         **Range: 79**

**Definition:**

    This is more advanced professional work in providing specialized services to individuals who are deaf and hard of hearing and who have mental illness/mental retardation, and/or substance abuse issues. Work involves coordinating and supervising the interpretation of services between deaf or hard of hearing consumers, DMH/MR staff, contract service providers, and hearing consumers. Work maybe performed in a variety of different settings. The employee in this class will report directly to the Director in the Office of Deaf Services.

**Examples of Work Performed:** (May or May not include all duties performed)

- Interprets between English speaking and individuals who use American Sign Language or other Manual Codes for English.
- Provides communication assessments of consumers who are deaf or hard or hearing.
- Supervise the clinical work of all mental health interpreters in the state.
- Provides or coordinates regular training in mental health interpreting for those seeking to become qualified mental health interpreters.
- Provides interpretation during meetings, conference, etc. . . .
- Completes various reports and necessary paperwork as required by the mental illness division and the Office of Deaf Services
- Provides technical assistance to consumers of interpreting services.

**Required Knowledge, Skills, and Abilities:**

- Knowledge of American Sign Language
- Knowledge and competency of English and American Sign Language as measured by ability to achieve a licensable score on a nationally recognized interpreting test.
- Knowledge of the function of a professional interpreter and Interpreting Code of Ethics
- Ability to utilize computer, internet resources, and various software packages
- Ability to coordinate and provide training in ASL, mental health interpreting ,and other related topics
- Ability to work a flexible work schedule to include nights and/or weekends as needed
- Ability to communicate effectively both orally and in writing

Interpreting Services Coordinator
Page 2

## Qualifications:

Bachelor's degree in Interpreting, Linguistics, Deaf Studies, Psychology, Sociology, or a related Human Service Field. Considerable experience (48 months or more) as an interpreter and experience (24 months or more) in a mental health setting, including some experience (12 months or more) in a in a supervisory capacity.

## Necessary Special Requirement:

- Must be licensed or eligible for licensure by the Alabama Licensure Board of Interpreters and Transliterators.
- Must be certified as a QMHI (Qualified Mental Health Interpreter) pursuant Code of Ala. 580-3-24.
- Must have a valid Alabama driver's license

ADMH_06-03-00258

## *Speech and Hearing Specialist*

**Job Code: B4000**                                    **Range: 64**

**Definition:**

This is professional work in developing communication abilities and skills for residents/patients in a mental health facility.

Employees in this class perform routine screening to detect communication difficulties, describe and summarize individual progress in acquiring communication skills, conduct speech therapy classes, and provide individualized therapy. Assignments are received from a professional or administrative supervisor. Work is performed under general supervision and is reviewed by observation of results, reports, and frequent staff conferences.

**Qualifications:**

Bachelor's degree in Speech Pathology, Deaf Education, or Communication Disorders and completion of a teacher education program approved by the Alabama Department of Education. Possession of a valid Class B or higher Alabama Professional Educator Certification with endorsement in specified area.

ADMH_06-03-00259

# *Speech and Hearing Therapist*

**Job Code: B5000**                                                    **Range: 69**

## Definition:

This is advanced professional work in developing communication abilities and skills or making diagnostic hearing evaluations for residents/patients in a mental health facility

Employees serve as specialists in diagnosis of communication dysfunction and development and implementation of plans to increase communication performance for residents/patients in a mental health facility. Work involves individual evaluation by utilizing standardized tests and correlated behavioral observation to assess communication skills. Additional assignments include preparing summary reports on individual communication skills, developing and implementing specific training programs, developing procedures for screening individuals to detect communication difficulties, and assessing communication gains. Other employees perform diagnostic hearing evaluations on residents/patients. Work is performed under general supervision and is reviewed by observation of results and frequent staff conferences.

## Qualifications:

Master's degree in speech pathology, deaf education, or audiology.

## Necessary Special Requirements:

Possession of a certificate of clinical competence from the American Speech and Hearing Association. Possession of a license as issued by the Alabama Board of Examiners for Speech Pathology and Audiology to practice in the area of specialization.

## *Staff Development Coordinator*

*Job Code: U5000*                                    *Pay Range: 72*

**Definition:**

   This is highly responsible work in the field of employee training and development.

   Employees in this class are responsible for developing, implementing, and evaluating training programs for all levels of employees. Work involves selecting participants for training courses, scheduling courses, selecting and arranging training locations, and selecting materials, speakers, and training aids. Some employees direct all staff development activities at a large mental health facility while others participate in a designated phase of the staff development program Department's central administrative offices. Supervision may be exercised over professional and non-professional employees performing specialized assignments. Work is assigned with general instructions and objectives by an administrative supervisor who provides policy guidelines and who evaluates work for adherence to program goals and effectiveness of results.

**Qualifications:**

Bachelor's degree in the behavioral sciences, education, nursing, human resources management, or business administration. Considerable experience (48 months or more) in a training and development or teaching role; must include experience in organizing training events, assessing needs, and evaluating training sessions.

## *Staff Development Director*

**Job Code: U7000**                                    **Pay Range: 80**

### Definition:

This is highly responsible administrative and professional work in training and directing the human resource development program for the department.

An employee in this class is responsible for planning, organizing, coordinating, and implementing, a comprehensive human resource development program. Work involves overseeing the selection of participants for training programs, scheduling programs, selecting and arranging training locations, and selecting speakers, materials and training aids. The employee provides frequent advice and recommendations to various high level officials of the Department on training needs, problems, and policies. Supervision is exercised over professional and non professional employees performing specialized assignments. Work is assigned with general instructions and objectives by an administrative supervisor who provides policy guidelines and who evaluates work for adherence to proposed goals and effectiveness of results.

### Qualifications:

Master's degree in the behavioral sciences, education, nursing, human resources management, or business administration. Extensive (72 months or more) experience in employee training and development, coordinating, monitoring, and managing program activities and/or projects, including experience (24 months or more) in a supervisory capacity.

