**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| JOAN FAULK OWENS and KAREN LYNN HUBBARD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.  2:07cv650-WHA |
| STATE OF ALABAMA DEPT. OF MENTAL HEALTH AND MENTAL RETARDATION; JOHN HOUSTON, etc.; OTHA DILLIHAY, etc.; HENRY R. ERVIN, etc.; and MARILYN BENSON, etc., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Defendants' Motion to Strike (Doc. # 54), filed on August 4, 2008, it is

ORDERED that the Plaintiffs shall show cause, if any there be, **on or before August 12, 2008** why the motion should not be granted.  The motion will be taken under submission on that day for determination without oral hearing.

DONE this 5th day of August, 2008.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE