IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULK OWENS and KAREN LYNN HUBBARD, ) ) ) Plaintiffs, ) ) v. ) ) STATE OF ALABAMA DEPT. OF ) MENTAL HEALTH AND MENTAL ) RETARDATION; JOHN HOUSTON, etc.; ) OTHA DILLIHAY, etc.; HENRY R. ) ERVIN, etc.; and MARILYN BENSON, etc.,) ) ) Defendants. ) | Civil Action No.  2:07cv650-WHA |

**<u>ORDER</u>**

Upon consideration of the Plaintiffs' Motion to Strike (Doc. #60), filed on August 7, 2008,  it is

ORDERED that the Defendants shall show cause, if any there be, **on or before August 15**, **2008** why the motion should not be granted.  The motion will be taken under submission on that day for determination without oral hearing.

DONE this 8th day of August, 2008.

                                                 /s/ W. Harold Albritton
                                               W. HAROLD ALBRITTON
                                               SENIOR UNITED STATES DISTRICT JUDGE