IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULK OWENS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv650-WHA |
| | ) |
| STATE OF ALABAMA DEPT. OF | ) |
| MENTAL HEALTH AND MENTAL | ) |
| RETARDATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendant's Motion to Substitute (Doc. #62), filed on August 8, 2008, it is

ORDERED that the Plaintiffs shall show cause, if any there be, **on or before August 22, 2008** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 15th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE