IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULK OWENS and KAREN LYNN HUBBARD, ) ) ) | |
| Plaintiffs, ) | |
| v. ) ) | Civil Action No. 2:07cv650-WHA (WO) |
| STATE OF ALABAMA DEPT. OF MENTAL HEALTH AND MENTAL RETARDATION; JOHN HOUSTON, etc.; OTHA DILLIHAY, etc.; HENRY R. ERVIN, etc.; and MARILYN BENSON, etc., ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

This cause is before the court on the Defendants' Motion to Substitute a Corrected Copy of Defendants' Response to Plaintiffs' Memorandum Brief (Doc. #62) and the Plaintiffs' opposition thereto.

The original and proferred substitution briefs are lengthy, with the substitution brief, which the Defendants state contains only minor additions, exceeding the original brief in length by three pages. Accordingly, it is hereby

ORDERED that the Defendants shall file on or before **noon** on **August 25, 2008**, a new substitution brief which highlights any additions or changes from the original brief. The Motion to Substitute will be taken under submission on that day.

Done this 22nd day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE