IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULK OWENS and KAREN LYNN HUBBARD, ) ) ) Plaintiffs, ) ) v. ) ) STATE OF ALABAMA DEPARTMENT ) OF MENTAL HEALTH AND MENTAL ) RETARDATION, et al. ) ) Defendants. ) ) | CASE NO- 2:07-cv-650-WHA |

## MOTION FOR TWENTY-FOUR HOUR EXTENSION OF TIME TO RESPOND TO ORDER OF THE COURT (DOCUMENT 68)

**COME NOW**, the Plaintiffs, Joan Faulk Owens and Karen Lynn Hubbard, and move the Court for a twenty-four hour (or one day) extension of time to respond to the Order of the Court (Document 68) entered on August 18, 2008. In the Order, the Court notes that the Defendants have advanced an argument as to Count III of the Amended Complaint to which the Plaintiffs have not yet had an opportunity to respond. Accordingly, the Court ordered the Plaintiffs to file a response to the Defendants' argument on or before August 25, 2008. In support of this request for an extension, Plaintiffs state as follows:

1. Plaintiffs have been working on their Response to the Court's Order. However, Plaintiffs are also working on their response to the Court's Show Cause Order (Document 64) dated August 15, 2008, which orders the Plaintiffs to show cause on or before Friday, August 22, 2008, as to why the Defendants' Motion to Substitute (Document 62) should not be granted.

**MOTION GRANTED**

SO ORDERED,
THIS 22nd DAY OF Aug, 2008
_____
UNITED STATES DISTRICT JUDGE

1