IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOAN FAULK OWENS** and<br>**KAREN LYNN HUBBARD,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  2:07-cv-650<br>) |
| **STATE OF ALABAMA DEPT. OF**<br>**MENTAL HEALTH AND MENTAL**<br>**RETARDATION,** *et al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANTS' NOTICE TO COURT**

COME NOW Defendants Otha Dillihay, John Houston, Marilyn Benson, Henry Ervin, and the Alabama Department of Mental Health and provide notice to the Court that Footnote 3 contained on page 6 of Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Substitute is inaccurate and that the entirety of Footnote 3 should not be considered by the Court. Defendants apologize for any confusion or inconvenience this may have caused.

      /s/H.E. Nix, Jr.
      H.E. NIX, JR. (NIX007)
      Counsel for Defendants

OF COUNSEL:
*Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.*
P.O. Box 4128
Montgomery, AL 36103-4128
334-215-8585
334-215-7101 - facsimile
cnix@nixholtsford.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by e-mail to

| | |
|---|---|
| J. Flynn Mozingo<br>*Melton, Espy & Williams, P.C.*<br>P. O. Drawer 5130<br>Montgomery, AL 36103-5130 | Courtney W. Tarver<br>Deputy Atty. General and Gen. Counsel<br>Bureau of Legal Services<br>Dept. of Mental Health<br> and Mental Retardation<br>RSA Union Building<br>100 N. Union Street<br>Montgomery, AL 36130-1410 |

on this the 25th day of August, 2008.

                                            /s/H.E. Nix, Jr.
                                            OF COUNSEL