IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOAN FAULK OWENS and KAREN LYNN HUBBARD, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO- 2:07-cv-650 ) |
| STATE OF ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION; JOHN HOUSTON; HENRY R. ERVIN; MARILYN BENSON; and OTHA DILLIHAY. | ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE TO THE COURT REGARDING PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER (DOCUMENT 64)**

COME NOW the Plaintiffs, Joan Faulk Owens and Karen Lynn Hubbard, and give notice that in further support of the Plaintiffs' Response to Show Cause Order (Document 64) and the assertion therein that the Defendants have and are abusing the Court's scheduling orders, Plaintiffs would incorporate the Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Substitute (Document 76) and Defendants' Amended Response to Plaintiffs' Memorandum Brief in Opposition to Defendants' Motion for Summary Judgment (Document 75-2).

Respectfully submitted this the 27th day of August, 2008.

                                              s/J. Flynn Mozingo
                                              J. Flynn Mozingo (MOZ003)
                                              Attorney for Plaintiffs
                                              Melton, Espy & Williams, P.C.
                                              P. O. Drawer 5130
                                              Montgomery, AL   36103-5130
                                              Telephone:   (334) 263-6621
                                              fmozingo@mewlegal.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I have filed the foregoing electronically with Clerk of the Court using the ECF/CM system and a copy of the foregoing will be served on the below listed counsel of record via such system on this the 27th day of August, 2008:

| | |
|---|---|
| H.E. NIX, JR. | COURTNEY W. TARVER |
| Nix, Holtsford, Gilliland, | Deputy Atty. General and Gen. Counsel |
| Higgins & Hitson, P.C. | Bureau of Legal Services |
| Post Office Box 4128 | ADMH/MR |
| Montgomery, AL 36103-4128 | RSA Union Building |
| | 100 N. Union Street |
| | Montgomery, AL 36130 |

                                                                   s/J. Flynn Mozingo
                                                                   OF COUNSEL