ADMH_06-03-00262

### Staff Development Manager

**Job Code: U6000**                                    **Pay Range: 76**

**Definition:**

This is highly responsible professional training and development work.

An employee in this class is responsible for planning, organizing, coordinating, and implementing, a comprehensive human resource development program. Work involves overseeing the selection of participants for training programs, scheduling programs, selecting and arranging training locations, and selecting speakers, materials and training aids. Supervision is exercised over professional and non professional employees performing specialized assignments. Work is assigned with general instructions and objectives by an administrative supervisor who provides policy guidelines and who evaluates work for adherence to proposed goals and effectiveness of results.

**Qualifications:**

Master's degree in the behavioral sciences, education, nursing, human resources management, or business administration. Considerable (48 months or more) experience in employee training and development, coordinating, monitoring, and managing program activities and/or projects, including experience (24 months or more) in a supervisory capacity.

ADMH_06-03-00263

### *Staff Development Specialist*

*Job Code: U3000*                                      *Pay Range: 60*

**Definition:**

This is specialized work the field of employee training and development.

Employees in this class are responsible for developing, implementing, and evaluating training programs for all levels of employees. Work involves selecting participants for training locations, and selecting materials, speakers, and training aids. Some employees direct all staff development activities at a small mental health facility while others participate in a designated phase of the staff development program at a larger facility. Work is performed under the general direction of an administrative supervisor who reviews work for compliance with policy and effectiveness of results.

**Qualifications:**

Bachelor's degree in the behavioral sciences, education, nursing, human resources management, or business administration. Some experience (12 months or more) in a training and development or teaching role; must include experience in organizing training events, assessing needs, and evaluating training sessions. Other job related education and/or experience may be substituted for all or part of these basic requirements.

### *Educational Administrator (EDS Requirement)*

*Job Code: B3000*                                             *Range: 78*

**Definition:**

This is advanced professional and administrative work directing and coordinating a phase o the educational programs at a state Mental Health Facility.

An employee in this class is responsible for planning, organizing, directing, and coordinating a phase of the education programs at a state mental health facility. Emphasis is placed on responsibility for integrating education programs into the overall program of the facility. Work includes supervision of professional and non-professional employees engaged in education work. Work is performed with considerable independence, but is reviewed by an administrative supervisor for conformance to accepted standards and for program effectiveness.

**Qualifications:**

EDS certification and completion of a teacher education program approved by the Alabama Department of Education. Possession of a valid Class AA or higher Alabama Professional Educator Certification with endorsement in specified area. Considerable experience (48 months or more) in the education field, including experience (24 months or more) in a supervisory or administrative capacity.

ADMH_06-03-00265

## *Teacher*

**Job Code: B1000**                                                    **Range: 69**

**Definition:**

    This is professional education work in a state Mental Health Facility.

    Employees in this class are responsible for teaching assigned residents/patients of the facility. Duties include teaching on an individual or group basis, the recording of pupils' activities and may include the supervision of teacher's aides or other non-professional staff. Work is performed under the supervision of a professional or administrative supervisor through the observation of work in progress, reports, and conferences.

**Qualifications:**

Bachelor's degree in the area of specialization and completion of a teacher education program approved by the Alabama Department of Education. Possession of a valid Class B or higher Alabama Professional Educator Certification with endorsement in specified area.

## *Teacher Specialist*

**Job Code: B2000**                                        **Range: 73**

### Definition:

    This is professional education work in a state Mental Health Facility.

    Employees in this class are responsible for teaching assigned residents/patients of the facility. Duties include teaching on an individual or group basis, the recording of resident's activities and progress, and the maintenance of discipline and behavior. Work may include the supervision of other educators, teacher's aides, or other non-professional staff. The employee may serve as QMRP in mental retardation facilities. Work is performed under the general supervision of a professional or administrative supervisor, and is reviewed for conformance to accepted standards and for program effectiveness.

### Qualifications:

Master's degree in the area of specialization and completion of a teacher education program approved by the Alabama Department of Education. Possession of a valid Class A or higher Alabama Professional Educator Certification with endorsement in specified area.

## *Web Designer*

**Job Code: V6000**                                    **Pay Range: 74**

### Definition:

This is responsible work assisting in the coordination of public relations activities through the Public Information Office of the Alabama Department of Mental Health and Mental Retardation.

Employees in this class are responsible for promoting public awareness of mental illness, intellectual disabilities and substance addiction illness through the department's web site and other media in conjunction with the strategies and projects developed through the Public Information Office.

Employees work independently and receive supervision from the Director of Public Information for the Department.

### Examples of Work Performed: (May or may not include all duties)

- Develops internal documents, images and other means of visual web presentation for uploads onto the world wide web
- Applies working level web software
- Serves as liaison between the Public Information Office and the departments data management division (DMD)
- Coordinates web design through the technical DMD designee to assure that designs are compatible with DMD technical capacities.
- Participates in public relations projects for the department such as event planning, media campaigning, and written publications.

### Knowledge, Skills, and Abilities:

- Knowledge of web design software
- Knowledge of graphic design software such as Adobe Creative Suite
- Ability to artistically create and maintain dynamic departmental web site
- Ability to communicate effectively both orally and in writing
- Ability to develop PowerPoint and other audio/visual type presentations

### Special Requirement:

Applicants scheduled for interview will be required to proof a short writing sample and produce examples (portfolio) of their work.

Web Designer
Page 2

## **Qualifications:**

Bachelor's in Communication, Journalism, Public Relations, Graphic Arts, Web design, or a related field with some (12 months or more) experience in Web design, Graphic Design, Public Relations or Media.

Significant school related practicum and/or internship may be allowed as substitution for work experience.

ADMH_06-03-00269

## *Admissions Coordinator*

**Job Code:**                                              **Pay Range: 67**

**Definition:**

    This is responsible professional administrative work in the admissions department of a state mental health facility. Employees in this class are responsible for coordinating all admissions within a mental health facility. Work includes constant communication with probate courts, mental health centers, physicians, psychiatrists, families of admitted patients, as well as facility staff in order to facilitate the admission process. Work may include the supervision of paraprofessional and/or clerical staff.

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Coordinate all patient admissions into hospital in accordance with established policies and procedures, as well as State and Federal laws governing involuntary commitment.
- Receives and documents initial contact data from community mental health centers and probate offices.
- Establishes/maintains contact with mental health centers, probate offices, DMH/MR facilities, and other applicable agencies by providing information regarding vacancies, waiting lists, and make referrals as appropriate to other facilities.
- Logs all petition/commitment referrals so that admissions are scheduled efficiently and data is available for required or requested reports.
- Prepares and submits reports such as waiting lists, emergency admission reports and quarterly referral data.
- Enters and updates registration data into CARES.
- Maintains hospital registers/logs, temporary restraining orders/ evaluations from probate courts pending final commitment, and running lists of persons accepted for admission.
- Monitors coordinated disposition list in anticipation of discharges/ vacancies.
- Coordinates admissions with medical staff, nursing services, and Health Information Management in order to expedite admission process.
- Schedules/coordinates recommitment evaluations/hearings to ensure documentation is obtained timely and efficiently in compliance with Alabama Law.
- Reviews and answers inquiries such as admission procedures, bed availability, and waiting lists.
- Supervise the work of subordinates assigned to the Admissions Office.

ADMH_06-03-00270

Admissions Coordinator
Page 2

## Knowledge, Skills and Abilities:

- Knowledge of laws, policies/procedures, commitment status and admission regulations pertaining to DMH/MR
- Knowledge of basic symptomatology and diagnosis used in psychiatric settings.
- Ability to interpret and perform tasks in accordance with Alabama commitment laws and admissions regulations, and Federal Court Orders.
- Ability to exercise judgment and make decisions with regard to referral and admission of patients.
- Ability to work independently on difficult/complex tasks.
- Ability to communicate effectively both orally and in writing
- Ability to read and comprehend documents such as policies and procedures
- Ability to establish and maintain effective working relationships.

## Qualifications:

Bachelor's degree in Health Services, Social Work, Psychology, Business or a Human Service field. Experience (24 months or more) in mental health, including some experience (12 months or more) in a supervisory or administrative capacity.

## *Campus Coordinator*

**Job Code:**                                                    **Pay Grade: 74**

**Definition:**

This position is responsible for monitoring all client living and activity areas in a facility for individuals with cognitive/developmental disabilities to assure appropriate care, safety, programming and staff coverage is provided. The Campus Coordinator functions as the Administrator on campus in the absence of Administrative staff. In the event of allegations of abuse/neglect, unexplained injuries, serious injuries/incidents, etc, the Campus Coordinator is responsible for notifying the Facility Director/designee and initiating an immediate investigation of the incident in accordance with the Incident Management Plan.

**Examples of work Performed:**

- Insure sufficient coverage/staffing to provide for the appropriate care and well-being of all clients.
- Assure compliance with the DMH/MR Incident Management Plan by preventing incidents whenever possible and by going to the scene of incidents to assess the situation and implement appropriate action.
- Conduct incident investigations and prepare written investigative reports.
- Monitor living and activity areas to insure the health, welfare, and safety of each client and Title XIX compliance.
- Assume the role of administrator for the facility when appropriate administrative staff are not available.
- Develop training material and conduct in-service training on assigned shift.
- Compile data, reports, etc., utilizing various monitoring documents to assess and address system problems as directed by Unit Director, Director of Residential Services, Facility Director, or Designee.
- Serve as facility liaison/coordinator with direct-care areas, families and visitors during after hours (evenings, nights, weekends, and holidays) to insure that concerns are addressed and facility guidelines are followed.

**Required Knowledge, Skills, and Abilities:**

- Knowledge of ICF-MR Standards.
- Knowledge of DMH/MR and facility policy and procedures.
- Knowledge and understanding of the importance and criticality of this position to the efficient operation of the facility.
- Knowledge of Individual Program Plans and Behavior Support Plans.

Campus Coordinator
Page 2

- Knowledge of/ability to ensure sufficient staffing for adequate client care.
- Knowledge/understanding of the provisions contained in the DMH/MR Incident Management Plan.
- Knowledge of/ability to conduct incident investigations following appropriate procedure.
- Knowledge of Title XIX, Health/Life Safety Standards and ability/willingness to monitor facilities for compliance.
- Ability to function effectively as administrator on duty after hours to assure facility guidelines/policies are followed.
- Skill at compiling training material and conducting staff training.
- Skill/ability to compile and analyze information and generate appropriate reports independently using the PC and office related software.

## Qualifications:

Bachelor's degree in a human service field including but not limited to the following disciplines listed below:

Sociology, Speech Education, Rehabilitation, Counseling, Psychology, Speech Pathology, Audiology, Nursing, Physical or Occupational Therapy, as well as any related academic disciplines associated with the study of Human Behavior, Human Skill development or basic human care needs.

Considerable experience (48 months or more) in a mental health setting that includes some administrative or supervisory experience (12 months or more) involving the direct care of persons with cognitive and/or developmental disabilities.

ADMH_06-03-00273

# *Clinical Investigator*

**Job Code:**                                                    **Pay Grade: 74**

## Definition:

This is professional work conducting in-depth investigations of patient abuse, neglect, rape, theft of property, threats, etc., at a mental health facility for the Alabama Department of Mental Health and Mental Retardation. An employee in this classification receives supervision from the Appointing Authority of the facility. All investigations are completed from a clinical perspective in order to secure property and provide a safe environment for patients, employees, and visitors. Supervision is received by : _____

## Examples of Work Performed:

- Completes investigations at the request of the Hospital Director or designee in accordance with the Department of Mental Health and Bryce Hospital guidelines for investigation within the set time limits.
- Conducts investigations from a clinical perspective when applicable, or upon request, and provides the treatment team with recommendations as they relate to individual treatment plans and the patient's behavioral history or pattern.
- Prepares reports of findings that identify or describe: a) what happened, b) causes or contributing factors, c) employees responsibility, d) DMH/MR or department policy violations, e) whether the allegation is substantiated or unsubstantiated, f) methods of prevention and correction to ensure a complete and thorough investigative report.
- Provides the Director with verbal status reports on a weekly basis (or as often as necessary), to promptly address possible obstacles/problems or concerns.
- Attends morning Incident Review Committee meeting to discuss possible investigations.
- Present findings of investigations to Investigation Review Panel.
- Supervise the Investigative Department to include other investigators and one ASA I.

## Required Knowledge, Skills and Abilities:

- Knowledge of Department of Mental Health and facilities policies and procedures.
- Knowledge of investigative procedures.
- Ability to plan, organize, and prioritize work.
- Ability to plan, direct, and review the work of others.
- Ability to interact with all levels of staff.

Clinical Investigator
Page 2

- Good verbal and communication skills.

## **Qualifications:**

Bachelor's degree in a Human Services Field including but not limited to the following disciplines listed below:

Sociology, Speech Education, Rehabilitation, Counseling, Psychology, Speech Pathology, Audiology, Nursing, Physical or Occupational Therapy, as well as any related academic disciplines associated with the study of Human Behavior, Human Skill development or basic human care needs.

Experience (24 months or more) in the mental health field, including experience in conducting investigations. Other job related education and/or experience may be substituted for all or part of these basic requirements.

## *Community Court Liaison*

**Job Code:**                                              **Pay Range: 67**

### Definition:

    This is professional administrative and court related work in a forensic facility with DMH/MR.

    Employee in this class performs a variety of administrative and court related duties involving the exercise of independent judgment (including regular and daily contact by telephone and email with judges, district attorneys, defense attorneys, circuit clerks and jails). Work may include supervising staff. Work is performed under the general direction of facility director and is reviewed through conferences, reports and results achieved. Responsible for writing orders for the courts to admit and discharge patients. Serves as a liaison between the courts and the facility.

### Examples of Work Performed:

- Serves as liaison between the facility and the court systems (judges, district attorneys, defense attorneys, circuit clerks and jails).
- Coordinates admissions/discharges/outpatient forensic evaluations.
- Receives/screens applications for admission/outpatient forensic evaluation.
- Request collateral information necessary to complete evaluations.
- Provides regional outpatient program with administrative assistance.
- Trains staff regarding types of commitments.
- Provides Admissions Officers at other DMH/MR hospitals with assistance on forensic patients.
- Supervises staff.
- Serves on facility/departmental committees.
- Maintains mental retardation admissions list and refers patients for screening.

### Knowledge, Skills, and Abilities:

- Knowledge of the Alabama Rules of Criminal Procedure and Code of Alabama.
- Knowledge of CARES information system.
- Skills in communicating, both orally and in writing.
- Knowledge and skills in use of computer.
- Ability to act independently.
- Ability to use good judgment.
- Knowledge of State Judicial Information System.
- Ability to maintain accurate records.

ADMH_06-03-00276

Community Court Liaison
Page 2

- Ability to understand psychiatric diagnoses and general medical problems.

**Qualifications:**

Bachelor's degree in the area of academic specialization. Experience (24 months or more) dealing with court systems (judges, district attorneys, defense attorneys, circuit clerks, jails), or as a legal clerk/legal assistant in a law office including (12 months or more) supervisory experience.

## *Consumer Empowerment Specialist*

**Job Code: Q8100**                                        **Range: 70**

**Definition:**

This is responsible administrative work providing support to the Director of Consumer Empowerment in the Mental Retardation Division.

Employees in this class are responsible for the day-to-day operations of the Office of Consumer Empowerment. Work includes organizing events, developing training materials, preparing correspondence, communication support (telephone, e-mail, conference calls, etc.), arranging transportation for both in-state and out-of-state travel and serving as a key contact person for information and referral for Consumer Affairs.
Supervision is received from the Director of Consumer Empowerment.

**Examples of Work Performed: (may not include all the duties performed)**

- Makes travel arrangements for the Project Director and other self advocates so as to be able to participate in activities associated with the Office of Consumer Empowerment. Includes transportation.
- Provides support to Director in the day to day operations, including arranging meetings, preparation of materials, writing and developing training materials, and training of self advocate.
- Provides support for correspondence and other types of written documents, such as writing letters, taking meeting minutes, and preparing other documents, as needed.
- Assists Director, as needed, to facilitate full participation in all Committee/Task Force activities.
- Participates on committees, task forces, etc., and in teleconferences to provide input on behalf of individuals with disabilities.
- Visits self advocate organizations/chapters to provide help and assistance.

**Knowledge, Skills, and Abilities:**

- Knowledge of individuals with disabilities and support services provided in the state of Alabama.
- Ability to effectively communicate both orally and in writing.
- Ability to utilize computer and use various software packages.
- Ability to organize events and develop training materials.
- Ability to drive and be aware of support services provided in Alabama.
- Ability to travel extensively.

Consumer Empowerment Specialist
Page 2

- Ability to support leaders on local, regional, state and national policy making boards and committees.

## **Qualifications:**

High school diploma or GED equivalency. Considerable experience (48 months or more) in working with self advocates and/or providing supports to individuals with cognitive disabilities either in a paid or voluntary position and have networking and organizational skills.

## **Necessary Special Requirements:**

Must have a valid Alabama driver's license.

ADMH_06-03-00279

## *Director of Clinical Services*

**Job Code: P6500**                                    **Pay Grade: 87**

**Definition:**

Directs all clinical services at a facility or for the regions. Ensures that policies and procedures are updated and followed by staff. Participates in statewide committees to improve overall care for DMH/MR. Provides some direct care and/or administrative oversight over the direct care provided to staff.

**Examples of Work Performed:**

- Provides leadership and direction for all clinical services and staff within a facility or region, including the formulations of goals, records, policies, programs, services, and staffing.
- Serves on facility, regional, DMH/MR and other state-wide committees and teams to set goals and priorities, recommend and allocate resources, review and revise policies and procedures, and coordinate services to better serve patients.
- Supervises paraprofessional and professional staff, including hiring, training, and evaluating performance.
- Provides some direct patient care, including psychological assessments, testing, diagnosis, therapy, education, and interdisciplinary treatment planning.
- Conducts performance improvement and quality assurance activities, including collecting and analyzing data, reviewing patient charts, and preparing and presenting reports to medical staff.
- May serve as the administrator-on-call for a facility, particularly after normal work hours, weekends and holidays.
- May conduct and provide analysis for clinical investigations of alleged serious incidents, particularly in the cases of patient abuse, neglect, and mistreatment.

**Required Knowledge, Skills, and Abilities:**

- Extensive knowledge of applied behavioral analysis and psychological assessment; of psychopathology; psychotherapy; treatment planning; DMH/MR and The Joint Commission standards, policies, procedures and DMS standards.
- Skill in communicating, both orally and in writing; in organizing; in computer usage; in leadership and supervision.
- Ability to identify challenging behaviors and their causes; to conduct data analysis and objectively investigate incidents.

ADMH_06-03-00280

Director of Clinical Services
Page 2

## **Qualifications:**

Doctorate degree in Psychology and extensive experience (72 months or more) of clinical experience, including considerable experience (48 months or more) administrative and supervisory responsibilities.

## **Necessary Special Requirements**:

Possession of or eligibility for licensure as issued by the Alabama Board of Examiners in Psychology.

*Director of Consumer Empowerment*

**Job Code: Q8000**                                    **Range: 74**

**Definition:**

This is responsible administrative work providing direction and leadership to the overall operations of the Office of Consumer Empowerment. The employee in this position will be responsible for assisting with the provision of supports and services to individuals with cognitive disabilities. The employee will assist in writing grant proposals, working on fund raising events and organizing local and state wide meeting of consumers and advocates to address the concerns of Alabama citizens with intellectual disabilities. This person will oversee the work of one staff member as well as volunteers and interns.

**Examples of Work Performed: (may not include all the duties performed)**

- Provides leadership and assistance to individual self-advocacy chapters in the State of Alabama to identify goals and implement strategies to strengthen the presence of self-advocates in reaching the personal goals of persons with disabilities and in all types of civic and governmental activities.
- Implement activities identified by DMH/MR and DMR that comply with requirements of funding sources, such as grants, that will strengthen the self-advocacy movement in the State.
- Develop resource and training materials of self-advocates and self-advocate organizations to assist them in their work on behalf of persons with disabilities in the development of self-determination and empowerment skills.
- Visit self-advocates and self-advocate organizations/chapters to provide training and assistance.
- Organize activities for self-advocates that will impact their lives at the local level to include access to services, and on local as well as state civic and governmental issues.
- Attend meetings to assist in the coordination of activities that will strengthen the self-advocacy movement and the rights of individuals with disabilities.
- Participate on committees, task forces, etc., and in teleconferences to provide input on behalf of individuals with disabilities.
- Perform supervisory duties for the Assistant to the Director of the Consumer Empowerment office.
- Work with agencies, providers, and other organizations (e.g., schools) to assist in the development of self-advocacy chapters and to educate individuals on the importance of consumer empowerment.

Director of Consumer Empowerment
Page 2

**<u>Knowledge, Skills, and Abilities:</u>**

- Organizational development skills.
- Knowledge and understanding of the intent of an Office of Consumer Empowerment.
- Ability to effectively communicate both in writing and in public speaking.
- Ability to serve as a leader on local, regional, state and national policy making boards and committees.
- Ability to work as a team member with professionals within and outside of the Department.

**<u>Qualifications:</u>**

The individual who is employed in this position must be an individual who has received supports and services in an Intellectual/Cognitive/Developmental Disability Service delivery system and has held some type of leadership position, either paid or voluntary in the organization of Consumer Empowerment/Affairs either on a State or National level.

ADMH_06-03-00283

## *Director of MR Program Services*

**Job Code: A3200**                                                            **Range: 80**

**Definition:**

    This is advanced, professional, administrative work of extensive scope and complexity in the coordination of Clinical/Program Services at a state Mental Health facility.

    The employee in this class is responsible for directing and coordinating programmatic services under a state mental retardation program.    The employee is required to exercise a high degree of independent judgement. Work includes the supervision of professional and non-professional employees; however, the size and type of staff supervised will depend on the specific nature of the assignment.  Duties require frequent contact with high-level officials in the state mental health system, other agencies, and the general public. Employee must serve as a QMRP.  Work is assigned with general instructions and objectives by a high-level administrative supervisor who provides policy guidelines and who evaluates work for adherence to program goals and effectiveness of results.

**Examples of Work Performed: (May not include all duties performed)**

- Plan, coordinate, and direct programmatic services for the active treatment/habilitation of clients
- Ensure programmatic services are in compliance with all applicable statutory/regulatory guidelines.
- Supervise, instruct, and evaluate staff members in order to ensure that subordinates are performing duties in accordance with established policies and procedures
- Reviews periodic reports such as treatment plans, disciplinary reports, drug reviews, and leave requests in order to implement a system of checks and balances
- Ensure that adequate supplies and equipment are maintained in order to facilitate programmatic efforts
- Attend/conduct appropriate meetings/in service training in order to share information, communicate, or educate others
- Maintain contact with various departmental and state/local agencies and officials

**Knowledge, Skills, and Abilities:**

- Extensive experience in programmatic development, programming techniques, and systems monitoring in an MR setting

ADMH_06-03-00284

Director of MR Program Services
Page 2

- Broad working knowledge of Title XIX and ICF/MR guidelines and regulations
- Ability to communicate effectively both orally and in writing
- Ability to effectively plan, organize, direct, and evaluate the activities of others.
- Ability to direct delivery of program services to clients at a MR facility.

## **Qualifications:**

Master's degree in Psychology, Social Work, Special Education, or a related field. Considerable experience (48 months or more) in the mental health field, with experience (24 months or more) in a supervisory capacity. Must meet requirements for QMRP.

ADMH_06-03-00285

## *Director of Residential Services*

**Job Code: A3100**                                        **Pay Range: 80**

**Definition:**

    This is advanced, professional, administrative work of extensive scope and complexity in the coordination of Residential Services at a state Mental Health facility.

    The employee in this class is responsible for directing and coordinating residential care and recreational and support activities for clients according to individual habilitation treatment plan and compliance with federal, state, court, departmental, and facility standards. Supervision may be exercised over administrative and/or professional employees. General supervision is received from the facility director who may review work periodically through written or oral consultation. Employee may serve as a QMRP/QMHP as applicable.

**Examples of Work Performed:** (May not include all duties performed)

- Develop goals and objectives for the Residential and Support Services Department based upon identified needs of the resident population.
- Supervise and evaluate staff by reviewing the performance of all directly supervised, completing evaluations, and initiating disciplinary action when necessary.
- Devise departmental policies and procedures in accordance with Title XIX court-ordered standards as well as facility policies and procedures.
- Meet with counsel and respond to family inquiries to inform them of the overall status and well being of clients.
- Read and review documents such as disciplinary reports, incident reports, individual treatment plans, work schedules, progress notes, or leave requests in order to implement a system of check and balances.
- Attend all executive and/or professional meetings as required to ensure information is appropriately disseminated among personnel.
- Determine training needs of departmental employees and coordinate efforts with direct care to provide optional care for facility's residents.
- Review, plan, and implement cost effective changes in the organizational structure to improve efficiency and responsiveness of the department.

**Knowledge, Skills, and Abilities:**

- Ability to communicate effectively orally and in writing

Director of Residential Services
Page 2

- Ability to direct a residential services program at a facility serving MR clients
- Ability to effectively plan, organize, direct, and evaluate the activities of others
- Ability to make independent judgements, establishes priorities, and solves managerial problems.
- Knowledge of various disorders as they relate to mental retardation
- Knowledge of Title XIX, Wyatt court order, ICF, and JCAH regulations
- Knowledge of treatment strategies such as behavioral, group, individual, and family therapy
- Ability to make clinical assessments to include the ability to observe, interview, and interpret

## **Qualifications:**

Master's degree in Psychology, Social Work, Special Education, or a related field. Considerable experience (48 months or more) in a mental health setting with experience (24 months or more) in a supervisory capacity. Must meet requirements for QMRP.

## *Historian*

**Job Code: V5000**                                    **Pay Range: 77**

**Definition:**

This is advanced professional work in managing manuscripts and archival records documenting the history of the Alabama Department of Mental Health and Mental Retardation.

Employees in this class perform archival work to ensure the preservation of historical information. Work includes training department and facility personnel about records retention, and how to identify, manage, and preserve archival records. Employees work independently under the general direction of a division manager/facility director.

**Examples of Work Performed: (May or may not include all duties)**

- Conducts inventories and surveys of records and develops records disposition authorities
- Acquires, arranges, and describes historical records for DMH/MR
- Recommends policies and procedures for records care and administration
- Assists researchers in locating and using DMH/MR historical records
- Prepares reports, publications, and correspondence pertaining to DMH/MR history and chronological accounts of events
- Attends meetings of professional organizations; prepares and presents papers and talks to the research community, professional organizations, prepares, and presents papers and talks to the research community professional archival associations, and the public

**Knowledge, Skills, and Abilities:**

- Knowledge of current principles of records disposition and management
- Knowledge of subject matter relating to the Alabama Department of Mental Health and Mental Retardation history and governmental organization
- Knowledge of sources, methods, and techniques used in historical research
- Knowledge of DMH/MR historical events
- Ability to establish and maintain effective working relationships with public officials, private groups and individuals
- Ability to appraise the historical value of records
- Ability to arrange and describe archival material

Historian
Page 2

- Ability to conduct research on various DMH/MR subject matter and prepare written chronological reports
- Ability to express ideas clearly and concisely, both orally and in writing

**<u>Qualifications</u>:**

Bachelor's degree in history, library science, political science, public relations or a closely related field plus experience (24 months or more) in the area of academic specialization.

ADMH_06-03-00289

## *Land Manager*

**Job Code: A3300**                                        **Range: 80**

**Definition:**

   This is advanced professional administrative work of extensive scope and complexity managing real property inventory as well as land management and construction for the Alabama Department of Mental Health and Mental Retardation.

   Employees in this class are responsible for developing and maintaining a land management inventory and coordinating all DMH/MR land information with peer agencies. Work involves coordinating the sale and acquisition of properties, lease agreements, and maintenance of historical records involving property management. The employee will assist in implementing and overseeing all construction projects, contracts or leases for use of departmental property, or for the sale of property.

   This employee performs work with considerable independence and final work is reviewed by immediate supervisor for legalities and adherence to departmental policies and procedures. Supervision may or may not be exercised over a staff of employees.

**Examples of Work Performed:** (May or may not include all duties performed)

- Directs and supervises departmental land management programs and acts as facilitator in developing project requirements
- Coordinates DMH/MR land information with peers in other state agencies and with land record agencies.
- Coordinates leases, land inquiries, and the actual sale of properties
- Assists in implementing and overseeing all construction projects
- Develops and maintains land management inventory system for all department owned properties
- Serves as Department Emergency Management Coordinator during periods of actual disaster or practice
- Assists in the implementation of contracts or leases for use of departmental property
- Assists in the preparation of deeds and other legal documents
- Exercise supervision over staff of employees

**Required Knowledge, Skills, and Abilities:**

- Thorough knowledge of principles of business and their association with public and private entities

ADMH_06-03-00290

Land Manager
Page 2

- Thorough knowledge of land management and real property inventory systems
- Thorough knowledge of architect and contractor selection, design development, and construction management
- Knowledge of project management techniques
- Knowledge of Alabama Building Commission procedures and standard documents
- Knowledge of surveying techniques
- Knowledge of contracts and leasing agreements
- Knowledge of resources of information and ability to read and interpret abstracts of title
- Ability to coordinate emergency management efforts during actual periods of disaster
- Knowledge of contracts relating to Facility Engineering, Physical Plant Maintenance, Construction Management and act as the department's liaison in transacting business
- Ability to plan, assign, and evaluate the work of others
- Ability to express ideas clearly and concisely, both orally and in writing

## **Qualifications:**

Master's degree in Public Administration, Business Administration, Engineering, or a related field with extensive (72 months or more) experience in the area of specialization.

## *Payroll Coordinator*

**Job Code:**                                          **Pay Grade: 68**

### Definition:

This is highly responsible clerical accounting work directing payroll operations at a facility level. This position is responsible for assuring payroll accuracy for a facility in accordance with Fair Labor Standards and State of Alabama Payroll/Timekeeping procedures.

### Examples of Work Performed:

- Assure overall facility payroll operations are completed accurately, timely and in accordance with established rules, guidelines and operating procedures.
- Monitor, train and audit payroll functions performed by facility timekeepers.
- Assist/support facility timekeepers with assigned payroll functions as appropriate.
- Complete/process documents necessary to process personnel/payroll action.
- Complete payroll/personnel screens in state computerized payroll/human resource management system.
- Prepare payroll exceptions and corrections and calculate separation costs on employees.
- Review/audit semi-monthly and annual time cards.
- Maintain facility file system for historical employee payroll records in accordance with DMH/MR policy.
- Supervise/direct/evaluate the work of assigned payroll/personnel staff.
- Assist staff with payroll issues (insurance, taxes, health insurance, direct deposit separation pay and exit interviews etc.)
- Prepare contingency fund checks and supplemental payrolls.
- Complete payroll/benefits screens for new employees and changes for current employees.
- Compile information and complete payroll reports and forms.
- Process payroll checks for distribution.

### Knowledge Skills and Abilities:

- Knowledge of standard payroll/human resource practices.
- Knowledge of Fair Labor Standard Rules and Regulations.
- Ability to coordinate/direct/manage overall payroll and human resource functions.

Payroll Coordinator
Page 2

- Knowledge and experience using a computerized payroll system.
- Ability to supervise and direct the work of others.
- Ability to process/supervise multiple tasks ongoing.
- Ability to prioritize and complete work complying with strict deadlines.
- Ability to compile and generate reports.
- Ability to communicate orally and in writing.
- Ability to conduct business with employees and general public in a professional manner.
- Ability to maintain strict confidentiality.
- Skilled at training and directing the work of others.
- Skilled operating standard business/office software (excel, word, etc.) designed for the PC.
- Skilled compiling calculating and processing data accurately.

**Qualifications:**

High school diploma or GED equivalency. Experience (24 months or more) managing/directing payroll operations.

### *Program Director*

**Job Code:**                                                    **Pay Grade: 79**

**Definition:**

This position serves as the unit director for the facility. An employee in this position is responsible for coordinating overall professional, clinical, ethical and administrative activities of staff, and for the overall daily care of patients on an assigned unit. Supervision is received by : _____

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Establish, in conjunction with clinical management team, overall clinical programs, policies and procedures for the unit.
- Coordinate all administrative and clinical aspects of the unit as well as those necessary relationships between units and departments.
- Assures that program/activities are carried out on a regular basis through consistent and regular monitoring and by scheduling in an orderly fashion.
- Responsible for staffing on the unit in the conjunction with appropriate discipline head.
- Collects and retrieves data on the unit operations as needed, including performance improvement.
- Assures that the patient population is properly placed within the unit structure in accordance with the program plan and evaluates the effectiveness of the patient's treatment program.
- Responsible for the overall day to day functions of the unit including needs of physical plant and condition of the environment.
- Attend daily Incident Review Committee and report on incidents on units.

**Required Knowledge, Skills and Abilities:**

- Knowledge of Department of Mental Health and facilities policies and procedures.
- Knowledge of JCAHO standards, Medicare standards, Wyatt Stickney standards.
- Knowledge of State mainframe programs (Cares and GHRS).
- Ability to plan, organize, and prioritize work.
- Ability to direct and review the work of others.
- Good verbal and communication skills.

ADMH_06-03-00294

Program Director
Page 2

**<u>Qualifications</u>:**

Masters degree in Business Administration, Social Work, Psychology, or closely
related field.  Considerable Experience (48 months or more) in the field of
mental health.  Other job related education and/or experience may be
substituted for all or part of these basic requirements.

ADMH_06-03-00295

## *Rehabilitation Services Director*

**Job Code: R6000**                                              **Pay Range 78**

**Definition:**

This is highly responsible professional and administrative work directing rehabilitation programs at a state mental health facility.

An employee in this class is responsible for planning, organizing and directing rehabilitation programs to include but not limited to: Rehabilitation Services, Recreation, Education, etc. Work involves responsibility for developing policies and procedures and responsibility for the implementation of decisions as they apply to rehabilitation programs. Emphasis is placed on the responsibility for integrating rehabilitation programs into the overall program of the facility. Supervision is exercised over a staff of professional and non-professional employees engaged in the delivery of rehabilitation training to clients. Work is performed under the general supervision of an administrative supervisor and is reviewed through conferences and reports for program effectiveness and for conformity with policies and procedures. Provides oversight of Rehabilitation Services so patients receive appropriate education and training to acquire the knowledge, skills and abilities necessary to remain successfully in the community.

**Examples of Work Performed:**

- Plan, organize, and direct the delivery of Rehabilitation Services, including Recreation, Education and Vocational Services.
- Develop rehabilitation programs both within the facility and in conjunction with outside agencies.
- Implements Performance Improvement Program for Rehabilitation Services.
- Supervises the supervisors of Recreation Services, Education Services and Vocational Rehabilitation Services.
- Serves on committees as assigned.
- Develops and maintains policies and other administrative documents.
- Conducts group activities as needed and completes required documentation.

**Knowledge, Skills, and Abilities:**

- Knowledge of Rehab techniques and functions.
- Knowledge of multidisciplinary approach to psychiatric treatment planning.
- Ability to write appropriate treatment plans.
-

Rehabilitation Services Director
Page 2

- Knowledge and ability to integrate administrative concerns, clinical issues and professional concerns dealing with Rehab Services.Knowledge of The Joint Commission/Medicare standards.
- Ability to be creative in developing programs and groups for patients.
- Knowledge of meal disorders and clinical interventions.
- Ability to manage time efficiently and effectively.
- Ability to deal effectively with many types of people – employees, patients, general public in delicate, frustrating or tense situations.
- Ability to supervise to include ability to delegate, instruct, discipline, commend and interview as needed to evaluate staff performance, ensure completion of tasks as scheduled, assign work load, address complaints, orient new employees and facilitate professional growth of staff.
- Ability to make decisions as needed, evaluate effectiveness of treatment/ training programs, establish priorities, and evaluate patient placement and treatment needs.
- Ability to communicate effectively both orally and in writing.

## **Qualifications:**

Master's degree in rehabilitation, rehabilitative counseling, vocational rehabilitation, or related field. Extensive (72 months or more) experience in the field of rehabilitation, including experience (24 months or more) in a supervisory or administrative capacity.

## *Unit Director*

**Job Code:**                                                      *Pay Grade: 79*

### Definition:

This position serves as the unit director for the facility. An employee in this position is responsible for coordinating overall professional, clinical, ethical and administrative activities of staff, and for the overall daily care of patients on an assigned unit. Supervision is received by : _____

**Examples of Work Performed:** (Any one position may not include all of the duties listed, nor do the examples cover all of the duties, which may be performed.)

- Establish, in conjunction with clinical management team, overall clinical programs, policies and procedures for the unit.
- Coordinate all administrative and clinical aspects of the unit as well as those necessary relationships between units and departments.
- Assures that program/activities are carried out on a regular basis through consistent and regular monitoring and by scheduling in an orderly fashion.
- Responsible for staffing on the unit in the conjunction with appropriate discipline head.
- Collects and retrieves data on the unit operations as needed, including performance improvement.
- Assures that the patient population is properly placed within the unit structure in accordance with the program plan and evaluates the effectiveness of the patient's treatment program.
- Responsible for the overall day to day functions of the unit including needs of physical plant and condition of the environment.
- Attend daily Incident Review Committee and report on incidents on units.

### Required Knowledge, Skills and Abilities:

- Knowledge of Department of Mental Health and facilities policies and procedures.
- Knowledge of JCAHO standards, Medicare standards, Wyatt Stickney standards.
- Knowledge of State mainframe programs (Cares and GHRS).
- Ability to plan, organize, and prioritize work.
- Ability to direct and review the work of others.
- Good verbal and communication skills.

Unit Director
Page 2

## Qualifications:

Masters degree in Business Administration, Social Work, Psychology, or closely related field.  Considerable Experience (48 months or more) in the field of mental health.  Other job related education and/or experience may be substituted for all or part of these basic requirements.

## *Unit Manager*

**Job Code:**                                                            **Pay Grade: 77**

### Definition:

This is a professional position that provides for the residential care, safety,
treatment, and program oversight for persons with mental illness or mental
retardation residing in a Department of Mental Health and Mental Retardation
residential facility. The person in this position is responsible for the 24-hour
operation of assigned units/homes.

### Examples of work Performed:

- Supervise/direct the work of staff assigned to unit.
- Responsible for the overall day-to-day functions of the unit, including the
  needs of the physical plant and condition of environment.
- Monitor/assess patient/client areas to assure compliance with applicable
  accreditation/certification standards and guidelines, such as Title XIX,
  ICF-MR, JCAHO, Life Safety, and treatment/habilitation plans, taking
  corrective action as necessary.
- Assure that scheduled patient/client programming and activities are
  carried out on a regular basis through consistent and regular monitoring
  and by scheduling in an orderly manner.
- Attend daily Incident Review Committee meeting and report on unit
  incidents.
- Develop/maintain Unit policies and procedures.
- Compose documentation that supports the efficient operation of assigned
  unit(s).
- Read/review/respond to documents submitted in the course of unit
  operations. Communicate with other disciplines/resolve issues effectively
  in order to assure appropriate client care.
- Participate in and conducts unit meetings.
- Assure adequate levels of staffing and appropriate deployment.
- Review/assess/participate in the design and implementation of employee
  training.
- Monitor/evaluate the work of unit staff.
- Recommend/conduct/participate in disciplinary action.
- Manage unit budget.

ADMH_06-03-00300

Unit Manager
Page 2

### Required Knowledge, Skills, and Abilities:

- Knowledge and experience in the management and administration of comprehensive residential services in a MI/MR setting.
- Comprehensive knowledge of applicable facility accreditation/certification standards and guidelines (etc. JCAHO, Title XIX, ICF-MR).
- Ability to plan, organize, direct and evaluate the work activities of assigned Residential Services staff.
- Ability to effectively direct/coordinate/assure the delivery of appropriate residential services to clients/patients.
- Ability to manage/resolve employee problems to include administering appropriate and effective corrective/disciplinary action in accordance with established policies and practices.
- Ability to communicate effectively with others (staff, support agencies, client families, consultants) and disseminate pertinent information necessary to facilitate continuity of client services.
- Knowledge of Life Safety Codes and infection control guidelines.
- Ability to effectively establish and maintain staff coverage requirements with limited use of overtime.
- Ability to design/participate in staff training activities.
- Ability to establish and maintain effective working relationships with other facility disciplines in order to facilitate quality client care.
- Ability/willingness to work hours in excess of eight hour days and a forty hour work week, as well as weekends/holidays in order to assure the efficient operation of the unit.

### Qualifications:

Master's degree in a human services or administrative area with experience (24 months or more) in the mental health field, including supervisory or administrative experience (24 months or more) related to the area of specialization.